| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Sullivan Vineyards Corporation** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **94-3054943** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**1090 Galleron Road**<br>**Rutherford, CA 94573**<br>Number, Street, City, State & ZIP Code<br><br>**Napa**<br>County | **Mailing address, if different from principal place of business**<br><br>**P.O. Box G**<br>**1090 Galleron Road**<br>**Rutherford, CA 94573**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.Sullivanwine.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Sullivan Vineyards Corporation**     Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

| Debtor | Sullivan Vineyards Corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*
- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Sullivan Vineyards Corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February  1, 2017**
                   MM / DD / YYYY

**X  /s/ Ross Sullivan**                                                    **Ross Sullivan**
Signature of authorized representative of debtor          Printed name

Title   **CEO**

---

**18. Signature of attorney**

**X  /s/ Steven M. Olson**                                    Date  **February  1, 2017**
Signature of attorney for debtor                                         MM / DD / YYYY

**Steven M. Olson**
Printed name

**Law Office of Steven M. Olson**
Firm name

**100 E Street, Suite 104**
**Santa Rosa, CA 95404-4605**
Number, Street, City, State & ZIP Code

Contact phone  **707-575-1800**           Email address  **smo@smolsonlaw.com**

**146120**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Sullivan Vineyards Corporation**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF CALIFORNIA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Anthem Blue Cross<br>PO Box 54630<br>Los Angeles, CA 90054-0630 | 800-627-8797 | Insurance | | | | $7,357.79 |
| Autumn Cruzan<br>PO Box 2702<br>Yountville, CA 94599 | 805-453-8503 | Services provided. | | | | $13,068.75 |
| Beyers Costin Simon, PC<br>200 Fourth Street, Suite 400<br>Santa Rosa, CA 95401 | 707-547-2000 | Services provided | | | | $38,651.82 |
| Biagi Brothers, Inc.<br>787 Airpark Road<br>Napa, CA 94558 | 707-251-9909 | Trade payable | | | | $3,305.82 |
| Bittner & Company, LLC<br>PO Box 168<br>American Canyon, CA 94503 | 707-287-2703 | Services provided | | | | $27,000.00 |
| ETS Laboratories<br>899 Adams Street Suite A<br>Saint Helena, CA 94574 | 707-963-4807 | Trade payable | | | | $13,913.00 |
| FIRST INSURANCE FUNDING CORP.<br>P.O.BOX 7000<br>Carol Stream, IL 60197-7000 | 800-837-2511 | Insurance | | | | $3,453.71 |
| Goode Company<br>655 Park Court<br>Rohnert Park, CA 94928 | 707-588-8028 | Trade payable | | | | $3,501.33 |

| Debtor | Sullivan Vineyards Corporation | | Case number *(if known)* | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Napa Printing Design Studio & Mail Ctr.<br>630 D Airpark Rd<br>Napa, CA 94558 | 707-257-6555 | Trade payable | | | | $2,635.27 |
| Occidental Technical Group LLC<br>PO Box 665<br>Saint Helena, CA 94574-0665 | 707-963-1930 | Services provided | | | | $1,117.48 |
| Penning Landscapes, Inc.<br>68 Coombs Street # D11<br>Napa, CA 94559 | 707-255-8129 | Trade payable | | | | $7,348.23 |
| PG&E 5548827285-1<br>Box 997300<br>Sacramento, CA 95899-7300 | 800-743-5000 | Utilities | | | | $1,039.18 |
| Printing Services - Napa Valley<br>574 Gateway Drive<br>Napa, CA 94558 | 707-255-7418 | Trade Payable | | | | $3,267.36 |
| Ramondin USA, Inc.<br>791 Technology Way<br>Napa, CA 94558 | 707-944-2277 | Trade payable | | | | $5,783.40 |
| State Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279 | 800-400-7115 | sales tax | Unliquidated | | | $4,375.00 |
| Sunshine Foods Partners<br>1115 Main Street<br>Saint Helena, CA 94574 | 707-963-7070 | Trade payable | | | | $1,759.92 |
| Thomas R. Harnett LLC<br>965 Marina Drive<br>Napa, CA 94559-4744 | 707-257-1555 | Services provided | | | | $4,750.00 |
| Toyota Material Handling<br>PO Box 398526<br>San Francisco, CA 94139-8526 | 510-675-0500 | Trade payable | | | | $1,855.65 |
| Vicard Generation 7<br>1370 Trancas St. # 141<br>Napa, CA 94558 | Christy Thomas<br>707-228-5982 | Trade payable | | | | $6,114.83 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case: 17-10065   Doc# 1   Filed: 02/01/17   Entered: 02/01/17 19:54:01   Page 6 of 9

| Debtor | Sullivan Vineyards Corporation | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wineshipping**<br>**50 Technology**<br>**Court**<br>**Napa, CA 94558** | **707-933-9063** | **Trade payable** | | | | $30,606.65 |

# United States Bankruptcy Court
## Northern District of California

In re **Sullivan Vineyards Corporation**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Andrea Crow**<br>7 Scott Place<br>Greenbrae, CA 94904 | common stock | 2.5% | ownership |
| **Caireen Sullivan**<br>1983 Ocean Avenue<br>Santa Cruz, CA 95060 | common stock | 9.3 | ownership |
| **Kelleen Sullivan**<br>P.O. Box 396<br>Rutherford, CA 94573 | common stock | 60.3 | ownership |
| **Philomena Gildea**<br>22 Church Street<br>Weston, MA 02493 | common stock | 9.3% | ownership |
| **Ross Sullivan**<br>1322 El Bonita Avenue<br>Saint Helena, CA 94574 | common stock | 9.3% | ownership |
| **Sean Sullivan**<br>P.O. Box 5543<br>Napa, CA 94581 | common stock | 9.3% | ownership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 1, 2017**  
Signature **/s/ Ross Sullivan**  
**Ross Sullivan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re **Sullivan Vineyards Corporation**                                    Case No.
                                   Debtor(s)                                Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Sullivan Vineyards Corporation** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 1, 2017**                              **/s/ Steven M. Olson**
Date                                              **Steven M. Olson 146120**
                                                  Signature of Attorney or Litigant
                                                  Counsel for **Sullivan Vineyards Corporation**
                                                  **Law Office of Steven M. Olson**
                                                  **100 E Street, Suite 104**
                                                  **Santa Rosa, CA 95404-4605**
                                                  **707-575-1800 Fax:707-575-1867**
                                                  **smo@smolsonlaw.com**