Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 15, 2017**     X **/s/ Ross Sullivan**
                                             Signature of individual signing on behalf of debtor

                                             **Ross Sullivan**
                                             Printed name

                                             **CEO**
                                             Position or relationship to debtor

Debtor name **Sullivan Vineyards Corporation**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **17-10065**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $ **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $ **12,744,950.57**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $ **12,744,950.57**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **14,630,252.46**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................... $ **5,107.97**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **2,353,789.85**

4. Total liabilities ...........................................................................................
   Lines 2 + 3a + 3b      $ **16,989,150.28**

Case: 17-10065    Doc# 25    Filed: 02/15/17    Entered: 02/15/17 21:45:58    Page 2 of 40

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$375.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank account at Umpqua Bank.** | **Business Checking Account** | 0899 | **$14,243.52** |
| 3.2. | **Umpqua Bank** | **Money Market** | 2858 | **$980.49** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      | **$15,599.01** |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 17-10065    Doc# 25    Filed: 02/15/17    Entered: 02/15/17 21:45:58    Page 3 of 40

11. **Accounts receivable**

11a. 90 days old or less:          **31,453.70**      -          **0.00**      = ....          **$31,453.70**
                              face amount              doubtful or uncollectible accounts

11b. Over 90 days old:              **545.00**      -          **0.00**      = ....          **$545.00**
                              face amount              doubtful or uncollectible accounts

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.          **$31,998.70**

---

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** **Bulk wine inventory (see attachment). 21,241 gallons. (Average value est. at $40.00 per gallon.)** | | **$0.00** | **N/A** | **$849,640.00** |
| 21. **Finished goods, including goods held for resale** **Bottled wine inventory located at Biagi (8144 cases, 184 bottles).** | **1/2017** | **$1,439,612.00** | **55% of retail** | **$3,624,808.00** |
| **Bottled wine inventory being stored at Wineshipping (30,628 bottles).** | **1/2017** | **$645,704.00** | **55% of retail** | **$1,605,993.00** |
| **Bottled wine inventory in tasting room (179 cases, 236 bottles).** | **1/2017** | **$48,676.00** | **55% of retail** | **$119,291.00** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 17-10065    Doc# 25    Filed: 02/15/17    Entered: 02/15/17 21:45:58    Page 4 of 40

| | | | | |
|---|---|---|---|---|
| **Bottled wine inventory located at family library (77 cases, 824 bottles).** | 1/2017 | $33,577.00 | 55% of retail | $162,754.00 |
| **Bottled wine inventory (damaged) located at Biagi (6 cases, 61 bottles).** | 1/2017 | $988.00 | 55% of retail | $11,202.00 |

22.     **Other inventory or supplies**

23.     **Total of Part 5.**                                                    | $6,373,688.00 |
        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ☐ No
        ■ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ☐ No
        ■ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Office and tasting room furniture and fixtures** | $0.00 | Replacement | $120,000.00 |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Computers and software** | $0.00 | Replacement | $35,000.00 |
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1.  **Paintings and art** | $0.00 | Replacement | $230,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case: 17-10065    Doc# 25    Filed: 02/15/17    Entered: 02/15/17 21:45:58    Page 5 of 40

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    | $385,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1.  2016 Ford Truck (KBB value). | $0.00 | Appraisal | $38,000.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Barrels | $0.00 | Replacement | $350,000.00 |
| Tanks | $0.00 | Replacement | $648,000.00 |
| Wine production equipment | $0.00 | Replacement | $225,000.00 |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    | $1,261,000.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No
    ■ Yes

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **1090 Galleron Road, Saint Helena, CA** | **Month-to month leasehold** | **$0.00** | | **$0.00** |

56.    **Total of Part 9.**                                                                                              **$0.00**

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** **Trademark** | **$387,664.86** | | **$387,664.86** |
| **License, etc.** | **$0.00** | | **$1,200,000.00** |
| **Customer list** | **$0.00** | | **$90,000.00** |
| **Other intangibles** | **$0.00** | | **$2,000,000.00** |
| **Goodwill** | **$0.00** | | **$1,000,000.00** |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Case: 17-10065   Doc# 25   Filed: 02/15/17   Entered: 02/15/17 21:45:58   Page 7 of 40

65.      **Goodwill**

66.      **Total of Part 10.**                                                        | $4,677,664.86 |

         Add lines 60 through 65. Copy the total to line 89.

67.      **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
         ☐ No
         ■ Yes

68.      **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
         ☐ No
         ■ Yes

69.      **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

**Part 11:      All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Claim against Angelica De Vere for breach of fiduciary duty, restitution, disgorgement, and equitable indemnity** | **Unknown** |
| | **Nature of claim**   litigation claim<br>**Amount requested**        $0.00 | |
| | **Claims against Stephen Finn for mismanagement of debtor, improper foreclosure, breach of fiduciary duty, etc.** | **Unknown** |
| | **Nature of claim**   litigation<br>**Amount requested**        $0.00 | |

76.      **Trusts, equitable or future interests in property**

77.      **Other property of any kind not already listed** *Examples:* Season tickets,
         country club membership

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

78.   **Total of Part 11.**                                                                         | **$0.00** |
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$15,599.01** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$31,998.70** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$6,373,688.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$385,000.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,261,000.00** | |
| 88. | **Real property.** *Copy line 56, Part 9.*..............................................> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$4,677,664.86** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$12,744,950.57** | + 91b. **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$12,744,950.57** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| [ALL] | | | | | | | | No of Products 65 | Volume 21241 gal | |

| Batch Code | Description | Vessel | Volume | Vintage | Variety | Sub AVA | Program | Ownership | State |
|---|---|---|---|---|---|---|---|---|---|
| 15CF COR | 2015 Cabernet Franc Cortitos | RD74 15CF COR FR(BG) | 300 gal | 2015 | Cabernet Franc | Rutherford | | Sullivan Vineyards 100.00% | Innoculated |
| 15CF COR | 2015 Cabernet Franc Cortitos | SS 2 | 60 gal | 2015 | Cabernet Franc | Rutherford | | Sullivan Vineyards 100.00% | Innoculated |
| 15CS191 LM | | RD65 15CS191 LM TBN(BG) | 120 gal | 2015 | Cabernet Sauvignon | Rutherford | | Sullivan Vineyards 100.00% | Innoculated |
| 15CS191 LM FR | 2015 Cabernet Sauvignon 191 Low/Moderate Free Run | RD66 15CS191 LM FR(BG) | 480 gal | 2015 | | | | Sullivan Vineyards 100.00% | Innoculated |
| 15CS337 LY | 2015 Cabernet Sauvignon Clone 337 Low Yield | RD71 15CS337 LY FR(BG) | 300 gal | 2015 | Cabernet Sauvignon | Rutherford | | Sullivan Vineyards 100.00% | Innoculated |
| 15CS337 LY | 2015 Cabernet Sauvignon Clone 337 Low Yield | SS 11 | 40 gal | 2015 | Cabernet Sauvignon | Rutherford | | Sullivan Vineyards 100.00% | Innoculated |
| 15CS337R FR | 2015 Cabernet Sauvignon 337 Regular Yield Free Run | RD78 15CS337R FR(BG) | 360 gal | 2015 | | | | Sullivan Vineyards 100.00% | Innoculated |
| 15CS35 FR | 2015 Cabernet Sauvignon Clone 35 Free Run | RD70 15CS35 FR(BG) | 480 gal | 2015 | | | | Sullivan Vineyards 100.00% | Innoculated |
| 15CS4 RCW FR | 2015 Cabernet Sauvignon Clone 4 Free Run | RD75 15CS4 RCW FR(BG) | 600 gal | 2015 | | | | Sullivan Vineyards 100.00% | Innoculated |

Case: 17-10065    Doc# 25    Filed: 02/15/17    Entered: 02/15/17 21:45:58    Page 11 of 40

| Batch Code | Description | Vessel | Volume | Vintage | Variety | Sub AVA | Program | Ownership | State |
|---|---|---|---|---|---|---|---|---|---|
| 15CS7 COR FR | 2015 Cabernet Sauvignon Cortitos Free Run | RD67 15CS7 COR FR(BG) | 480 gal | 2015 | | | | Sullivan Vineyards 100.00% | Innoculated |
| 15CS7 LM FR | 2015 Cabernet Sauvignon Clone 7 Old Low/Moderate Free Run | RD72 15CS7 LM FR(BG) | 960 gal | 2015 | | | | Sullivan Vineyards 100.00% | Innoculated |
| 15CS7/191 H FR | 2015 Cabernet Sauvignon Clone 7/191 High Vigor Free Run | RD73 15CS7/191 H FR(BG) | 540 gal | 2015 | | | | Sullivan Vineyards 100.00% | Innoculated |
| 15ME COR FR | 2015 Merlot Cortitos Free Run | RD61 15ME COR(BG) | 420 gal | 2015 | | | | Sullivan Vineyards 100.00% | Fermented |
| 15ME CR LP | 2015 Merlot Cortitos Light Press | RD2 15ME COR P(BG) | 120 gal | 2015 | | | | Sullivan Vineyards 100.00% | |
| 15ME RCE | | RD62 15ME RCE FR(BG) | 180 gal | 2015 | Merlot | Rutherford | | Sullivan Vineyards 100.00% | Innoculated |
| 15ME/PV LP | 2015 Merlot/Petit Verdot Light Press | PT550 - 7 | 433 gal | 2015 | | | | Sullivan Vineyards 100.00% | Innoculated |
| 15MEPS A | | RD68 15MEPSA FR(BG) | 540 gal | 2015 | Merlot | Saint Helena | | Sullivan Vineyards 100.00% | Innoculated |
| 15MEPS B | | RD64 15MEPSB FR(BG) | 240 gal | 2015 | Merlot | Saint Helena | | Sullivan Vineyards 100.00% | Innoculated |
| 15PV FR | 2015 Petit Verdot Free Run | RD69 15PV FR(BG) | 600 gal | 2015 | | | | Sullivan Vineyards 100.00% | Innoculated |
| 16CF | 2016 Cabernet Franc | RD8 16CF FR(BG) | 480 gal | 2016 | Cabernet Franc | Rutherford | | Sullivan Vineyards 100.00% | Innoculated |
| 16CF FR | 2016 Cabernet Franc Free Run | SS 3 | 60 gal | 2016 | | | | Sullivan Vineyards 100.00% | Innoculated |

Case: 17-10065    Doc# 25    Filed: 02/15/17    Entered: 02/15/17 21:45:58    Page 12 of 40

| Batch Code | Description | Vessel | Volume | Vintage | Variety | Sub AVA | Program | Ownership | State |
|---|---|---|---|---|---|---|---|---|---|
| 16CF LP | 2016 Cabernet Franc Light Press | SS 26 | 60 gal | 2016 | | | | Sullivan Vineyards 100.00% | Innoculated |
| 16CF LP | 2016 Cabernet Franc Light Press | SS 27 | 60 gal | 2016 | | | | Sullivan Vineyards 100.00% | Innoculated |
| 16CH RCE FR | 2016 Chardonnay Estate | PT550 - 1 | 400 gal | 2016 | Chardonnay | Rutherford | | Sullivan Vineyards 100.00% | Innoculated |
| 16CH RCE FR | 2016 Chardonnay Estate | W2 16CH RCE FR(BG) | 120 gal | 2016 | Chardonnay | Rutherford | | Sullivan Vineyards 100.00% | Innoculated |
| 16CH RCE FR | 2016 Chardonnay Estate | W3 16CH RCE BL FR(BG) | 120 gal | 2016 | Chardonnay | Rutherford | | Sullivan Vineyards 100.00% | Innoculated |
| 16CH RCE P | 2016 Chardonnay Press Estate | SS 10 | 45 gal | 2016 | Chardonnay | Rutherford | | Sullivan Vineyards 100.00% | Fermented |
| 16CH RCE P | 2016 Chardonnay Press Estate | SS 9 | 45 gal | 2016 | Chardonnay | Rutherford | | Sullivan Vineyards 100.00% | Innoculated |
| 16CHAH FR | 2016 Chardonnay Ahollinger Free Run | SS 6 | 56 gal | 2016 | Chardonnay | Carneros | | Sullivan Vineyards 100.00% | Innoculated |
| 16CHAH FR | 2016 Chardonnay Ahollinger Free Run | SS 7 | 55 gal | 2016 | Chardonnay | Carneros | | Sullivan Vineyards 100.00% | Innoculated |
| 16CHAH P | 2016 Chardonnay Ahollinger Press | SS 8 | 26 gal | 2016 | Chardonnay | Carneros | | Sullivan Vineyards 100.00% | Innoculated |
| 16CHG | 2016 Chardonnay Genny's Vineyard | SS 5 | 54 gal | 2016 | Chardonnay | | Sparkling | Sullivan Vineyards 100.00% | Innoculated |
| 16CHG | 2016 Chardonnay Genny's Vineyard | W1 16CHG FR(BG) | 60 gal | 2016 | Chardonnay | | Sparkling | Sullivan Vineyards 100.00% | Innoculated |

Case: 17-10065   Doc# 25   Filed: 02/15/17   Entered: 02/15/17 21:45:58   Page 13 of 40

| Batch Code | Description | Vessel | Volume | Vintage | Variety | Sub AVA | Program | Ownership | State |
|---|---|---|---|---|---|---|---|---|---|
| 16CHGP | 2016 Chardonnay Genny's Pressing | SS 4 | 14 gal | 2016 | Chardonnay | | Sparkling | Sullivan Vineyards 100.00% | Innoculated |
| 16CS LP | 2016 Cabernet Sauvignon Light Press | 13 | 1036 gal | 2016 | | | | Sullivan Vineyards 100.00% | Innoculated |
| 16CS LP #2 | 2016 Cabernet Sauvignon Light Press #2 | PT550 - 2 | 416 gal | 2016 | | | | Sullivan Vineyards 100.00% | |
| 16CS191 LM | 2016 Cabernet Sauvignon Clone 191 Low/Moderate Vigor | RD11 16CS191 LM FR(BG) | 540 gal | 2016 | Cabernet Sauvignon | Rutherford | | Sullivan Vineyards 100.00% | |
| 16CS337 | 2016 Cabernet Sauvignon Clone 337 | RD16 16CS337 FR(BG) | 1200 gal | 2016 | Cabernet Sauvignon | Rutherford | | Sullivan Vineyards 100.00% | |
| 16CS35 | 2016 Cabernet Sauvignon Clone 35 Cortitos | RD10 16CS35 FR(BG) | 360 gal | 2016 | Cabernet Sauvignon | Rutherford | | Sullivan Vineyards 100.00% | Innoculated |
| 16CS4 RCW | 2016 Cabernet Sauvignon Clone 4 | RD14 16CS4 RCW FR(BG) | 1020 gal | 2016 | Cabernet Sauvignon | Rutherford | | Sullivan Vineyards 100.00% | Innoculated |
| 16CS7 COR | 2016 Cabernet Sauvignon Clone 7 Cortitos | RD6 16CS7 COR FR(BG) | 360 gal | 2016 | Cabernet Sauvignon | Rutherford | | Sullivan Vineyards 100.00% | Innoculated |
| 16CS7 LM | 2016 Cabernet Sauvignon Clone 7 old Low/Moderate Vigor | 12 | 1040 gal | 2016 | Cabernet Sauvignon | Rutherford | | Sullivan Vineyards 100.00% | |
| 16CS7 LM | 2016 Cabernet Sauvignon Clone 7 old Low/Moderate Vigor | RD12 16CS7 LM FR(BG) | 420 gal | 2016 | Cabernet Sauvignon | Rutherford | | Sullivan Vineyards 100.00% | |
| 16CS7/191 H | 2016 Cabernet Sauvignon Clone 7/191 High Vigor | RD15 16CS7/191 H FR(BG) | 540 gal | 2016 | Cabernet Sauvignon | Rutherford | | Sullivan Vineyards 100.00% | Innoculated |
| 16CS7L/HH | 2016 Cabernet Sauvignon Clone 7 Old Low/High High Vigor | RD13 16CS7L/HH FR(BG) | 180 gal | 2016 | Cabernet Sauvignon | Rutherford | | Sullivan Vineyards 100.00% | |

Case: 17-10065   Doc# 25   Filed: 02/15/17   Entered: 02/15/17 21:45:58   Page 14 of 40

| Batch Code | Description | Vessel | Volume | Vintage | Variety | Sub AVA | Program | Ownership | State |
|---|---|---|---|---|---|---|---|---|---|
| 16MA | 2016 Estate Malbec | RD3 16MA FR(BG) | 120 gal | 2016 | Malbec | Rutherford | | Sullivan Vineyards 100.00% | Innoculated |
| 16ME COR | 2016 Merlot Cortitos | RD2 16ME COR FR(BG) | 420 gal | 2016 | Merlot | Rutherford | | Sullivan Vineyards 100.00% | Innoculated |
| 16ME COR | 2016 Merlot Cortitos | RD4 16ME/MA COR FR(BG) | 60 gal | 2016 | Merlot | Rutherford | | Sullivan Vineyards 100.00% | Innoculated |
| 16ME LP | 2016 Merlot Light Press | PT550 - 3 | 550 gal | 2016 | | | | Sullivan Vineyards 100.00% | Innoculated |
| 16ME RCE | 2016 Merlot Rancho Caymus East | RD7 16ME RCE FR(BG) | 360 gal | 2016 | Merlot | Rutherford | | Sullivan Vineyards 100.00% | Innoculated |
| 16ME RCE | 2016 Merlot Rancho Caymus East | SS 21 | 60 gal | 2016 | Merlot | Rutherford | | Sullivan Vineyards 100.00% | Innoculated |
| 16MEPS | 2016 Merlot Pope St | RD 1 16MEPS FR(BG) | 660 gal | 2016 | Merlot | Saint Helena | | Sullivan Vineyards 100.00% | Innoculated |
| 16MER | 2016 Merlot Rutherford River Ranch | RD9 16MER FR(BG) | 540 gal | 2016 | Merlot | Rutherford | | Sullivan Vineyards 100.00% | Innoculated |
| 16PV | 2016 Petit Verdot | RD5 16PV FR(BG) | 780 gal | 2016 | Petit Verdot | Rutherford | | Sullivan Vineyards 100.00% | Innoculated |
| 16PV LP | 2016 Petit Verdot Light Press | SS 22 | 60 gal | 2016 | | | | Sullivan Vineyards 100.00% | Innoculated |
| 16PV LP | 2016 Petit Verdot Light Press | SS 23 | 60 gal | 2016 | | | | Sullivan Vineyards 100.00% | Innoculated |
| 16PV LP | 2016 Petit Verdot Light Press | SS 25 | 60 gal | 2016 | | | | Sullivan Vineyards 100.00% | Innoculated |

Case: 17-10065   Doc# 25   Filed: 02/15/17   Entered: 02/15/17 21:45:58   Page 15 of 40

| Batch Code | Description | Vessel | Volume | Vintage | Variety | Sub AVA | Program | Ownership | State |
|---|---|---|---|---|---|---|---|---|---|
| 16SBR | 2016 Sauvignon Blanc Rutherford River Ranch | 11 | 1038 gal | 2016 | | | | Sullivan Vineyards 100.00% | Innoculated |
| 16SBR FR | 2016 Sauvignon Blanc Rutherford River Ranch | W4 16SBR1/5 FR | 180 gal | 2016 | | | | Sullivan Vineyards 100.00% | Innoculated |
| 16SBR1 P | 2016 Sauvignon Blanc Rutherford River Ranch Clone 1 Pressing | SS 19 | 48 gal | 2016 | Sauvignon Blanc | Rutherford | | Sullivan Vineyards 100.00% | Fermented |
| 16SBR1 P | 2016 Sauvignon Blanc Rutherford River Ranch Clone 1 Pressing | SS 20 | 35 gal | 2016 | Sauvignon Blanc | Rutherford | | Sullivan Vineyards 100.00% | Fermented |
| 16SBR1D FR | 2016 Sauvignon Blanc Rutherford River Ranch Clone 1 Destemmed Free Run | SS 16 | 60 gal | 2016 | Sauvignon Blanc | Rutherford | | Sullivan Vineyards 100.00% | Fermented |
| 16SBR1D FR | 2016 Sauvignon Blanc Rutherford River Ranch Clone 1 Destemmed Free Run | SS 18 | 60 gal | 2016 | Sauvignon Blanc | Rutherford | | Sullivan Vineyards 100.00% | Fermented |
| 16SBR5 P | 2016 Sauvignon Blanc Rutherfor River Ranch Clone 5 Pressing | SS 13 | 42 gal | 2016 | Sauvignon Blanc | Rutherford | | Sullivan Vineyards 100.00% | Innoculated |
| 16SBR5 P | 2016 Sauvignon Blanc Rutherfor River Ranch Clone 5 Pressing | SS 14 | 28 gal | 2016 | Sauvignon Blanc | Rutherford | | Sullivan Vineyards 100.00% | Innoculated |

| Total No of Products in list | 65 | | | | | | Total | 21241 gal | |

Case: 17-10065  Doc# 25   Filed: 02/15/17   Entered: 02/15/17 21:45:58    Page 16 of 40

**Sullivan Vineyards**

**Consolidated Inventory as of January 31st, 2017 and it's Retail Value**  1/31/2017

| SKU | Name/ Description | Total 9L Cases Except 3,6,9 & 18L Bt | Retail $Value/Case | WS Cases | WS Bottles | WS Retail $Value/Cs | BIAGI Cases | BIAGI Bottles | BIAGI Retail $ Value/Cs | Winery Cases | Winery Bottles | Winery Retail $Value/cs | Library Cases | Library Bottles | Library Retail $ Value/cs | Damaged Cases | Damaged Bottles | Damaged Retail $Value/cs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CS81712 | 1981 Cabernet Sauvignon | 1.250 | 2,640.000 | | | | | | | | | - | 1 | 3 | 3,300.00 | | | - |
| CS82712 | 1982 Cabernet Sauvignon | 1.583 | 2,580.000 | | | - | | | | | | - | 1 | 7 | 4,085.00 | | | - |
| CS83712 | 1983 Cabernet Sauvignon | 4.083 | 2,520.000 | | | | | | | | | - | 3 | 13 | 10,290.00 | | | - |
| CS84712 | 1984 Cabernet Sauvignon | 2.167 | 2,460.000 | | | - | | | | | | - | 1 | 14 | 5,330.00 | | | - |
| CS85712 | 1985 Cabernet Sauvignon | 5.333 | 2,400.000 | | | | | | | | | - | 4 | 16 | 12,800.00 | | | - |
| CS86712 | 1986 Cabernet Sauvignon | 0.333 | 2,340.000 | | | | | | | | | - | | 1 | 195.00 | | 3 | 585.00 |
| CS87312 | 1987 Cabernet Sauvignon 375ml | 0.000 | | | | - | | | | | | - | | | - | | 0 | - |
| CS87712 | 1987 Cabernet Sauvignon | 0.167 | 2,280.000 | | | - | | | | | | - | | | - | | 2 | 380.00 |
| CS88712 | 1988 Cabernet Sauvignon | 0.000 | | | | - | | | | | | - | | | - | | | |
| CS89712 | 1989 Cabernet Sauvignon | 4.583 | 2,160.000 | | | - | 3 | 6 | 7,560.00 | | | - | 1 | 1 | 2,340.00 | | | - |
| CS90712 | 1990 Cabernet Sauvignon | 6.000 | 2,100.000 | 8 | | 1,400.00 | | | | | | - | 5 | 4 | 11,200.00 | | | |
| CS91712 | 1991 Cabernet Sauvignon | 1.000 | 2,040.000 | | | - | | | | | | - | 1 | | 2,040.00 | | | - |
| CS92712 | 1992 Cabernet Sauvignon | 0.250 | 1,980.000 | | | - | | | | | | - | | 3 | 495.00 | | | |
| CS93712 | 1993 Cabernet Sauvignon | 1.500 | 1,920.000 | - | - | | - | | | | | - | 1 | 6 | 2,880.00 | 0 | 0 | - |
| CS94712 | 1994 Cabernet Sauvignon | 0.083 | 1,500.000 | | | - | | | | | | - | | | - | | 1 | 125.00 |
| CS95712 | 1995 Cabernet Sauvignon | 2.417 | 1,800.000 | 3 | | 450.00 | | | | | | - | 1 | 14 | 3,900.00 | | | - |
| CS96712 | 1996 Cabernet Sauvignon | 1.583 | 1,680.000 | 4 | | 560.00 | | | | | | - | 1 | 3 | 2,100.00 | | | - |
| CS97712 | 1997 Cabernet Sauvignon | 1.500 | 1,680.000 | 8 | | 1,120.00 | | | | | | - | | 10 | 1,400.00 | | | - |
| CS98712 | 1998 Cabernet Sauvignon | 1.750 | 1,620.000 | 6 | | 810.00 | | | | | | - | 1 | 3 | 2,025.00 | | | - |
| CS99712 | 1999 Cabernet Sauvignon | 0.500 | 1,560.000 | 1 | | 130.00 | | | | | | - | | 5 | 650.00 | | | - |
| CS00712 | 2000 Cabernet Sauvignon | 3.333 | 1,500.000 | 23 | | 2,875.00 | | | | | | - | 1 | 5 | 2,125.00 | | | - |
| CS01712 | 2001 Cabernet Sauvignon | 1.667 | 1,440.000 | | | - | | | | | | - | 1 | 8 | 2,400.00 | | | - |
| CS02712 | 2002 Cabernet Sauvignon | 0.583 | 1,380.000 | | | - | | | | | | - | | 7 | 805.00 | | | - |
| CS03712 | 2003 Cabernet Sauvignon | 1.417 | 1,320.000 | | | - | | | | | | - | 1 | 5 | 1,870.00 | | | - |
| CS04712 | 2004 Cabernet Sauvignon | 0.750 | 1,260.000 | | | - | | | | | | - | | 9 | 945.00 | | | - |
| CS05712 | 2005 Cabernet Sauvignon | 0.000 | | | | - | | | | | | - | | | - | | | - |
| CS06712 | 2006 Cabernet Sauvignon | 2.083 | 1,140.000 | | | - | | | | | | - | 1 | 13 | 2,375.00 | | | - |
| CS07712 | 2007 Cabernet Sauvignon | 1.000 | 1,080.000 | | | - | | | | | | - | 1 | | 1,080.00 | | | - |
| CS08712 | 2008 Cabernet Sauvignon | 2.000 | 1,020.000 | 24 | | 2,040.00 | | | | | | - | | | - | | | - |
| CS09712 | 2009 Cabernet Sauvignon | 2.083 | 1,200.000 | 21 | | 2,100.00 | | | | | | - | | 4 | 400.00 | | | - |
| CS10712 | 2010 Cabernet Sauvignon | 65.750 | 960.000 | 47 | | 3,760.00 | 60 | | 57,600.00 | 1 | 10 | 1,760.00 | | | - | | | |
| CS11712 | 2011 Cabernet Sauvignon | 297.000 | 960.000 | 2,340 | | 187,200.00 | 98 | | 94,080.00 | 3 | 9 | 3,600.00 | | 3 | 240.00 | | | |
| 12CS712 | 2012 Cabernet Sauvignon | 196.167 | 960.000 | 103 | | 8,240.00 | 180 | - | 172,800.00 | 7 | 1 | 6,800.00 | | 6 | 480.00 | | | |
| 13CS712 | 2013 Cabernet Sauvignon | 397.083 | 1,020.000 | 1,828 | | 155,380.00 | 235 | | 239,700.00 | 8 | 11 | 9,095.00 | | 10 | 850.00 | | | |
| 14CS712 | 2014 Cabernet Sauvignon | 1,261.000 | 1,020.000 | 48 | | 4,080.00 | 1,256 | | 1,281,120.00 | 1 | | 1,020.00 | | | - | | | |
| 14CS712U | 2014 Cabernet Sauvignon UNL | 7.000 | 1,020.000 | | | - | 7 | | 7,140.00 | | | - | | | | | | |
| | | | | | | | | | | | | | | | | | | - |
| CS99712R | 1999 Cabernet Sauvignon Reserve | 2.000 | 2,040.000 | 5 | | 850.00 | | | | | | - | 1 | 7 | 3,230.00 | | | - |
| CS02712R | 2002 Cabernet Sauvignon Reserve | 0.000 | | | | - | | | | | | | | | - | | | |
| CS03712R | 2003 Cabernet Sauvignon Reserve | 0.667 | 1,800.000 | | | - | | | | | | - | | 8 | 1,200.00 | | | |
| CS04712R | 2004 Cabernet Sauvignon Reserve | 0.000 | | | | - | | | | | | | | | - | | | |
| CS05712R | 2005 Cabernet Sauvignon Reserve | 1.000 | 1,680.000 | | | - | | | | | | - | 1 | | 1,680.00 | | | |
| CS06712R | 2006 Cabernet Sauvignon Reserve - UNL | 0.917 | 1,620.000 | | | - | | | | | | - | | 11 | 1,485.00 | | | |
| CS07712R | 2007 Cabernet Sauvignon Reserve | 1.667 | 1,560.000 | 20 | | 2,600.00 | | | | | | - | | | - | | | |
| CS08712R | 2008 Cabernet Sauvignon Reserve | 0.417 | 1,500.000 | 2 | | 250.00 | | | | | | - | | 3 | 375.00 | | | |
| CS08712J | 2008 Cabernet Sauvignon Reserve James O'Neil | 0.167 | 1,740.000 | | | - | | | | | | - | | 2 | 290.00 | | | |
| CS09712J | 2009 Cabernet Sauvignon Reserve James O'Neil | 18.000 | 1,680.000 | 204 | | 28,560.00 | | | | 1 | | 1,680.00 | | | - | | | |
| CS10712J | 2010 Cabernet Sauvignon Reserve James O'Neil | 42.167 | 1,680.000 | 435 | | 60,900.00 | | | | 5 | 10 | 9,800.00 | | 1 | 140.00 | | | |
| 12CS712J | 2010 Cabernet Sauvignon Reserve James O'Neil | 62.417 | 1,680.000 | - | 301 | 42,140.00 | 30 | 1 | 50,540.00 | 6 | | 10,080.00 | | 15 | 2,100.00 | 0 | 0 | - |
| 13CS712J | 2013  Cabernet James O'Neil | 234.000 | 2,100.000 | 1,889 | | 330,575.00 | 71 | | 149,100.00 | 5 | 7 | 11,725.00 | | | - | | | |
| 14CS712J | 2014 Cabernet James O'Neil | 164.000 | 2,100.000 | 48 | | 8,400.00 | 159 | | 333,900.00 | 1 | | 2,100.00 | | | - | | | |
| | | | | | | | | | | | | | | | | | | - |
| CS85106 | 1985 Cabernet Sauvignon 1.5L | 0.000 | 2,700.000 | | | - | | | | | | - | | | - | | | |
| CS90106 | 1990 Cabernet Sauvignon 1.5L | 0.000 | | | | - | | | | | | - | | | - | | | |
| CS93106 | 1993 Cabernet Sauvignon 1.5L | 0.833 | 1,920.000 | | | - | | | | | | - | | 5 | 1,600.00 | | | |
| CS94106 | 1994 Cabernet Sauvignon 1.5L | 0.000 | | | | - | | | | | | - | | | - | | | |
| CS94106E | 1994 Cabernet Sauvignon 1.5L etched | 0.000 | | | | - | | | | | | - | | | - | | | |
| CS95106 | 1995 Cabernet Sauvignon 1.5L | 0.000 | | | | - | | | | | | - | | | - | | | |
| CS95106E | 1995 Cabernet Sauvignon 1.5L etched | 0.167 | 1,800.000 | | | - | | | | | | - | | 1 | 300.00 | | | |
| CS96106 | 1996 Cabernet Sauvignon 1.5L | 0.000 | | | | - | | | | | | - | | | - | | | |
| CS96106E | 1996 Cabernet Sauvignon 1.5L etched | 0.500 | 1,740.000 | | | - | | | | | | - | | 3 | 870.00 | | | |
| CS96106E | 1996 Cabernet Sauvignon 1.5L MILLENIUM | 0.167 | 1,740.000 | | | - | | | | | | - | | 1 | 290.00 | | | |
| CS97106 | 1997 Cabernet Sauvignon 1.5L | 0.000 | | | | - | | | | | | - | | | - | | | |

| | | LOCATION: ALL as of | | LOCATION: Wineshipping As of: 31-Jan-17 | | | LOCATION: BIAGI (1) As of: 31-Jan-17 | | | Winery (3) LOCATION: Tasting Rm As of: 31-Jan-17 | | | FAMILY LIBRARY LOCATION: (4) As of: 31-Jan-17 | | | Locatio n Biagi Damaged As of: 31-Jan-17 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SKU | Name/ Description | Total 9L Cases Except 3,6,9 & 18L Bt | Retail $Value/Case | Cases | Bottles | Retail $Value/Cs | Cases | Bottles | Retail $ Value/Cs | Cases | Bottles | Retail $Value/cs | Cases | Bottles | Retail $ Value/cs | Cases | Bottles | Retail $Value/cs |
| CS97106E | 1997 Cabernet Sauvignon 1.5L etched | 0.000 | | | | - | | | | | - | | | - | | | | - |
| CS98106E | 1998 Cabernet Sauvignon 1.5L etched | 0.000 | | | | - | | | | | - | | | - | | | | - |
| CS99106E | 1999 Cabernet Sauvignon 1.5L etched | 0.167 | 520.000 | | | | | | | | - | | | 1 | 86.67 | | | - |
| CS99106 | 1999 Cabernet Sauvignon 1.5L | 0.000 | | | | - | | | | | - | | | - | | | | - |
| CS00106 | 2000 Cabernet Sauvignon 1.5L | 0.167 | 1,500.000 | | | | | | | | 1 | | | - | | | | - |
| CS01106 | 2001 Cabernet Sauvignon 1.5L | 0.167 | 1,440.000 | | | - | | | | | - | | | 1 | 240.00 | | | - |
| CS02106 | 2002 Cabernet Sauvignon 1.5L | 3.500 | 1,380.000 | 11 | | 2,530.00 | | | | | - | | | 10 | 2,300.00 | | | - |
| CS03106 | 2003 Cabernet Sauvignon 1.5L | 0.667 | 1,320.000 | | | - | | | | | - | | | 4 | 880.00 | | | - |
| CS04106 | 2004 Cabernet Sauvignon 1.5L | 0.167 | 1,260.000 | 1 | | 210.00 | | | | | - | | | - | | | | - |
| CS05106 | 2005 Cabernet Sauvignon 1.5L | 0.500 | 1,200.000 | | | - | | | | | - | | | 3 | 600.00 | | | - |
| CS06106 | 2006 Cabernet Sauvignon 1.5L | 0.000 | | | | - | | | | | - | | | - | | | | - |
| CS07106 | 2007 Cabernet Sauvignon 1.5L | 0.000 | | | | - | | | | | - | | | - | | | | - |
| CS08106 | 2008 Cabernet Sauvignon 1.5L | 0.167 | 1,020.000 | | | - | | | | | 1 | 170.00 | | - | | | | - |
| CS10106 | 2010 Cabernet Sauvignon 1.5L | 0.833 | 900.000 | 5 | | 750.00 | | | | | - | | | - | | | | - |
| CS11106 | 2011 Cabernet Sauvignon 1.5L | 5.167 | 840.000 | 26 | | 3,640.00 | | | | | 5 | 700.00 | | - | | | | - |
| CS12106 | 2012 Cabernet Sauvignon 1.5L | 8.333 | 840.000 | | | - | 4 | 5 | 4,060.00 | 3 | 2 | 2,800.00 | | 1 | 140.00 | | | - |
| CS13106 | 2013 Cabernet Sauvignon 1.5L | 0.000 | | | | | | | | | - | | | - | | | | - |
| CS14106 | 2014 Cabernet Sauvignon 1.5L | 15.000 | 1,020.000 | | | | 15 | | 15,300.00 | | - | | | - | | | | - |
| | | | | | | | | | | | | | | | | | | - |
| CS99106R | 1999 Cabernet Sauvignon Reserve 1.5L | 0.500 | 2,040.000 | | | - | | | | | - | | | 3 | 1,020.00 | | | - |
| CS02106R | 2002 Cabernet Sauvignon Reserve 1.5L | 0.000 | | | | - | | | | | - | | | - | | | | - |
| CS03106R | 2003 Cabernet Sauvignon Reserve 1.5L | 0.000 | 1,800.000 | | | - | | | | | - | | | - | | | | - |
| CS04106R | 2004 Cabernet Sauvignon Reserve 1.5L | 0.000 | | | | - | | | | | - | | | - | | | | - |
| CS05106R | 2005 Cabernet Sauvignon Reserve 1.5L | 0.000 | | | | - | | | | | - | | | - | | | | - |
| CS07106R | 2007 Cabernet Sauvignon Reserve 1.5L | 0.000 | | | | - | | | | | - | | | - | | | | - |
| CS08106R | 2008 Cabernet Sauvignon Reserve 1.5L | 0.667 | 1,500.000 | | | - | | | | | - | | | 4 | 1,000.00 | | | - |
| CS08106J | 2008 Cabernet Sauvignon 1.5L James O'Neil | 14.000 | 1,740.000 | 84 | | 24,360.00 | | | | | - | | | - | | | | - |
| CS10106J | 2010 Cabernet Sauvignon 1.5L James O'Neil | 1.333 | 1,680.000 | 8 | | 2,240.00 | | | | | - | | | - | | | | - |
| CS12106J | 2012 Cabernet Sauvignon 1.5L James O'Neil | 7.833 | 1,620.000 | 44 | | 11,880.00 | - | 2 | 540.00 | | - | | | 1 | 270.00 | | | - |
| 13CS106JU | 2013 Cabernet 1.5L James O'Neil UNL | 9.833 | 2,100.000 | 17 | | 5,950.00 | 7 | | 14,700.00 | | - | | | - | | | | - |
| 14CS106JU | 2014 Cabernet 1.5L James O'Neil UNL | 4.333 | 2,100.000 | | | - | 4 | 2 | 9,100.00 | | - | | | - | | | | - |
| | | | | | | | | | | | | | | | | | | - |
| CS85D01 | 1985 Cabernet Sauvignon 3L | 1.000 | 800.000 | | | - | | | | | - | | | 1 | 800.00 | | | - |
| CS92D01 | 1992 Cabernet Sauvignon 3L | 0.000 | 0.000 | | | - | | | | | - | | | - | | | | - |
| CS95D01 | 1995 Cabernet Sauvignon 3L | 0.000 | | | | - | | | | | - | | | - | | | | - |
| CS97D01 | 1997 Cabernet Sauvignon 3L | 0.000 | | | | - | | | | | - | | | - | | | | - |
| CS98D01 | 1998 Cabernet Sauvignon 3L | 0.000 | | | | - | | | | | - | | | - | | | | - |
| CS99D01 | 1999 Cabernet Sauvignon 3L | 0.000 | | | | - | | | | | - | | | - | | | | - |
| CS04D01U | 2004 Cabernet Sauvignon 3L UNL | 23.000 | 400.000 | | | | | 17 | 6,800.00 | | - | | | 6 | 2,400.00 | | | - |
| CS08D01 | 2008 Cabernet Sauvignon 3L | 0.000 | | | | - | | | | | - | | | - | | | | - |
| | | | | | | | | | | | | | | | | | | - |
| CS99D01RE | 1999 Cabernet Sauvignon Reserve 3L etched | 0.000 | | - | | - | - | | - | | - | | | - | | 0 | 0 | - |
| CS02D01R | 2002 Cabernet Sauvignon Reserve 3L | 6.000 | 620.000 | 5 | | 3,100.00 | | | | | 1 | 620.00 | | - | | | | - |
| CS03D01R | 2003 Cabernet Sauvignon Reserve 3L | 4.000 | 550.000 | - | | - | | | | | - | | | 4 | 2,200.00 | | | - |
| CS04D01R | 2004 Cabernet Sauvignon Reserve 3L | 6.000 | 580.000 | | | | | 6 | 3,480.00 | | - | | | - | | | | - |
| CS04D01RU | 2004 Cabernet Sauvignon Reserve 3L UNL | 11.000 | 580.000 | | | | | 11 | 6,380.00 | | - | | | - | | | | - |
| CS08D01R | 2008 Cabernet Sauvignon Reserve 3L | 0.000 | | | | - | | | | | - | | | - | | | | - |
| CS08D01J | 2008 Cabernet Sauvignon 3L James O'Neil | 5.000 | 580.000 | | | | | 5 | 2,900.00 | | - | | | - | | | | - |
| CS10D01J | 2010 Cabernet Sauvignon 3L James O'Neil | 0.000 | | | | - | | | | | - | | | - | | | | - |
| 13CS303J | 2013 Cabernet Sauvignon 3L James O'Neil | 3.000 | 850.000 | - | | - | | | | | - | | | 3 | 2,550.00 | | | - |
| | | | | | | | | | | | | | | | | | | - |
| | MERLOT | | | | | | | | | | | | | | | | | - |
| ML82712 | 1982 Merlot | 0.167 | 2,460.000 | | | - | | | | | - | | | 2 | 410.00 | | | - |
| ML83712 | 1983 Merlot | 1.083 | 2,400.000 | | | - | | | | | - | | | 1 1 | 2,600.00 | | | - |
| ML84712 | 1984 Merlot | 11.333 | 2,340.000 | 12 | | 2,340.00 | 4 | | 9,360.00 | | - | | 5 | 9 | 13,455.00 | | 7 | 1,365.00 |
| ML85712 | 1985 Merlot | 4.667 | 2,280.000 | | | - | 1 | 10 | 4,180.00 | | - | | | 6 | 1,140.00 | 2 | 4 | 5,320.00 |
| ML86712 | 1986 Merlot | 1.083 | 2,200.000 | | | - | | | | | - | | 1 | 1 | 2,383.33 | 0 | | - |
| ML87712 | 1987 Merlot | 2.833 | 2,160.000 | | | - | 1 | | 2,160.00 | | - | | 1 | 1 | 2,340.00 | | 9 | 1,620.00 |
| ML88712 | 1988 Merlot | 13.500 | 2,100.000 | | | - | 2 | | 4,200.00 | | - | | 10 | 9 | 22,575.00 | | 9 | 1,575.00 |
| ML89712 | 1989 Merlot | 4.583 | 2,040.000 | | | - | | | - | | - | | 3 | 2 | 6,460.00 | 1 | 5 | 2,890.00 |
| ML90712 | 1990 Merlot | 1.000 | 1,980.000 | | | - | | | | | - | | 1 | | 1,980.00 | 0 | | - |
| ML91712 | 1991 Merlot | 4.750 | 1,920.000 | 12 | | 1,920.00 | 2 | 9 | 5,280.00 | | - | | 1 | | 1,920.00 | | | - |
| ML92712 | 1992 Merlot | | 1,860.000 | | | | | | | | - | | | 1 | 2,015.00 | | | - |

**Sullivan Vineyards**

**Consolidated Inventory as of January 31st, 2017 and it's Retail Value**

| | | LOCATION: ALL as of 1/31/2017 | | LOCATION: Wineshipping As of: 31-Jan-17 | | | LOCATION: BIAGI (1) As of: 31-Jan-17 | | | LOCATION: Winery (3) Tasting Rm As of: 31-Jan-17 | | | FAMILY LIBRARY ON: (4) As of: 31-Jan-17 | | | Location Biagi Damaged As of: 31-Jan-17 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SKU | Name/ Description | Total 9L Cases Except 3,6,9 & 18L Bt | Retail $Value/Case | Cases | Bottles | Retail $Value/Cs | Cases | Bottles | Retail $ Value/Cs | Cases | Bottles | Retail $Value/cs | Cases | Bottles | Retail $ Value/cs | Cases | Bottles | Retail $Value/cs |
| ML93712 | 1993 Merlot | 1.083 | 1,800.000 | | | | | | | - | - | - | 1 | 1 | 1,950.00 | | | - |
| ML94712 | 1994 Merlot | 1.417 | 1,740.000 | | - | | | | | - | - | - | 1 | 5 | 2,465.00 | | | - |
| ML95712 | 1995 Merlot | 6.583 | 1,680.000 | | - | | 3 | 10 | 6,440.00 | - | - | - | 2 | 9 | 4,620.00 | | | - |
| ML96712 | 1996 Merlot | 1.417 | 1,620.000 | | - | | | | | - | - | - | 1 | 5 | 2,295.00 | | | - |
| ML97712 | 1997 Merlot | 6.167 | 1,560.000 | 60 | 7,800.00 | | | | | - | - | - | - | 14 | 1,820.00 | | | - |
| ML98712 | 1998 Merlot | 64.333 | 1,500.000 | 423 | 52,875.00 | | 23 | 8 | 35,500.00 | 3 | 9 | 5,625.00 | - | 20 | 2,500.00 | | | - |
| ML99712 | 1999 Merlot | 24.167 | 1,440.000 | 269 | 32,280.00 | | | 9 | 1,080.00 | | - | - | 1 | - | 1,440.00 | | | - |
| ML00712 | 2000 Merlot (ML00712A listed below under "Other") | 8.833 | 1,380.000 | 98 | 11,270.00 | | | | | - | - | - | - | 8 | 920.00 | | | - |
| ML01712 | 2001 Merlot | 34.833 | 1,320.000 | 248 | 27,280.00 | | 11 | 10 | 15,620.00 | - | 6 | 660.00 | 1 | 10 | 2,420.00 | | | - |
| ML02712 | 2002 Merlot | 1.333 | 1,260.000 | | - | | | | | - | - | - | 1 | 4 | 1,680.00 | | | - |
| ML03712 | 2003 Merlot | 12.417 | 1,200.000 | 54 | 5,400.00 | | | | | 4 | 1 | 4,900.00 | 3 | 10 | 4,600.00 | | | - |
| ML04712 | 2004 Merlot | 2.250 | 1,140.000 | | - | | | | | - | - | - | 1 | 15 | 2,565.00 | | | - |
| ML05712 | 2005 Merlot | 1.333 | 1,080.000 | | - | | | | | - | - | - | 1 | 4 | 1,440.00 | | | - |
| ML06712 | 2006 Merlot | 1.250 | 1,020.000 | 11 | 935.00 | | | | | - | - | - | - | 4 | 340.00 | | | - |
| ML07712 | 2007 Merlot | 5.417 | 960.000 | 63 | 5,040.00 | | - | | | - | - | - | - | 2 | 160.00 | | | - |
| ML07712U | 2007 Merlot (Assemblage) | 2.083 | 960.000 | | - | | - | 8 | 640.00 | - | - | - | 1 | 5 | 1,360.00 | | | - |
| ML08712 | 2008 Merlot | 10.750 | 900.000 | 119 | 8,925.00 | | | | | - | - | - | - | 10 | 750.00 | | | - |
| ML09712 | 2009 Merlot | 15.333 | 1,080.000 | 156 | 14,040.00 | | | | | 2 | 4 | 2,520.00 | - | - | - | | | - |
| ML10712 | 2010 Merlot | 0.333 | 900.000 | | - | | | | | - | - | - | - | 4 | 300.00 | | | - |
| ML11712 | 2011 Merlot | 334.000 | 780.000 | 2,794 | 181,610.00 | | 98 | | 76,440.00 | 3 | 2 | 2,470.00 | - | - | - | | | - |
| 12ML712 | 2012 Merlot | 60.417 | 780.000 | 341 | 22,165.00 | | 26 | 5 | 20,605.00 | 4 | 2 | 3,250.00 | 1 | 5 | 1,105.00 | | | - |
| ML2013 | 2013 Merlot | 310.583 | 780.000 | 1,573 | 102,245.00 | | 177 | | 138,060.00 | 2 | 6 | 1,950.00 | - | - | - | | | - |
| 14ML712 | 2014 Merlot | 416.917 | 780.000 | 3,611 | 234,715.00 | | 95 | | 74,100.00 | 21 | | 16,380.00 | - | - | - | | | - |
| | | | | | | | | | | | | | | | | | | - |
| ML01712R | 2001 Merlot Reserve | 23.417 | 1,980.000 | - | - | | 23 | | 45,540.00 | - | - | - | - | 5 | 825.00 | | | - |
| ML02712R | 2002 Merlot Reserve | 0.833 | 1,920.000 | - | | | | | | - | - | - | - | 10 | 1,600.00 | | | - |
| ML03712R | 2003 Merlot Reserve | 0.667 | 1,860.000 | - | | | | | | - | - | - | - | 8 | 1,240.00 | | | - |
| ML05712R | 2005 Merlot Reserve | 1.833 | 1,740.000 | 8 | 1,160.00 | | | | | - | - | - | - | 14 | 2,030.00 | | | - |
| ML07712R | 2007 Merlot Reserve | 0.000 | | - | | | | | | - | - | - | - | - | - | | | - |
| ML08712R | 2008 Merlot Reserve | 6.083 | 1,560.000 | 70 | 9,100.00 | | | | | - | - | - | - | 3 | 390.00 | | | - |
| ML10712J | 2010 Merlot Reserve James O'Neil | 1.417 | 1,500.000 | 17 | 2,125.00 | | | | | - | - | - | - | - | - | | | - |
| 12ML712J | 2012 Merlot Reserve James O'Neil | 78.417 | 1,500.000 | 769 | 96,125.00 | | 6 | 10 | 10,250.00 | 6 | 1 | 9,125.00 | 1 | 5 | 2,125.00 | | | - |
| 13ML712J | 2013 Merlot Reserve James O'Neil | 218.000 | 1,680.000 | 1,644 | 230,160.00 | | 74 | | 124,320.00 | 7 | | 11,760.00 | - | - | - | | | - |
| 14ML712J | 2014 Merlot Reserve James O'Neil | 228.000 | 1,680.000 | 48 | 6,720.00 | | 223 | | 374,640.00 | 1 | | 1,680.00 | - | - | - | | | - |
| | | | | | | | | | | | | | | | | | | - |
| ML85106 | 1985 Merlot 1.5L | 5.833 | 2,280.000 | - | | | 4 | 4 | 10,640.00 | - | - | - | - | 7 | 2,660.00 | | | - |
| ML98106E | 1998 Merlot 1.5L etched | 0.333 | 1,500.000 | - | | | | | | - | - | - | - | 2 | 500.00 | | | - |
| ML00106 | 2000 Merlot 1.5L | 2.000 | 1,380.000 | - | | | - | 5 | 1,150.00 | - | - | - | - | 7 | 1,610.00 | | | - |
| ML01106 | 2001 Merlot 1.5L | 13.667 | 1,320.000 | - | | | 13 | | 17,160.00 | - | - | - | - | 4 | 880.00 | | | - |
| ML02106 | 2002 Merlot 1.5L | 2.167 | 1,260.000 | 7 | 1,470.00 | | | | | - | 3 | 630.00 | - | 3 | 630.00 | | | - |
| ML03106 | 2003 Merlot 1.5L | 16.833 | 1,140.000 | 100 | 19,000.00 | | | | | - | - | - | - | 1 | 190.00 | | | - |
| ML04106 | 2004 Merlot 1.5L | 4.333 | 1,140.000 | 3 | 570.00 | | 2 | 2 | 2,660.00 | - | - | - | - | 9 | 1,710.00 | | | - |
| ML05106 | 2005 Merlot 1.5L | 0.000 | | - | | | | | | - | - | - | - | - | - | | | - |
| ML06106C | 2006 Merlot 1.5L "Collage" | 0.000 | | - | | | | | | - | - | - | - | - | - | | | - |
| ML07106 | 2007 Merlot 1.5 L | 0.000 | | - | | | | | | - | - | - | - | - | - | | | - |
| ML08106 | 2008 Merlot 1.5 L | 18.500 | 900.000 | 90 | 13,500.00 | | | | | 3 | 3 | 3,150.00 | - | - | - | | | - |
| ML11106 | 2011 Merlot 1.5 L | 7.833 | 720.000 | 36 | 4,320.00 | | | | | 1 | 5 | 1,320.00 | - | - | - | | | - |
| | | | | | | | | | | | | | | | | | | - |
| ML02106R | 2002 Merlot Reserve 1.5L | 0.833 | 1,920.000 | - | | | | | | - | - | - | - | 5 | 1,600.00 | | | - |
| ML03106R | 2003 Merlot Reserve 1.5L | 0.167 | 1,860.000 | - | | | | | | - | - | - | - | 1 | 310.00 | | | - |
| ML05106R | 2005 Merlot Reserve 1.5L | 4.167 | 1,740.000 | - | | | 4 | 1 | 7,250.00 | - | - | - | - | - | - | | | - |
| ML07106R | 2007 Merlot Res 1.5 L | 0.000 | | - | | | | | | - | - | - | - | - | - | | | - |
| ML08106R | 2008 Merlot Res 1.5 L | 19.000 | 1,560.000 | 113 | 29,380.00 | | | 1 | | - | - | 260.00 | - | - | - | | | - |
| ML10106J | 2010 Merlot Res 1.5 L James O'Neil | 3.500 | 1,440.000 | 21 | 5,040.00 | | | | | - | - | - | - | - | - | | | - |
| 13ML106JU | 2013 Merlot Res 1.5 L James O'Neil UNL | 11.000 | 1,680.000 | - | | | 11 | | 18,480.00 | - | - | - | - | - | - | | | - |
| 14ML106JU | 2014 Merlot Res 1.5 L James O'Neil UNL | 8.500 | 1,680.000 | - | | | 8 | 3 | 14,280.00 | - | - | - | - | - | - | | | - |
| | | | | | | | | | | | | | | | | | | - |
| ML04D01 | 2004 Merlot 3L | 26.000 | 380.000 | - | | | | 26 | 9,880.00 | - | - | - | - | - | - | | | - |
| | | | | | | | | | | | | | | | | | | - |
| ML02D01R | 2002 Merlot Reserve 3L | 0.000 | | - | | | | | | - | - | - | - | - | - | | | - |
| ML08D01R | 2008 Merlot Reserve 3L | 4.000 | 550.000 | - | | | | 4 | 2,200.00 | - | - | - | - | - | - | | | - |
| | | | | | | | | | | | | | | | | | | - |
| ML94I01U | 1994 Merlot 6L UNL | | | - | | | | | | | | | | | | | | |

| SKU | Name/ Description | LOCATION: ALL as of 1/31/2017 Total 9L Cases Except 3,6,9 & 18L Bt | Retail $Value/Case | LOCATION: Wineshipping As of: 31-Jan-17 Cases | Bottles | Retail $Value/Cs | LOCATION: BIAGI (1) As of: 31-Jan-17 Cases | Bottles | Retail $ Value/Cs | Winery (3) LOCATION: Tasting Rm As of: 31-Jan-17 Cases | Bottles | Retail $Value/cs | FAMILY LIBRARY LOCATION ON: (4) As of: 31-Jan-17 Cases | Bottles | Retail $ Value/cs | Locatio Biagi n Damaged As of: 31-Jan-17 Cases | Bottles | Retail $Value/cs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ML03101U | 2003 Merlot 6L UNL | 0.000 | | - | | | | | | - | - | | - | - | | | | - |
| | | | | | | | | | | | | | | | | | | - |
| ML03101RU | 2003 Merlot Reserve 6L UNL | 12.000 | 1,100.000 | - | | | | | - | - | - | | - | 12 | 13,200.00 | | | - |
| ML08101R | 2008 Merlot Reserve 6L | 7.000 | 1,100.000 | - | | | | 7 | 7,700.00 | - | - | | - | - | | | | - |
| | | | | | | | | | | | | | | | | | | - |
| ML08X01R | 2008 Merlot Reserve 18L | 1.000 | 3,300.000 | - | | | | 1 | 3,300.00 | - | - | | - | - | | | | - |
| | | | | | | | | | | | | | | | | | | - |
| | COEUR de VIGNE | | | | | | | | | | | | | | | | | - |
| CV85712 | 1985 Coeur de Vigne (6 Pack converted to 12pack) | 1.833 | 2,700.000 | - | | | 2 | | 5,400.00 | - | - | | 1 | 4 | 3,600.00 | | | - |
| CV88712 | 1988 Coeur de Vigne (6 Pack converted to 12 pack) | 7.333 | 2,640.000 | - | | | 13 | 1 | 34,540.00 | - | - | | - | 9 | 1,980.00 | | | - |
| CV89712 | 1989 Coeur de Vigne | 1.333 | 2,580.000 | - | | | | | | - | - | | 1 | 4 | 3,440.00 | | | - |
| CV90712 | 1990 Coeur de Vigne | 4.250 | 2,520.000 | - | | | 2 | 2 | 5,460.00 | - | - | | 1 | 11 | 4,830.00 | | 2 | 420.00 |
| CV91712 | 1991 Coeur de Vigne | 9.000 | 2,460.000 | 92 | 18,860.00 | | | 3 | 615.00 | - | - | | - | 1 | 2,665.00 | | | - |
| CV92712 | 1992 Coeur de Vigne | 0.333 | 2,400.000 | - | | | | | | - | - | | - | 4 | 800.00 | | | - |
| CV93712 | 1993 Coeur de Vigne | 6.083 | 2,340.000 | 62 | 12,090.00 | | | | | - | - | | - | 11 | 2,145.00 | | | - |
| CV947126 | 1994 Coeur de Vigne (6 Pack) | 4.833 | 2,280.000 | 58 | 11,020.00 | | | | | - | - | | - | - | | | | - |
| CV94712 | 1994 Coeur de Vigne* | 2.500 | 2,280.000 | - | | | - | | | - | - | | 1 | 4 | 3,040.00 | 1 | 2 | 2,660.00 |
| CV95712 | 1995 Coeur de Vigne | 4.167 | 2,200.000 | 47 | 8,616.67 | | | | | - | - | | - | 3 | 550.00 | | | - |
| CV96712 | 1996 Coeur de Vigne | 2.667 | 2,160.000 | 18 | 3,240.00 | | | | | - | - | | - | 14 | 2,520.00 | | | - |
| CV97712 | 1997 Coeur de Vigne | 0.000 | | - | | | | | | - | - | | - | - | | | | - |
| CV98712 | 1998 Coeur de Vigne | 1.250 | 2,040.000 | 5 | 850.00 | | | | | - | - | | - | 10 | 1,700.00 | | | - |
| CV99712 | 1999 Coeur de Vigne | 0.667 | 1,980.000 | - | | | | | | - | - | | - | 8 | 1,320.00 | | | - |
| CV00712 | 2000 Coeur de Vigne UNL | 12.167 | 1,920.000 | 4 | 640.00 | | 10 | 9 | 20,640.00 | - | - | | 1 | 1 | 2,080.00 | | | - |
| CV01712 | 2001 Coeur de Vigne | 0.583 | 1,860.000 | 2 | 310.00 | | | | | - | - | | - | 5 | 775.00 | | | - |
| CV02712 | 2002 Coeur de Vigne | 0.833 | 1,800.000 | 9 | 1,350.00 | | | | | - | - | | - | 1 | 150.00 | | | - |
| CV03712 | 2003 Coeur de Vigne | 1.250 | 1,740.000 | 10 | 1,450.00 | | | | | - | - | | - | 5 | 725.00 | | | - |
| CV04712 | 2004 Coeur de Vigne | 0.500 | 1,680.000 | - | | | | | | - | - | | - | 6 | 840.00 | | | - |
| CV05712 | 2005 Coeur de Vigne | 2.750 | 1,620.000 | - | | | | | | - | - | | 1 | 21 | 4,455.00 | | | - |
| CV06712 | 2006 Coeur de Vigne | 1.500 | 1,560.000 | - | | | - | - | | - | - | | - | 18 | 2,340.00 | | | - |
| CV06712A | 2006 Coeur de Vigne (labeled Assemblage) | 9.000 | 1,560.000 | | | | 9 | | 14,040.00 | - | - | | - | | | | | - |
| CV06712C | 2006 Coeur de Vigne (labeled Collage) | 8.917 | 1,560.000 | | | | 8 | 11 | 13,910.00 | - | - | | - | | | | | - |
| CV06712U | 2006 Coeur de Vigne (unlabled) | 5.750 | 1,560.000 | | | | 5 | 9 | 8,970.00 | - | - | | - | | | | | - |
| CV07712 | 2007 Coeur de Vigne | 1.583 | 1,500.000 | 17 | 2,125.00 | | | | | - | - | | - | 2 | 250.00 | | | - |
| CV08712 | 2008 Coeur de Vigne | 0.333 | 1,560.000 | 2 | 260.00 | | | | | - | - | | - | 2 | 260.00 | | | - |
| CV09712 | 2009 Coeur de Vigne | 0.167 | 1,380.000 | 2 | 230.00 | | | | | - | - | | - | - | | | | - |
| CV10712 | 2010 Coeur de Vigne | 34.500 | 1,320.000 | 18 | 1,980.00 | | 33 | | 43,560.00 | - | - | | - | - | | | | - |
| CV11712 | 2011 Coeur de Vigne | 190.417 | 1,200.000 | 1,596 | 159,600.00 | | 54 | | 64,800.00 | 3 | 5 | 4,100.00 | - | - | | | | - |
| CV11712UnL | 2011 Coeur de Vigne UNL | 0.000 | | - | | | | | | - | - | | - | - | | | | - |
| CV07712U | 2007 Coeur de Vigne UNL | 0.000 | | - | | | | | | - | - | | - | - | | | | - |
| 12CV712 | 2012 Coeur de Vigne | 41.833 | 1,200.000 | 203 | 20,300.00 | | 19 | 10 | 23,800.00 | 2 | 4 | 2,800.00 | 2 | 9 | 3,300.00 | | | - |
| 13CV712 | 2013 Coeur de Vigne | 207.167 | 1,200.000 | 1,084 | 108,400.00 | | 109 | | 130,800.00 | 7 | 10 | 9,400.00 | - | - | | | | - |
| 14CV712 | 2014 Coeur de Vigne | 604.000 | 1,200.000 | 48 | 4,800.00 | | 599 | | 718,800.00 | 1 | - | 1,200.00 | - | - | | | | - |
| 14CV712 | 2014 Coeur de Vigne | 0.917 | 1,200.000 | | | | | 11 | 1,100.00 | - | - | | - | - | | | | - |
| | | | | | | | | | | | | | | | | | | - |
| CV85106 | 1985 Coeur de Vigne 1.5L | 5.333 | 2,820.000 | 27 | 12,690.00 | | | | | - | - | | - | 4 | 1,880.00 | | 1 | 470.00 |
| CV90106 | 1990 Coeur de Vigne 1.5L | 1.500 | 1,260.000 | - | | | - | | | - | - | | - | 4 | 840.00 | | 5 | 1,050.00 |
| CV97106E | 1997 Coeur de Vigne 1.5L etched | 0.000 | | - | | | | | | - | - | | - | - | | | | - |
| CV98106 | 1998 Coeur de Vigne 1.5L | 0.000 | | | | | | | | - | - | | - | - | | | | - |
| CV99106 | 1999 Coeur de Vigne 1.5L | 0.167 | 1,980.000 | - | | | | | | - | - | | - | 1 | 330.00 | | | - |
| CV00106 | 2000 Coeur de Vigne 1.5L | 0.000 | | - | | | | | | - | - | | - | - | | | | - |
| CV01106 | 2001 Coeur de Vigne 1.5L | 2.333 | 1,860.000 | 7 | 2,170.00 | | | | | - | - | | - | 7 | 2,170.00 | | | - |
| CV02106 | 2002 Coeur de Vigne 1.5L | 1.500 | 1,800.000 | 7 | 2,100.00 | | | | | - | - | | - | 2 | 600.00 | | | - |
| CV03106 | 2003 Coeur de Vigne 1.5L | 0.000 | | - | | | | | | - | - | | - | - | | | | - |
| CV04106 | 2004 Coeur de Vigne 1.5L | 1.500 | 1,680.000 | 7 | 1,960.00 | | | | | - | - | | - | 2 | 560.00 | | | - |
| CV05106 | 2005 Coeur de Vigne 1.5L | 7.333 | 1,620.000 | 44 | 11,880.00 | | | | | - | - | | - | - | | | | - |
| CV06106 | 2006 Coeur de Vigne 1.5L | 18.000 | 1,560.000 | 102 | 26,520.00 | | | | | - | 4 | 1,040.00 | - | 2 | 520.00 | | | - |
| CV07106 | 2007 Coeur de Vigne 1.5L | 0.000 | | - | | | | | | - | - | | - | - | | | | - |
| CV08106 | 2008 Coeur de Vigne 1.5L | 0.667 | 1,140.000 | 4 | 760.00 | | | | | - | - | | - | - | | | | - |
| CV11106 | 2011 Coeur de Vigne 1.5L | 12.500 | 1,200.000 | 20 | 4,000.00 | | 7 | 5 | 9,400.00 | 1 | 2 | 1,600.00 | - | - | | | | - |
| CV12106U | 2012 Coeur de Vigne 1.5L UNL | 10.000 | 1,200.000 | - | | | 10 | | 12,000.00 | - | - | | - | - | | | | - |
| 13CV106U | 2013 Coeur de Vigne 1.5L UNL | 10.000 | 1,200.000 | - | | | 10 | | 12,000.00 | - | - | | - | - | | | | - |
| 14CV106 | 2014 Coeur de Vigne 1.5L | 8.667 | 1,200.000 | - | | | 8 | 4 | 10,000.00 | - | - | | - | - | | | | - |

**Sullivan Vineyards**

Consolidated Inventory as of January 31st, 2017 and it's Retail Value

| SKU | Name/ Description | LOCATION: ALL as of 1/31/2017 Total 9L Cases Except 3,6,9 & 18L Bt | Retail $Value/Case | LOCATION: Wineshipping As of: 31-Jan-17 Cases | Bottles | Retail $Value/Cs | LOCATION: BIAGI (1) As of: 31-Jan-17 Cases | Bottles | Retail $ Value/Cs | Winery (3) LOCATION: Tasting Rm As of: 31-Jan-17 Cases | Bottles | Retail $Value/cs | FAMILY LIBRARY LOCATION: (4) As of: 31-Jan-17 Cases | Bottles | Retail $ Value/cs | Locatio n Biagi Damaged As of: 31-Jan-17 Cases | Bottles | Retail $Value/cs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CV85D01 | 1985 Coeur de Vigne 3L | 3.000 | 900.000 | - | | | | | | | - | - | - | 3 | 2,700.00 | | | - |
| CV03D01 | 2003 Coeur de Vigne 3L | 6.000 | 580.000 | - | | | | | | | | | - | 6 | 3,480.00 | | | - |
| CV04D01U | 2004 Coeur de Vigne 3L UNL | 30.000 | 520.000 | - | | | - | 30 | 15,600.00 | - | | | - | | | | | - |
| CV08D01 | 2008 Coeur de Vigne 3L | 29.000 | 520.000 | - | | | | 29 | 15,080.00 | - | | | - | | | | | - |
| CV11D01 | 2011 Coeur de Vigne 3L | 0.000 | | | | | | | | | | - | - | | | | | - |
| CV13D01 | 2013 Coeur de Vigne 3L | 3.000 | 360.000 | | | | | | - | - | | | - | - | 3 | 1,080.00 | | | - |
| | | | | | | | | | | | | | | | | | | - |
| CV97I01 | 1997 Coeur de Vigne 6L | 0.000 | | | | | | | | - | | | - | - | | | | - |
| CV03I01U | 2003 Coeur de Vigne 6L UNL | 0.000 | | - | | | | | | - | | | - | - | | | | - |
| CV08I01 | 2008 Coeur de Vigne 6L | 7.000 | 1,040.000 | - | | | | 7 | 7,280.00 | - | | | - | - | | | | - |
| | | | | | | | | | | - | | | - | | | | | - |
| CV08S01 | 2008 Coeur de Vigne 9L | 11.000 | 2,000.000 | - | | | | 11 | 22,000.00 | - | | | - | - | | | | - |
| | | | | | | | | | | - | | | - | | | | | - |
| CV08X01 | 2008 Coeur de Vigne 18L | 0.000 | | - | | | | | | - | | | - | - | | | | - |
| | | | | | | | | | | | | | | | | | | - |
| 14PV712 | 2014 Petite Verdot Estate | 253.500 | 1,200.000 | 42 | | 4,200.00 | 248 | | 297,600.00 | 2 | | 2,400.00 | - | | | | | - |
| | | | | | | | | | | | | - | | | | | | - |
| | WHITE WINES | | | | | | | | | | | | | | | | | - |
| CH97712 | 1997 Chardonnay | 0.000 | | - | | | | | - | - | | | - | - | | - | | | - |
| CH00712 | 2000 Chardonnay | 0.083 | 900.000 | - | | | | | - | - | | | - | - | 1 | 75.00 | | | - |
| CH02712 | 2002 Chardonnay | 1.750 | 804.000 | 15 | | 1,005.00 | | | - | - | | | - | - | 6 | 402.00 | | | - |
| CH03712 | 2003 Chardonnay | 0.750 | 780.000 | - | | | | | - | - | | | - | - | 9 | 585.00 | | | - |
| CH04712 | 2004 Chardonnay | 1.750 | 744.000 | 8 | | 496.00 | | | - | - | | | - | - | 13 | 806.00 | | | - |
| CH05712 | 2005 Chardonnay | 0.167 | 684.000 | - | | | | | - | - | | | - | - | 2 | 114.00 | | | - |
| CH06712 | 2006 Chardonnay UNL | 0.917 | 624.000 | 1 | | 52.00 | | | - | - | | | - | - | 6 | 312.00 | 4 | | 208.00 |
| CH07712 | 2007 Chardonnay | 1.333 | 564.000 | 5 | | 235.00 | | 4 | 188.00 | - | | | - | - | 7 | 329.00 | | | - |
| CH10712 | 2010 Chardonnay | 0.667 | 504.000 | 8 | | 336.00 | | | - | - | | | - | - | | - | | | - |
| CH12712 | 2012 Chardonnay | 0.500 | 588.000 | - | | | | | - | - | | | - | - | 6 | 294.00 | | | - |
| CH13712 | 2013 Chardonnay | 22.250 | 588.000 | 3 | | 147.00 | 22 | | 12,936.00 | - | | | - | - | | - | | | - |
| 14CH712 | 2014 Chardonnay | 81.583 | 588.000 | 837 | | 41,013.00 | 5 | | 2,940.00 | 6 | 10 | 4,018.00 | - | | | - | | | - |
| 15CH712 | 2015 Chardonnay | 67.750 | 588.000 | 360 | | 17,640.00 | 27 | 6 | 16,170.00 | 10 | 3 | 6,027.00 | - | | | - | | | - |
| | | | | | | | | | | | | | | | | | | - |
| SB13712 | 2013 Sauvignon Blanc | 0.000 | | - | | | | | - | - | | | - | - | | - | | | - |
| 14SB712 | 2014 Sauvignon Blanc | 0.250 | 360.000 | 3 | | 90.00 | | | - | - | | | - | - | | - | | | - |
| 15SB712 | 2015 Sauvignon Blanc | 146.750 | 408.000 | 1,083 | | 36,822.00 | 47 | | 19,176.00 | 9 | 6 | 3,876.00 | - | | | - | | | - |
| | RED INK | | | | | | | | | | | | | | | | | - |
| RI09712 | 2009 Red Ink | 0.083 | 336.000 | 1 | | 28.00 | | | | - | | | - | - | | - | | | - |
| RI10712 | 2010 Red Ink | 0.000 | 0.000 | - | | | | | | - | | | - | - | | - | | | - |
| RI11712 | 2011 Red Ink | 0.083 | 408.000 | 1 | | 34.00 | | | | - | | | - | - | | - | | | - |
| | | | | | | | | | | | | | | | | | | - |
| | OTHERS | | | | | | | | | | | | | | | | | - |
| RB05712 | 2005 Right Bank Blend | 0.583 | 1,380.000 | - | | | | | | - | | | - | - | 7 | 805.00 | | | - |
| RB07712 | 2007 Right Bank Blend | 0.083 | 1,020.000 | - | | | | | | - | | | - | - | 1 | 85.00 | | | - |
| RB08712 | 2008 Right Bank Blend | 0.750 | 960.000 | - | | | | | | - | | | - | - | 9 | 720.00 | | | - |
| RB07106 | 2007 Right Bank Blend 1.5L | 0.000 | | - | | | | | | - | | | - | - | | - | | | - |
| RB08106 | 2008 Right Bank Blend 1.5L | 0.667 | 1,260.000 | 4 | | 840.00 | | | | - | | | - | - | | - | | | - |
| RB08D01 | 2008 Right Bank Blend 3L | 0.000 | | - | | | | | | - | | | - | - | | - | | | - |
| | | | | | | | | | | | | | | | | | | - |
| ML00712A | 2000 Assemblage | 289.500 | 1,200.000 | 12 | | 1,200.00 | 287 | 3 | 344,700.00 | - | 11 | 1,100.00 | - | 1 | 100.00 | | 3 | 300.00 |
| ML07712A | 2007 Assemblage | 7.750 | 840.000 | 92 | | 6,440.00 | | | | - | | | - | 1 | 70.00 | | | - |
| RW12712A | 2012 Assemblage | 48.250 | 1,200.000 | 163 | | 16,300.00 | 30 | | 36,000.00 | 4 | 8 | 5,600.00 | - | | | - | | | - |
| 13RW712A | 2013 Assemblage | 66.417 | 1,200.000 | 649 | | 64,900.00 | 8 | | 9,600.00 | 3 | 8 | 4,400.00 | - | 8 | 800.00 | | | - |
| CV06712C | 2006 Collage | 25.583 | 1,200.000 | 296 | | 29,600.00 | | | | - | 11 | 1,100.00 | - | | - | | | - |
| ML06106C | 2006 Collage Mag | 24.500 | 1,080.000 | - | | | 24 | 3 | 26,460.00 | - | | | - | | - | | | - |
| 13RW712C | 2013 Collage | 153.667 | 1,200.000 | 847 | | 84,700.00 | 65 | | 78,000.00 | 17 | 7 | 21,100.00 | - | 6 | 600.00 | | | - |
| RW12712F | 2010 Finley | 0.000 | | - | | | | | - | - | | | - | - | | - | | | - |
| RW12712F | 2012 Finley | 36.250 | 1,080.000 | 68 | | 6,120.00 | 30 | | 32,400.00 | - | 7 | 630.00 | - | | - | | | - |
| CS12712G8 | 2012 Goose Block | 0.000 | | - | | | | | | - | | | - | - | | - | | | - |
| RW06712HV | 2006 Heart of the Vineyard (labeled 2006 CdV) | 8.000 | 840.000 | - | | - | 8 | | 6,720.00 | - | | | - | - | | - | | | - |
| RW12712HV | 2012 Heart of the Vineyard | 0.000 | | - | | | | | | - | | | - | - | | - | | | - |
| CS12712N | 2012 Napa Valley Cabernet | 1.333 | 840.000 | 16 | | 1,120.00 | | | | - | | | - | - | | - | | | - |
| RW12712337 | 2012 SV337 | 35.833 | 1,200.000 | 244 | | 24,400.00 | 10 | | 12,000.00 | 5 | 6 | 6,600.00 | - | | - | | | - |
| 13RW712T | 2013 Toile | 191.000 | 600.000 | 244 | | 24,400.00 | 10 | | 12,000.00 | 99 | | 950.00 | - | | | - | 2 | 4 | 1,400.00 |

**Sullivan Vineyards**

**Consolidated Inventory as of January 31st, 2017 and it's Retail Value**

| SKU | Name/ Description | LOCATION: ALL as of 1/31/2017 — Total 9L Cases Except 3,6,9 & 18L Bt | Retail $Value/Case | Wineshipping As of: 31-Jan-17 Cases | Bottles | Retail $Value/Cs | BIAGI (1) As of: 31-Jan-17 Cases | Bottles | Retail $ Value/Cs | Winery (3) Tasting Rm As of: 31-Jan-17 Cases | Bottles | Retail $Value/cs | FAMILY LIBRARY (4) As of: 31-Jan-17 Cases | Bottles | Retail $ Value/cs | Biagi Damaged As of: 31-Jan-17 Cases | Bottles | Retail $Value/cs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13CS712CL7 | 2013 Clone 7 Cabernet | 34.500 | 1,320.000 | | 128 | 14,080.00 | 18 | | 23,760.00 | 5 | 1 | 6,710.00 | - | 9 | 990.00 | | | - |
| 13RW712P | 2013 Palette | 116.000 | 900.000 | 1,251 | 93,825.00 | | 8 | | 7,200.00 | 2 | 11 | 2,625.00 | - | 10 | 750.00 | | | - |
| 13RW712PU | 2013 Palette UNL | 7.000 | 900.000 | - | - | | 7 | | 6,300.00 | | | - | - | - | - | | | - |
| 13CS712U | 2013 Cabernet (Toile) Unlabeled | 0.000 | | - | - | | | | | | | - | - | - | - | | | - |
| 13CS712I | 2013 Isabel Cabernet | 0.000 | | - | - | - | | - | | | | - | - | - | - | | | - |
| 13CS712PNV | 2013 Premiere Napa Valley Cab | 0.000 | | - | - | | | | | | | - | - | - | - | | | - |
| 12CS712PN | 2012 Premiere Napa Valley Cab | 0.000 | | | - | | | | | | | - | - | - | - | | | - |
| | | | | | - | | | | | | | | | | | | | - |
| 13CS106N | 2013 Napa Valley Cabernet MAG | 0.000 | | | - | | | | | - | | - | - | - | - | | | - |
| 13CS712N | 2013 Napa Valley Cabernet | 9.417 | 265.000 | 113 | 2,495.42 | - | | | | - | | - | - | - | - | | | - |
| 14CS712N | 2014 Napa Valley, Rutherford, Cabernet | 1,501.167 | 265.000 | 24 | 530.00 | 1,497 | | 396,705.00 | 2 | 2 | 574.17 | - | - | - | | | - |
| 14CS106NU | 2014 Napa Valley, Ruth, Cab Magnum | 101.000 | 265.000 | - | - | 101 | | 26,765.00 | | | - | - | - | - | | | - |
| 13HV106 | 2013 Heart of the Vineyard MAG | 0.000 | | - | | | | | | - | | - | - | - | - | | | - |
| 13HV712 | 2013 Heart of the Vineyard | 0.083 | 265.000 | 1 | 22.08 | - | | - | | - | | - | - | - | - | | | - |
| 14HV712 | 2014 Heart of the Vineyard | 1,628.250 | 265.000 | 60 | 1,325.00 | 1,622 | | 429,830.00 | 1 | 3 | 331.25 | - | - | - | | | - |
| 14HV106 | 2014 Heart of the Vineyard Mag | 102.000 | 265.000 | - | - | 102 | | 27,030.00 | | | - | - | - | - | | | - |
| | | | | | - | | | | | | - | - | | | | | - |
| ZN83712 | 1983 Zinfandel | 0.000 | | - | - | | | | - | | - | - | - | - | | | - |
| ZN84712LH | 1984 Late Harvest Zinfandel | 0.000 | | - | - | | | | - | | - | - | - | - | | | - |
| 06PI | 2006 Pink Ink | 0.000 | | - | - | | | | - | | - | - | - | - | | | - |
| 07PI | 2007 Pink Ink | 0.000 | | - | - | - | | | - | | - | - | - | - | | | - |
| 11PI | 2011 Pink Ink | 0.000 | | | - | | | | | | | - | | | | | | |
| | Total 9L Cs including 1.5L and Retail Value | 11,135.250 | | 30,628.000 | $ 2,919,987 | 8,144.000 | 184.000 | $ 6,590,560 | 179 | 236 | $ 216,891 | 77 | 824 | $ 295,917 | 6 | 61 | $ 20,368 |
| | Total 3L Bottles | 159.000 | | 5.000 | | 128.000 | | 1.000 | | 25.000 | | 0.000 | | |
| | Total 6L Bottles | 26.000 | | 0.000 | | 14.000 | | 0.000 | | 12.000 | | 0.000 | | |
| | Total 9L Bottles | 11.000 | | 0.000 | | 11.000 | | 0.000 | | 0.000 | | 0.000 | | |
| | Total 18L Bottles | 1.000 | | 0.000 | | 1.000 | | 0.000 | | 0.000 | | 0.000 | | |

Total Retail Value of all Inventory Locations    $    10,043,724

Debtor name **Sullivan Vineyards Corporation**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **17-10065**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

---

**2.1** **Castellucci Napa Valley**
Creditor's Name

**PO Box 106**
**Rutherford, CA 94573**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016**
**Last 4 digits of account number**
**none**

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Kelleen Sullivan**
**2. Castellucci Napa Valley**
**3. Sullivan Vineyards Partners**

Describe debtor's property that is subject to a lien
**Bulk wine inventory (see attachment). 21,241 gallons. (Average value est. at $40.00 per gallon.)**

Describe the lien
**statutory grower's lien**

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$9,863.75**   Column B: **$849,640.00**

---

**2.2** **Ford Credit**
Creditor's Name

**PO Box 552679**
**Detroit, MI 48255**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/27/2016**
**Last 4 digits of account number**
**8354**

Describe debtor's property that is subject to a lien
**2016 Ford Truck (KBB value).**

Describe the lien
**security interest**

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Column A: **$15,486.81**   Column B: **$38,000.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 | **Kelleen Sullivan** | **Describe debtor's property that is subject to a lien** | $39,910.27 | $849,640.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 396**
**Rutherford, CA 94573**

Creditor's mailing address

**Bulk wine inventory (see attachment). 21,241 gallons. (Average value est. at $40.00 per gallon.)**

**Describe the lien**

**statutory grower's lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2016 - assignee of Ruth. River Ranch**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.4 | **Stephen A. Finn** | **Describe debtor's property that is subject to a lien** | $4,519,270.19 | $12,591,351.56 |
|---|---|---|---|---|

Creditor's Name

**C/O Pillsbury Winthrop Shaw Pittman LLP**
**Attn? Douglas W. Pyle, Esq.**
**Four Embarcad. Ctr. 22nd Fl.**
**San Francisco, CA 94111-5998**

Creditor's mailing address

**A/R, inventory, equipment, collectibles, intangibles**

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2011**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed |

---

| 2.5 | **Sullivan Vineyards Partners** | **Describe debtor's property that is subject to a lien** | $445,721.44 | $849,640.00 |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Creditor's Name | |
| --- | --- |
| **P.O. Box G**<br>**1090 Galleron Road**<br>**Rutherford, CA 94573** | **Bulk wine inventory (see attachment). 21,241 gallons. (Average value est. at $40.00 per gallon.)** |

Creditor's mailing address

**Describe the lien**

**statutory grower's lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2016**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

---

| 2.6 | **Winery Rehabilitation, LLC** | **Describe debtor's property that is subject to a lien** | **$9,600,000.00** | **$12,591,351.56** |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **A/R, inventory, equipment, collectibles, intangibles** | | |

**c/o Pillsburty Winthrop Shaw Pittman, LL Attn.: Douglas W. Pyle, Esq.**
**Four Embarcad. Ctr. 22nd Fl.**
**San Francisco, CA 94111-5998**

Creditor's mailing address

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2016**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$14,630,252.46** |
| --- | --- | --- |

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

Case: 17-10065     Doc# 25     Filed: 02/15/17     Entered: 02/15/17 21:45:58     Page 25 of 40

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address **ADP Retirement Services** **3700 Business Drive** **Sacramento, CA 95820** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $579.37 | $579.37 |
| | Date or dates debt was incurred **1/2017** | Basis for the claim: **January payroll employee contributions** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset? ☑ No ☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address **Employment Development Department** **PO Box 826880** **Sacramento, CA 94280** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $153.60 | $153.60 |
| | Date or dates debt was incurred **10/15 to 12/15** | Basis for the claim: **payroll tax adjustment** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☑ No ☐ Yes | | |

Case: 17-10065    Doc# 25    Filed: 02/15/17    Entered: 02/15/17 21:45:58    Page 26 of 40

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,375.00 | $4,375.00 |
|---|---|---|---|---|

**State Board of Equalization**
P.O. Box 942879
Sacramento, CA 94279

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:
**sales tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**AFIS Benefits & Insurance Services**
5858 Horton Street
Suite 350
Emeryville, CA 94608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **services provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $329.89 |
|---|---|---|---|

**Alhambra & Sierra Springs**
PO Box 660579
Dallas, TX 75266-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Angelica De Vere**
C/O Philip J. Terry, Esq.
100 B Street, Suite 400
Santa Rosa, CA 95401

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Disputed litigation claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $314.80 |
|---|---|---|---|

**AT&T Mobility**
PO Box 6463
Carol Stream, IL 60197-6463

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **Trade Payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,923.61 |
|---|---|---|---|

**Autumn Cruzan**
PO Box 2702
Yountville, CA 94599

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Services provided.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-10065     Doc# 25     Filed: 02/15/17     Entered: 02/15/17 21:45:58     Page 27 of 40

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,651.82 |
| --- | --- | --- | --- |
| | **Beyers Costin Simon, PC**<br>**200 Fourth Street, Suite 400**<br>**Santa Rosa, CA 95401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __2016__ | Basis for the claim:  **Services provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,557.07 |
| --- | --- | --- | --- |
| | **Biagi Brothers, Inc.**<br>**787 Airpark Road**<br>**Napa, CA 94558** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __2016__ | Basis for the claim:  **Trade payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
| --- | --- | --- | --- |
| | **Bill Tucker Studios**<br>**23 E. 4th Street**<br>**Hinsdale, IL 60521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __2016__ | Basis for the claim:  **Trade payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,000.00 |
| --- | --- | --- | --- |
| | **Bittner & Company, LLC**<br>**PO Box 168**<br>**American Canyon, CA 94503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __2016__ | Basis for the claim:  **Services provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
| --- | --- | --- | --- |
| | **Bob & Duffs Pest Control**<br>**1370 Trancas Street**<br>**Suite 139**<br>**Napa, CA 94558** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __2017__ | Basis for the claim:  **Trade Payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $606.71 |
| --- | --- | --- | --- |
| | **Bodega Shipping Co.**<br>**659 Main Street**<br>**Saint Helena, CA 94574** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __2016__ | Basis for the claim:  **Trade payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $649.39 |
| --- | --- | --- | --- |
| | **California Dept. of Food and Ag.**<br>**1220 N. Street**<br>**Sacramento, CA 95814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __2017__ | Basis for the claim:  **Grower's permit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 17-10065     Doc# 25     Filed: 02/15/17     Entered: 02/15/17 21:45:58     Page 28 of 40

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $637.79 |

**CoPower**
Dept 34604
P.O. Box 39000
San Francisco, CA 94139-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Insurance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $624.17 |

**Crystal of America**
PO Box 27523
New York, NY 10087-2752

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Elizabeth Matulich**
C/O Philip J. Terry, Esq.
100 B Street, Suite 400
Santa Rosa, CA 95401

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Disputed litigation claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.63 |

**Enartis Vinquiry**
7795 Bell Road
Windsor, CA 95492

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **Trade Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,853.00 |

**ETS Laboratories**
899 Adams Street
Suite A
Saint Helena, CA 94574

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,453.71 |

**FIRST INSURANCE FUNDING CORP.**
P.O.BOX 7000
Carol Stream, IL 60197-7000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Insurance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.75 |

**Ghirardo CPA**
7200 Redwood Blvd.
Suite 403
Novato, CA 94945

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Services provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,501.33 |
|---|---|---|---|

**Goode Company**
655 Park Court
Rohnert Park, CA 94928

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.10 |
|---|---|---|---|

**Hartford Group Benefits**
P.O. Box 783690
Philadelphia, PA 19178-3690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

Basis for the claim:  **Insurance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $738.75 |
|---|---|---|---|

**iPayment, Inc.**
PO Box 3429
Westlake Village, CA 91359

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

Basis for the claim:  **credit card fees for January**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,765.33 |
|---|---|---|---|

**Kelleen F. Sullivan**
P.O. Box 396
Rutherford, CA 94573

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $987.02 |
|---|---|---|---|

**Matheson Tri-Gas, Inc.**
Dept. LA 23793
Pasadena, CA 91185-3793

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,220.68 |
|---|---|---|---|

**Napa Printing Design Studio & Mail Ctr.**
630 D Airpark Rd
Napa, CA 94558

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |
|---|---|---|---|

**Napa Valley Designs**
P.O. Box 396
Rutherford, CA 94573

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**Napa Valley Vintners Assn.**
PO Box 141
Saint Helena, CA 94574

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Trade payable**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,227.48** |
|---|---|---|---|

**Occidental Technical Group LLC**
PO Box 665
Saint Helena, CA 94574-0665

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Services provided**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,770.23** |
|---|---|---|---|

**Penning Landscapes, Inc.**
68 Coombs Street
# D11
Napa, CA 94559

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Trade payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,039.18** |
|---|---|---|---|

**PG&E**
5548827285-1
Box 997300
Sacramento, CA 95899-7300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **2851**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$241.38** |
|---|---|---|---|

**PG&E**
5507160621-8
Box 997300
Sacramento, CA 95899-7300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **6218**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,267.36** |
|---|---|---|---|

**Printing Services - Napa Valley**
574 Gateway Drive
Napa, CA 94558

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade Payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,783.40** |
|---|---|---|---|

**Ramondin USA, Inc.**
791 Technology Way
Napa, CA 94558

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Trade payable**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 17-10065   Doc# 25   Filed: 02/15/17   Entered: 02/15/17 21:45:58   Page 31 of 40

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,462.73** |

**Scott Laboratories**
PO Box 398198
San Francisco, CA 94139-8198

Date(s) debt was incurred **2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33.00** |

**Sean Sullivan**
P.O. Box 5543
Napa, CA 94581

Date(s) debt was incurred **2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Sonyia Grabski**
C/O Philip J. Terry, Esq.
100 B Street, Suite 400
Santa Rosa, CA 95401

Date(s) debt was incurred **2016**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Disputed litigation claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$805.00** |

**St. Helena Self Storage**
950 Vintage Avenue
Saint Helena, CA 94574

Date(s) debt was incurred **2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$862.10** |

**Stanley Convergent Sec. Sol.**
Dept Ch 10651
Palatine, IL 60055

Date(s) debt was incurred **2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |

**State Water Boards**
PO Box 1888
Sacramento, CA 95812-1888

Date(s) debt was incurred **2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,130,720.00** |

**Sullivan Vineyards Partners**
P.O. Box G
1090 Galleron Road
Rutherford, CA 94573

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade payable**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 17-10065    Doc# 25    Filed: 02/15/17    Entered: 02/15/17 21:45:58    Page 32 of 40

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,088.54 |

**Sunshine Foods Partners**
**1115 Main Street**
**Saint Helena, CA 94574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Trade payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $418.83 |

**Telepacific Communications**
**PO Box 509013**
**San Diego, CA 92150-9013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Trade payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Teresa Sullivan**
**C/O Philip J. Terry, Esq.**
**100 B Street, Suite 400**
**Santa Rosa, CA 95401**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Disputed litigation claims__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,750.00 |

**Thomas R. Harnett LLC**
**965 Marina Drive**
**Napa, CA 94559-4744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Services provided__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,855.65 |

**Toyota Material Handling**
**PO Box 398526**
**San Francisco, CA 94139-8526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Trade payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Trinity Scott**
**C/O Philip J. Terry, Esq.**
**100 B Street, Suite 400**
**Santa Rosa, CA 95401**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Disputed litigation claims__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |

**Trove Professional Services LLC**
**2081 Center Street**
**Berkeley, CA 94704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/3/2014__

Basis for the claim:  __Services provided__
__(Claim amt. is estimated)__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 17-10065    Doc# 25    Filed: 02/15/17    Entered: 02/15/17 21:45:58    Page 33 of 40

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$434.17** |

**Uline**
**Attn.: Accounts Receivable**
**P.O. Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$881.87** |

**Upper Valley Disposal**
**PO Box 382**
**Saint Helena, CA 94574-0382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$720.00** |

**Valley Internet**
**4160 Suisun Valley Road E-712**
**Fairfield, CA 94534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$123.16** |

**Verizon Wireless**
**P.O. Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **Trade Payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,114.83** |

**Vicard Generation 7**
**1370 Trancas St. # 141**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,153.00** |

**Vin65 - WineDirect**
**1190 Airport Blvd.**
**Ste. 101**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **Services provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$271.89** |

**Vision Service Plan**
**P.O. Box 45210**
**San Francisco, CA 94145-5210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Insurance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 17-10065    Doc# 25    Filed: 02/15/17    Entered: 02/15/17 21:45:58    Page 34 of 40

| Debtor | Sullivan Vineyards Corporation | Case number (if known) | 17-10065 |
|---|---|---|---|

**Name**

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,774.50 |
|---|---|---|---|

**Wineshipping**
**50 Technology Court**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Trade payable__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 5,107.97 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,353,789.85 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,358,897.82 |

Case: 17-10065    Doc# 25    Filed: 02/15/17    Entered: 02/15/17 21:45:58    Page 35 of 40

**Fill in this information to identify the case:**

Debtor name **Sullivan Vineyards Corporation**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **17-10065**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Employee group health insurance** | |
|---|---|---|---|
| | State the term remaining | **10 months** | **Anthem Blue Cross**<br>**PO Box 9051**<br>**Oxnard, CA 93031** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **contract to purchase wine grapes** | |
|---|---|---|---|
| | State the term remaining | **evergreen** | **Castellucci Napa Valley**<br>**PO Box 106**<br>**Rutherford, CA 94573** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Dental insurance** | |
|---|---|---|---|
| | State the term remaining | **10 months** | **CoPower**<br>**Dept 34604**<br>**P.O. Box 39000**<br>**San Francisco, CA 94139-0001** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Liability, premises, vehicle insurance policy** | |
|---|---|---|---|
| | State the term remaining | **6 months** | **FIRST INSURANCE FUNDING CORP.**<br>**P.O.BOX 66468**<br>**CHICAGO, IL 60666-0468** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Life insurance** | |
|---|---|---|---|
| | State the term remaining | **10 months** | **Hartford Group Benefits** |
| | List the contract number of any government contract | | **P.O. Box 783690** |
| | | | **Philadelphia, PA 19178-3690** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Workers' compensation insurance** | |
|---|---|---|---|
| | State the term remaining | **11 months** | **Republic Indemnity** |
| | List the contract number of any government contract | | **PO Box 7878** |
| | | | **San Francisco, CA 94120-7878** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Contract to purchase wine grapes** | |
|---|---|---|---|
| | State the term remaining | **2017** | **Rutherford River Ranch** |
| | List the contract number of any government contract | | **2352 Pine Street** |
| | | | **San Francisco, CA 94115** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Vision insurance** | |
|---|---|---|---|
| | State the term remaining | **10 months** | **VSP** |
| | List the contract number of any government contract | | **7400 Gaylord Parkway** |
| | | | **Frisco, TX 75034** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name **Sullivan Vineyards Corporation**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **17-10065**

☐ Check if this is an
amended filing

# Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Caireen Sullivan** | **1983 Ocean Avenue**<br>**Santa Cruz, CA 95060** | **Stephen A. Finn** | ■ D  **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Caireen Sullivan** | **1983 Ocean Avenue**<br>**Santa Cruz, CA 95060** | **Winery Rehabilitation, LLC** | ■ D  **2.6**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Kelleen Sullivan** | **P.O. Box 396**<br>**Rutherford, CA 94573** | **Stephen A. Finn** | ■ D  **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Kelleen Sullivan** | **P.O. Box 396**<br>**Rutherford, CA 94573** | **Angelica De Vere** | ☐ D _____<br>■ E/F  **3.3**<br>☐ G _____ |
| 2.5 | **Kelleen Sullivan** | **P.O. Box 396**<br>**Rutherford, CA 94573** | **Teresa Sullivan** | ☐ D _____<br>■ E/F  **3.43**<br>☐ G _____ |

Case: 17-10065    Doc# 25    Filed: 02/15/17    Entered: 02/15/17 21:45:58    Page 38 of
40

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Kelleen Sullivan** | P.O. Box 396<br>Rutherford, CA 94573 | **Sonyia Grabski** | ☐ D _____<br>☑ E/F __3.36__<br>☐ G _____ |
| 2.7 | **Kelleen Sullivan** | P.O. Box 396<br>Rutherford, CA 94573 | **Elizabeth Matulich** | ☐ D _____<br>☑ E/F __3.15__<br>☐ G _____ |
| 2.8 | **Kelleen Sullivan** | P.O. Box 396<br>Rutherford, CA 94573 | **Trinity Scott** | ☐ D _____<br>☑ E/F __3.46__<br>☐ G _____ |
| 2.9 | **Kelleen Sullivan** | P.O. Box 396<br>Rutherford, CA 94573 | **Winery Rehabilitation, LLC** | ☑ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Philomena Gildea** | 22 Church Street<br>Weston, MA 02493 | **Stephen A. Finn** | ☑ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Philomena Gildea** | 22 Church Street<br>Weston, MA 02493 | **Winery Rehabilitation, LLC** | ☑ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Ross Sullivan** | 1322 El Bonita Avenue<br>Saint Helena, CA 94574 | **Stephen A. Finn** | ☑ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Ross Sullivan** | 1322 El Bonita Avenue<br>Saint Helena, CA 94574 | **Winery Rehabilitation, LLC** | ☑ D __2.6__<br>☐ E/F _____<br>☐ G _____ |

Case: 17-10065    Doc# 25    Filed: 02/15/17    Entered: 02/15/17 21:45:58    Page 39 of 40

| Additional Page to List More Codebtors |
|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                        Column 2: **Creditor**

| 2.14 | **Sean Sullivan** | P.O. Box 5543<br>Napa, CA 94581 | **Stephen A. Finn** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.15 | **Sean Sullivan** | P.O. Box 5543<br>Napa, CA 94581 | **Winery Rehabilitation, LLC** | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Sullivan Vineyards Partners** | P.O. Box G<br>1090 Galleron Road<br>Rutherford, CA 94573 | **Stephen A. Finn** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | **Sullivan Vineyards Partners** | P.O. Box G<br>1090 Galleron Road<br>Rutherford, CA 94573 | **Winery Rehabilitation, LLC** | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |

Case: 17-10065    Doc# 25    Filed: 02/15/17    Entered: 02/15/17 21:45:58    Page 40 of
40