AUSTIN P. NAGEL, ESQ.
California State Bar #118247
LAW OFFICES OF AUSTIN P. NAGEL
111 Deerwood Road, Suite 305
San Ramon, California 94583
Telephone: (925) 855-8080
Facsimile: (925) 855-8090

Attorneys for Secured Creditor,
FORD MOTOR CREDIT COMPANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>SULLIVAN VINEYARDS CORPORATION,<br><br>    Debtor.<br>_____ / | Case No. 17-10065 aj<br>(Chapter 11 Proceeding)<br><br>**REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MAILING LIST** |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Secured Creditor, FORD MOTOR CREDIT COMPANY, hereby requests that it receive special notice, via its attorney of record herein, of all matters which must be noticed to or by the Court, Debtor, Creditors, the Trustee, or any other parties in interest.

///

///

///

///

///

///

///

Secured Creditor, FORD MOTOR CREDIT COMPANY, further requests that all such documentation be sent to the following address:

FORD MOTOR CREDIT COMPANY
c/o Austin P. Nagel, Esq.
LAW OFFICES OF AUSTIN P. NAGEL
111 Deerwood Road, Suite 305
San Ramon, CA 94583

Dated: March 6, 2017

LAW OFFICES OF
AUSTIN P. NAGEL

/s/ Austin P. Nagel
Attorneys for Secured Creditor,
FORD MOTOR CREDIT COMPANY

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare that I am employed in the County of Contra Costa, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 111 Deerwood Road, Suite 305, San Ramon, California 94583.

On March 7, 2017 I served the REQUEST FOR SPECIAL NOTICE on the interested parties in said action. To those parties served via the United States Mail, such parties were served by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Ramon, California. I am readily familiar with our business practice for collection and processing of correspondence for mailing, and this document will be deposited with the United States Postal Service this day in the ordinary course of business. The interested parties were served as follows:

| | |
|---|---|
| Sullivan Vineyards Corporation<br>P.O. Box G 1090 Galleron Road<br>Rutherford, CA  94573 | Lynette C. Kelly<br>Office of the U.S. Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA  94102 |
| Steven Olson<br>100 E Street #104<br>Santa Rosa, CA  95404 | U.S. Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA  94102 |

I declare under penalty of perjury that the foregoing is true and correct and that this Proof Of Service was executed on March 7, 2017 at San Ramon, California.

    /s/ Melissa Alcorn

FBKE.3782