

UMPQUA
B·A·N·K

Customer  Service:
1-866-486-7782

SULLIVAN VINEYARDS PARTNERS
PO BOX G
RUTHERFORD CA 94573

Last statement: January 31, 2017
This statement: February 28, 2017

## MAIN STREET CHECKING

| Account number | ■■■■5581 | Beginning balance | $5,661.41 |
|---|---|---|---|
| Low balance | $441.76 | Deposits/Additions | $6,500.00 |
| Average balance | $2,946.33 | Withdrawals/Subtractions | $6,731.65 |
| Interest earned | $0.00 | Ending balance | $5,429.76 |

### Deposits/Additions

| Date | Description | Additions |
|---|---|---|
| 02-01 | Deposit | 1,500.00 |
| 02-15 | Deposit | 5,000.00 |
| **Total Additions** | | **$6,500.00** |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 02-01 | Debit Memo | 1,589.90 |
| 02-28 | Service Charge For Maintenance Fee | 12.00 |
| **Total Other Withdrawals/Subtractions** | | **$1,601.90** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-31 | 5,661.41 | 02-03 | 441.76 | 02-28 | 5,429.76 |
| 02-01 | 505.76 | 02-15 | 5,441.76 | | |

Case: 17-10065    Doc# 67-1    Filed: 03/21/17    Entered: 03/21/17 15:03:08    Page 1 of 2

**Overdraft Fee Summary**

|  | Total For<br>This Period | Total<br>Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Checks**

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 1106 | $64.00 | 02-03 | 1111 | $65.75 | 02-01 |
| *1110 | $5,000.00 | 02-01 | | | |

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 3 for **-$5,129.75**