

# Activity - Deposit Accounts

| | |
|---|---|
| Report created: | 03/20/2017 03:40:33 PM (ET) |
| Account: | 123205054 • *5581 • Checking • SVP Checking |
| Date range: | 2/2/2017 to 2/28/2017 |
| Transaction types: | All transactions |
| Detail option: | Includes transaction detail |

**123205054 • *5581 • Checking • SVP Checking**

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 02/28/2017 | 000000000000000 | | MISCELLANEOUS FEES MAINTENANCE FEE | $12.00 | | $5,429.76 |
| 02/15/2017 | 000002087484530 | | DEPOSIT | | $5,000.00 | $5,441.76 |
| 02/03/2017 | 00000001106 | 00000001106 | CHECK PAID | $64.00 | | $441.76 |