# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: SULLIVAN VINEYARDS CORPORATION

SULLIVAN VINEYARDS PARTNERSHIP

Case No. 17-10065
JOINTLY ADMINISTERED

CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 2/28/2017          **PETITION DATE:** 2/2/2017

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $186,942 | $0 | |
| b. Total Assets | $19,138,456 | $0 | $18,994,255 |
| c. Current Liabilities | $1,575 | | |
| d. Total Liabilities | $14,274,923 | $0 | $14,273,348 |
| 3. **Statement of Cash Receipts & Disbursements for Month** | Current Month | Prior Month | Cumulative (Case to Date) |
| a. Total Receipts | $5,000 | | $5,000 |
| b. Total Disbursements | $76 | | $76 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $4,924 | $0 | $4,924 |
| d. Cash Balance Beginning of Month | $506 | | $506 |
| e. Cash Balance End of Month (c + d) | $5,430 | $0 | $5,430 |
| | Current Month | Prior Month | Cumulative (Case to Date) |
| 4. **Profit/(Loss) from the Statement of Operations** | ($12,039) | | ($12,039) |
| 5. **Account Receivables (Pre and Post Petition)** | $50,000 | | |
| 6. **Post-Petition Liabilities** | $1,575 | | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | X | |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___ ; U.S. Trustee Quarterly Fees ___ ; Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:  3/21/2027 0:00            /s/Ross Sullivan
                                 Responsible Individual

Revised 1/1/98

# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended _____ 02/28/17 _____

| Current Month | | | | | Cumulative | Next Month |
| Actual | Forecast | Variance | | | (Case to Date) | Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| $30,000 | $0 | $30,000 | 1 | Gross Sales | $30,000 | $30,000 |
| $0 | | $0 | 2 | less: Sales Returns & Allowances | $0 | $0 |
| $30,000 | $0 | $30,000 | 3 | Net Sales | $30,000 | $30,000 |
| $0 | | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | $0 | |
| $30,000 | $0 | $30,000 | 5 | Gross Profit | $30,000 | $30,000 |
| | | $0 | 6 | Interest | | |
| | | $0 | 7 | Other Income: | | |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| $30,000 | $0 | $30,000 | 10 | **Total Revenues** | $30,000 | $30,000 |
| | | | | **Expenses:** | | |
| $0 | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | |
| $0 | | $0 | 12 | Salaries | | |
| | | $0 | 13 | Commissions | | |
| | | $0 | 14 | Contract Labor | | |
| | | | | Rent/Lease: | | |
| | | $0 | 15 | Personal Property | | |
| | | $0 | 16 | Real Property | | |
| | | $0 | 17 | Insurance | | |
| | | $0 | 18 | Management Fees | | |
| $6,044 | | ($6,044) | 19 | Depreciation | $6,044 | $6,044 |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | | |
| $11,839 | | ($11,839) | 21 | Real Property Taxes | $11,839 | $0 |
| | | $0 | 22 | Other Taxes | | $800 |
| | | $0 | 23 | Other Selling | | |
| $4,516 | | ($4,516) | 24 | Other Administrative | $4,516 | $35,172 |
| | | $0 | 25 | Interest | | |
| | | $0 | 26 | Other Expenses: | | |
| $19,640 | | ($19,640) | 27 | Amortization | $19,640 | $19,640 |
| | | $0 | 28 | | | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| | | $0 | 32 | | | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $42,039 | $0 | ($42,039) | 35 | **Total Expenses** | $42,039 | $61,656 |
| ($12,039) | $0 | ($12,039) | 36 | **Subtotal** | ($12,039) | ($31,656) |
| | | | | **Reorganization Items:** | | |
| | | $0 | 37 | Professional Fees | | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | | |
| | | $0 | 42 | | | |
| $0 | $0 | $0 | 43 | **Total Reorganization Items** | $0 | $0 |
| ($12,039) | $0 | ($12,039) | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($12,039) | ($31,656) |
| | | $0 | 45 | Federal & State Income Taxes | | |
| ($12,039) | $0 | ($12,039) | 46 | **Net Profit (Loss)** | ($12,039) | ($31,656) |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
**For the Month Ended** 02/28/17

**Assets**

|  |  | From Schedules | Market Value |
|---|---|---|---|
|  | **Current Assets** |  |  |
| 1 | Cash and cash equivalents - unrestricted |  | $5,430 |
| 2 | Cash and cash equivalents - restricted |  |  |
| 3 | Accounts receivable (net) | A | $50,000 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses |  | $109,512 |
| 6 | Professional retainers |  | $22,000 |
| 7 | Other: |  |  |
| 8 |  |  |  |
| 9 | **Total Current Assets** |  | $186,942 |
|  | **Property and Equipment (Market Value)** |  |  |
| 10 | Real property | C | $16,000,000 |
| 11 | Machinery and equipment | D | $175,716 |
| 12 | Furniture and fixtures | D | $11,533 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: Sullivan Brand Trademark | D | $670,000 |
| 17 |  | D |  |
| 18 |  | D |  |
| 19 |  | D |  |
| 20 |  | D |  |
| 21 | **Total Property and Equipment** |  | $16,857,249 |
|  | **Other Assets** |  |  |
| 22 | Loans to shareholders |  |  |
| 23 | Loans to affiliates |  |  |
| 24 | Due from SVC |  | $2,077,765 |
| 25 | Due from JoAnna Sullivan |  | $16,500 |
| 26 |  |  |  |
| 27 |  |  |  |
| 28 | **Total Other Assets** |  | $2,094,265 |
| 29 | **Total Assets** |  | $19,138,456 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Case: 17-10065   Doc# 79   Filed: 04/04/17   Entered: 04/04/17 08:10:50   Page 3 of 9

# Liabilities and Equity
**(General Business Case)**

**Liabilities From Schedules**

   **Post-Petition**

      **Current Liabilities**

| | | | |
|---|---|---|---:|
| 30 | Salaries and wages | | |
| 31 | Payroll taxes | | |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | |
| 35 | Notes payable (short term) | | |
| 36 | Accounts payable (trade) | A | $1,575 |
| 37 | Real property lease arrearage | | |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other: | | |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $1,575 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $1,575 |

      **Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---:|
| 47 | Secured claims | F | $14,146,393 |
| 48 | Priority unsecured claims | F | $11,839 |
| 49 | General unsecured claims | F | $115,116 |
| 50 | **Total Pre-Petition Liabilities** | | $14,273,348 |
| 51 | **Total Liabilities** | | $14,274,923 |

**Equity (Deficit)**

| | | |
|---|---|---:|
| 52 | Retained Earnings/(Deficit) at time of filing | ($316,676) |
| 53 | Capital Stock | |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | ($12,039) |
| 56 | Post-petition contributions/(distributions) or (draws) | ($1,519,700) |
| 57 | | |
| 58 | Market value adjustment | $6,711,948 |
| 59 | **Total Equity (Deficit)** | $4,863,533 |
| 60 | **Total Liabilities and Equity (Deficit)** | $19,138,456 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
## (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $30,000 | $1,575 | |
| 31-60 Days | $20,000 | | |
| 61-90 Days | | | $0 |
| 91+ Days | | | |
| Total accounts receivable/payable | $50,000 | $1,575 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $50,000 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | **Inventory Beginning of Month** | 0 |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | |
| Product for resale | | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
| Products for resale | | Other: | |
| | | | |
| Manufacturer - | | | |
| Raw Materials | | | |
| Work-in-progress | | Less - | |
| Finished goods | | Inventory End of Month | |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| | | Cost of Goods Sold | $0 |
| TOTAL | $0 | | |

**Method of Inventory Control**
Do you have a functioning perpetual inventory system?
    Yes _____    No _____
How often do you take a complete physical inventory?

    Weekly _____
    Monthly _____
    Quarterly _____
    Semi-annually _____
    Annually _____
Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -
    FIFO cost _____
    LIFO cost _____
    Lower of cost or market _____
    Retail method _____
    Other _____
      Explain _____

Revised 1/1/98

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---:|---:|
| | $0 | |
| Property | $6,039,547 | $16,000,000 |
| | $0 | |
| | $0 | |
| | $0 | |
| | $0 | |
| Total | $6,039,547 | $16,000,000 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---:|---:|
| Machinery & Equipment - | | |
| Machinery & Equipment (including Kubota Tractor) | $175,716 | $175,716 |
| | | |
| | | |
| | | |
| Total | $175,716 | $175,716 |
| | | |
| Furniture & Fixtures - | | |
| Office Furniture | $10,783 | $10,783 |
| Painting | $750 | $750 |
| | | |
| | | |
| Total | $11,533 | $11,533 |
| | | |
| Office Equipment - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| | | |
| Leasehold Improvements - | | |
| | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| | | |
| Vehicles - | | |
| | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
## Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
## Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $14,146,393 | $14,146,393 |
| Priority claims other than taxes | | |
| Priority tax claims | $11,839 | $11,839 |
| General unsecured claims | $115,116 | $115,116 |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
## Rental Income Information
### Not applicable to General Business Cases

## Schedule H
## Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Umpqua Bank | | | |
| Account Type | Checking | | | |
| Account No. | 5581 | | | |
| Account Purpose | | | | |
| Balance, End of Month | $5,430 | | | |
| Total Funds on Hand for all Accounts | $5,430 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Case: 17-10065  Doc# 79  Filed: 04/04/17  Entered: 04/04/17 08:10:50  Page 7 of 9

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
**Increase/(Decrease) in Cash and Cash Equivalents**
**For the Month Ended** 02/28/17

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $0 | $0 |
| 2 | Cash Received from Sales | $0 | $0 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Payment received from JoAnna Sullivan for receivables balance | $5,000 | $5,000 |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $5,000 | $5,000 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | | |
| 14 | Selling | | |
| 15 | Administrative | $76 | $76 |
| 16 | Capital Expenditures | | |
| 17 | Principal Payments on Debt | | |
| 18 | Interest Paid | | |
| | Rent/Lease: | | |
| 19 | Personal Property | | |
| 20 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | | |
| 22 | Draws | | |
| 23 | Commissions/Royalties | | |
| 24 | Expense Reimbursements | | |
| 25 | Other | | |
| 26 | Salaries/Commissions (less employee withholding) | | |
| 27 | Management Fees | | |
| | Taxes: | | |
| 28 | Employee Withholding | | |
| 29 | Employer Payroll Taxes | | |
| 30 | Real Property Taxes | | |
| 31 | Other Taxes | | |
| 32 | Other Cash Outflows: | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | **Total Cash Disbursements:** | $76 | $76 |
| 39 | **Net Increase (Decrease) in Cash** | $4,924 | $4,924 |
| 40 | **Cash Balance, Beginning of Period** | $506 | $506 |
| 41 | **Cash Balance, End of Period** | $5,430 | $5,430 |

Revised 1/1/98

# STATEMENT OF CASH FLOWS
### (Optional) Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended 02/28/17

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | | |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | | |
| 4 | Cash Paid to Suppliers | | |
| 5 | Cash Paid for Selling Expenses | | |
| 6 | Cash Paid for Administrative Expenses | | |
| | Cash Paid for Rents/Leases: | | |
| 7 |     Personal Property | | |
| 8 |     Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 |     Salaries | | |
| 12 |     Draws | | |
| 13 |     Commissions/Royalties | | |
| 14 |     Expense Reimbursements | | |
| 15 |     Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 |     Employer Payroll Tax | | |
| 17 |     Employee Withholdings | | |
| 18 |     Real Property Taxes | | |
| 19 |     Other Taxes | | |
| 20 | Cash Paid for General Expenses | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $0 | $0 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $0 | $0 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $0 | $0 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | | |
| 46 | **Cash and Cash Equivalents at End of Month** | $0 | $0 |

Case: 17-10065   Doc# 79   Filed: 04/04/17   Entered: 04/04/17 08:10:50   Page 9 of 9

Revised 1/1/98