MACDONALD | FERNANDEZ LLP
RENO F.R. FERNANDEZ III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Creditor,
PAUL GARVEY
dba Garvey Brothers Vineyard Management Company

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SULLIVAN VINEYARDS CORPORATION,<br><br>    Debtor. | Case No. 17-10065-AJ-11<br>(Jointly Administered)<br><br>Chapter 11<br><br>NOTICE OF APPEARANCE AND REQUEST SPECIAL NOTICE |

PLEASE TAKE NOTICE that Reno F.R. Fernandez III of Macdonald Fernandez LLP, hereby enters his appearance as counsel for Paul Garvey, dba Garvey Brothers Vineyard Management Company, and requests that all notices given or required to be given and all papers served or required to be served in this case including, in accordance with Rules 2002(a)(2), (3), and (7), and 9007 of the Bankruptcy Rules, and Sections 102(1), and 342(a), and 1009(b) of the Bankruptcy Code, be provided to and served upon its counsel at the following addresses and telephone numbers:

Reno F.R. Fernandez III Esq.
Macdonald Fernandez LLP
221 Sansome Street, Third Floor
San Francisco, CA  94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544
Email:  reno@macfern.com

Dated: July 24, 2017

MACDONALD FERNANDEZ LLP

By: ___/s/ Reno F.R. Fernandez III_____
    Reno F.R. Fernandez III, Attorneys for
    Creditor, PAUL GARVEY, dba Garvey Brothers
    Vineyard Management Company

Case: 17-10065   Doc# 155   Filed: 07/24/17   Entered: 07/24/17 15:20:17   Page 1 of 1