DONNA S. TAMANAHA (WI# 1013199)
Assistant United States Trustee
LYNETTE C. KELLY (SBN #120799)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Ave, Rm 05-0153
San Francisco, CA 94102
Telephone: (415) 252-2265
Facsimile: (415) 705-3367
Email: lynette.c.kelly@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17
**Entered on Docket
August 29, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

The following constitutes
the order of the court. Signed August 29, 2017



Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No. 17-10065-RLE |
| Sullivan Vineyards Corporation, | Chapter 11 |
| Debtor. | (Jointly Administered) |
| Sullivan Vineyards Partnership, | |
| Debtor. | |

### ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

Upon the application of the United States Trustee for Region 17, and it appearing that Timothy W. Hoffman, a disinterested person as set forth in 11 U.S.C. § 101(14), has been selected as a chapter 11 trustee by the United States Trustee, and after due deliberation and sufficient cause appearing,

IT IS HEREBY ORDERED that the selection of Timothy W. Hoffman to serve as chapter 11 trustee is APPROVED under 11 U.S.C. § 1104; and

IT IS FURTHER ORDERED that the chapter 11 trustee shall have all the powers of a trustee under 11 U.S.C. § 1106(a).

****END OF ORDER****

ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE - 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COURT SERVICE LIST

All ECF Recipients

Timothy W. Hoffman
P.O. Box 1761
Sebastopol, CA 95473

ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE - 2 -