Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: roliner@duanemorris.com

Attorneys for Chapter 11 Trustee
TIMOTHY W. HOFFMAN

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re<br>SULLIVAN VINEYARDS CORPORATION,<br>Debtor. | Case No. 17-10065 RLE<br>(Jointly Administered)<br>Chapter 11<br>**DECLARATION OF TIMOTHY W. HOFFMAN IN SUPPORT OF MOTION TO SELL REAL AND PERSONAL PROPERTY ASSETS OF DEBTORS [11 U.S.C. § 363(b)]**<br>Date: December 11, 2017<br>Time: 10:30 a.m.<br>Place: 99 South E Street<br>       Santa Rosa, CA 95404<br>Judge: Hon. Roger L. Efremsky |
| In re<br>SULLIVAN VINEYARDS PARTNERSHIP,<br>Debtor. | |

DM3\4890006.1 R1034/00002

1

**DECL. OF TIMOTHY W. HOFFMAN I/S/O MOTION TO SELL REAL AND PERSONAL PROPERTY ASSETS OF DEBTORS [11 U.S.C. § 363(b)] – CASE NO. 17-10065 RLE**

Case: 17-10065    Doc# 232-2    Filed: 11/10/17    Entered: 11/10/17 09:32:38    Page 1 of 4

I, Timothy W. Hoffman, declare:

1. I am an attorney at law duly licensed to practice before this Court, and am the duly appointed, qualified and acting Chapter 11 Trustee in the jointly administered bankruptcy cases of Sullivan Vineyards Corporation ("SVC") and Sullivan Vineyards Partnership ("SVP" and, together with SVC, the "Debtors"). The matters stated below are made and based upon my personal knowledge, except for those matters stated upon information and belief, and as to those matters, I believe them to be true. If called as a witness, I could and would competently testify to the matters set forth below.

2. I submit this declaration in support of the Motion to Sell Real and Personal Property Assets of Debtors [11 U.S.C. § 363(b)] (the "363(b) Motion"), as well as the Motion to Sell Real and Personal Property Assets of Debtors Free and Clear of Liens and Encumbrances [11 U.S.C. § 363(f)] (the "363(f) Motion" and, together with the 363(b) Motion, the "Motions"), filed concurrently herewith.

3. SVC and SVP filed voluntary petitions under chapter 11 of the Bankruptcy Code on February 1, 2017 and February 2, 2017, respectively.

4. On March 13, 2017, the Court entered an order directing the joint administration of the Debtors' cases.

5. The Debtors administered their respective estates as debtors in possession until August 29, 2017, when the Court entered an order approving my appointment as Chapter 11 Trustee of the Debtors' estates.

6. The Debtors operate a Napa Valley winery known as Sullivan Vineyards.

7. I am informed and believe based upon my investigation that among the property of the Debtors' bankruptcy estates is the following: certain real property commonly known as 1090 Galleron Road, Rutherford, California, consisting of approximately 26.1 acres, including

DM3\4890006.1 R1034/00002    2
DUANE MORRIS LLP
SAN FRANCISCO

**DECL. OF TIMOTHY W. HOFFMAN I/S/O MOTION TO SELL REAL AND PERSONAL PROPERTY ASSETS OF DEBTORS [11 U.S.C. § 363(b)] – CASE NO. 17-10065-RLE**

Case: 17-10065   Doc# 232-2   Filed: 11/10/17   Entered: 11/10/17 09:32:38   Page 2 of 4

approximately 24 acres of planted grapes, an approximately 3,000 square foot dwelling containing both office space and a living quarters, as well as a winery, tasting room, and crush facility, together with all manner of tangible and intangible personal property related to the Debtor's winery business, as set forth with greater particularity in the Debtors' bankruptcy schedules.

8. On behalf of the bankruptcy estates, I have entered into a purchase agreement (the "Agreement") with VITE USA, Inc. ("Buyer") to purchase substantially all of the Debtors' assets, including (a) the real property located at 1090 Galleron Road, assessor's parcel number 030-070-010 (the "Real Property"), (b) all rights, privileges, easements and other benefits appurtenant to the Real Property, (c) the use permits in effect with respect to the Real Property, (d) all buildings, structures, fixtures, vineyard improvements, water systems, wells, pumps, winery and vineyard equipment installed at the Real Property, (e) the Debtors' trademarks and related intellectual property (including wine club, website, and customer information), (f) the Debtors' bulk and bottled inventory, (g) the growing crop, and (h) any and all tangible and intangible personal property used with respect to the business operated by the Debtors (collectively, the "Assets").

9. The Agreement is expressly subject to Bankruptcy Court approval.

10. While the terms of the Agreement, including price, are confidential, Buyer has agreed to purchase the Assets free and clear of liens and other interests, and subject to Bankruptcy Court approval, for a price that I am informed and believe is more than adequate to pay in full all allowed claims (secured and unsecured) and administrative expenses in the Debtors' cases.

11. In particular, based upon an analysis by my Court approved accountant, I am informed and believe that the sale price, though confidential, will provide more than sufficient

DM3\4890006.1 R1034/00002　　　　　　　　3

**DECL. OF TIMOTHY W. HOFFMAN I/S/O MOTION TO SELL REAL AND PERSONAL PROPERTY ASSETS OF DEBTORS [11 U.S.C. § 363(b)] – CASE NO. 17-10065-RLE**

Case: 17-10065　　Doc# 232-2　　Filed: 11/10/17　　Entered: 11/10/17 09:32:38　　Page 3 of 4

1. funds to pay all claims in full, even assuming a "worst case" scenario where the secured "grid note" of Stephen A. Finn, as well as the claims asserted by the Debtors' five former employees, are allowed in full, plus reasonable attorneys' fees, if applicable.

12. For all the foregoing reasons, I believe that the sale of the Assets as described in the Motions is in the best interests of the estates and their creditors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 9th, 2017, at Sebastopol, California.

_____
TIMOTHY W. HOFFMAN