A - General Administration
B - Operations / Feasibility
C - Cash Collateral
D - Sale of Assets

## Timesheet Report
### Trustee: Timothy W. Hoffman (007815)
### Period: 01/01/00 - 12/31/17

| Case Number: | 17-10065 | Case Name: | Sullivan Vineyards Corp. |
|---|---|---|---|
| Case Type: | Assets | Judge: | Roger L. Efremsky |
| Petition Date: | 08/28/17 | 341a Meeting: | |

| Date | Description | Hours/Unit | Rate | Total | |
|---|---|---|---|---|---|
| 08/28/17 | Set up new file for Chapter 11 trusteeship. | 0.25 | $400.000 | $100.00 | A |
| 08/28/17 | Email to accountant re analysis issues for third amended plan of reorganization. | 0.10 | $400.000 | $40.00 | B |
| 08/28/17 | Tel. call to atty Oliner to discuss case. First steps. | 0.40 | $400.000 | $160.00 | A |
| 08/28/17 | Misc. emails. | 0.20 | $400.000 | $80.00 | A |
| 08/28/17 | Conf. call with attys Oliner and Olson to discuss consolidated Ch. 11 cases. | 1.20 | $400.000 | $480.00 | A |
| 08/28/17 | Email from atty Oliner with App to Employ. Sign and return. | 0.30 | $400.000 | $120.00 | A |
| 08/28/17 | Review email from UST with Application to Appt. Ch. 11 Trustee and related pleadings. | 0.25 | $400.000 | $100.00 | A |
| 08/28/17 | Email to bonding co. re Ch. 11 bond in consolidated cases. | 0.30 | $400.000 | $120.00 | A |
| 08/29/17 | Conf. call with atty Oliner, atty Warden and reps. of creditor to discuss Ch. 11 case. Issues needing immediate attention. | 0.90 | $400.000 | $360.00 | A |
| 08/29/17 | Email to atty Olson requesting budget through year end. | 0.10 | $400.000 | $40.00 | B |
| 08/29/17 | Review email from accountant with his App to Employ. Sign and return. | 0.30 | $400.000 | $120.00 | A |
| 08/29/17 | Review email from bonding co. re Ch.11 bond. | 0.10 | $400.000 | $40.00 | A |
| 08/29/17 | Emails between attys Oliner and Olson re adv. proc. | 0.10 | $400.000 | $40.00 | A |
| 08/29/17 | Listen to tape from hearing on Mot. to Convert Case; Approve Disclosure St. etc.. | 1.50 | $400.000 | $600.00 | A |
| 08/29/17 | Emails to set up conf. call. Conf. call with atty Oliner and accountant Pierotti to discuss case and meeting at Debtor's business on Thursday. | 1.00 | $400.000 | $400.00 | A |
| 08/29/17 | Email from atty Fernandez requesting meeting or conf. call. Reply to same re availability. | 0.20 | $400.000 | $80.00 | B |
| 08/30/17 | Emails between atty Oliner and atty for plaintiffs in state court action. | 0.10 | $400.000 | $40.00 | A |
| 08/30/17 | Long email from atty Warden with numerous documents concerning Debtor's financial condition | 1.25 | $400.000 | $500.00 | C |

# Timesheet Report

### Trustee: Timothy W. Hoffman (007815)
### Period: 01/01/00 - 12/31/17

| | | |
|---|---|---|
| **Case Number:** 17-10065 | **Case Name:** | Sullivan Vineyards Corp. |
| **Case Type:** Assets | **Judge:** | Roger L. Efremsky |
| **Petition Date:** 08/28/17 | **341a Meeting:** | |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| | and explanation for each. | | | | |
| 08/30/17 | Tel. call from atty Oliner re his conversation with state court plaintiffs' attorney. | 0.20 | $400.000 | $80.00 | A |
| 08/30/17 | Follow up email from atty Warden with long list of pending issues at the winery. | 0.30 | $400.000 | $120.00 | B |
| 08/31/17 | Meeting with Debtors' owners, employees, accountant Pierotti and atty Olson to discuss business operations and related issues. | 7.50 | $400.000 | $3,000.00 | B |
| 08/31/17 | Tel. call to atty Oliner re today's meeting and tomorrow conf. call. | 0.40 | $400.000 | $160.00 | B |
| 09/01/17 | Conf. call with attys Oliner and Warden and others to discuss case. | 1.00 | $400.000 | $400.00 | B |
| 09/01/17 | Email to Ross Sullivan et. al. with instructions to pay Garvey Farm Management. | 0.20 | $400.000 | $80.00 | B |
| 09/01/17 | Email from Jenni V. with three insurance policies -- commercial; commercial auto; and umbrella policy. Email to Jenni re commercial policy. | 0.75 | $400.000 | $300.00 | B |
| 09/02/17 | Review pleadings from state court lawsuit filed by former employees. | 0.50 | $400.000 | $200.00 | A |
| 09/02/17 | Review emails between Jenni V. and my acct. re payroll and misc payments for health ins. etc. | 0.20 | $400.000 | $80.00 | B |
| 09/05/17 | Email from atty Warden re Thursday meeting. Reply to same. | 0.10 | $400.000 | $40.00 | A |
| 09/05/17 | Tel. call to atty Fernandez re vineyard management co. payment. | 0.20 | $400.000 | $80.00 | B |
| 09/06/17 | Receive letter from International Sureties with Ch. 11 Bond. Sign original and two duplicates and send to U.S. Trustee for filing with Court. | 0.30 | $400.000 | $120.00 | A |
| 09/06/17 | Return tel. call from atty Oliner to discuss state court lawsuit, negotiations over cash collateral stip. and harvest. | 0.40 | $400.000 | $160.00 | C |
| 09/06/17 | Conf. call with atty Oliner and accountant to discuss proposed cash collateral budget prepared by secured creditor. | 0.60 | $400.000 | $240.00 | C |
| 09/06/17 | Various emails between acct. and others re | 0.10 | $400.000 | $40.00 | B |

## Timesheet Report
### Trustee: Timothy W. Hoffman (007815)
### Period: 01/01/00 - 12/31/17

| Case Number: | 17-10065 | Case Name: | Sullivan Vineyards Corp. |
|---|---|---|---|
| Case Type: | Assets | Judge: | Roger L. Efremsky |
| Petition Date: | 08/28/17 | 341a Meeting: | |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| | pre-meeting lunch. | | | | |
| 09/06/17 | Download all DIP Monthly Operating Reports and look at sales trends. | 0.30 | $400.000 | $120.00 | B |
| 09/06/17 | Review and download various pleadings re cash collateral with an eye toward sales trends. | 0.80 | $400.000 | $320.00 | C |
| 09/07/17 | Review various financial reports prior to conf. call. | 1.00 | $400.000 | $400.00 | B |
| 09/07/17 | Conf. call with atty Warden et al to discuss cash collateral stip; harvest, reorganization plan etc. | 2.25 | $400.000 | $900.00 | C |
| 09/07/17 | Tel. call to atty Abbey for recommendations for winery consultant. | 0.30 | $400.000 | $120.00 | B |
| 09/07/17 | Follow up tel. call to atty Oliner re today's conf. call. | 0.20 | $400.000 | $80.00 | B |
| 09/07/17 | Email from atty MacConaghy re he is entering the case on behalf of members of the Sullivan family. | 0.10 | $400.000 | $40.00 | A |
| 09/08/17 | Emails between atty Oliner and atty Warden re cash collateral stip. | 0.10 | $400.000 | $40.00 | C |
| 09/08/17 | Emails to atty Oliner and acct. re my conversation with atty Abbey re winery consultant and related matters. | 0.20 | $400.000 | $80.00 | B |
| 09/08/17 | Return tel. call from Ross Sullivant to discuss harvest and related issues, cash collateral budget etc.. | 0.30 | $400.000 | $120.00 | C |
| 09/08/17 | Return tel. call from Ross Sullivan. Discuss harvest, cash collateral budget and related issues. | 0.30 | $400.000 | $120.00 | C |
| 09/08/17 | Return tel. call from Paul Garvey (vineyard manager) re status of harvest. | 0.25 | $400.000 | $100.00 | B |
| 09/08/17 | Email from acct. as to why sales taxes should not be included in cash collateral budget. | 0.10 | $400.000 | $40.00 | C |
| 09/11/17 | Tel. call to atty Oliner to discuss my conversations with Ross Sullivan and vineyard manager, Garvey. | 0.20 | $400.000 | $80.00 | B |
| 09/11/17 | Review email from atty Heaton with draft Sec. 1106 Statement. Reply to same with suggestions. | 0.40 | $400.000 | $160.00 | A |
| 09/11/17 | Review email from atty Warden with spreadsheet showing various rental properties in St. Helena and a portion of Trulia website with similar information. | 0.35 | $400.000 | $140.00 | A |
| 09/11/17 | Prepare Notice of Acceptance of Appt. of Ch. 11 | 0.25 | $400.000 | $100.00 | A |

# Timesheet Report
## Trustee: Timothy W. Hoffman (007815)
### Period: 01/01/00 - 12/31/17

| Case Number: | 17-10065 | Case Name: | Sullivan Vineyards Corp. |
|---|---|---|---|
| Case Type: | Assets | Judge: | Roger L. Efremsky |
| Petition Date: | 08/28/17 | 341a Meeting: | |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| | Trustee and send to UST. | | | | |
| 09/11/17 | Email from atty Oliner with Debtors' changes to cash collateral budget. Also his email to atty Warden with comments. | 0.35 | $400.000 | $140.00 | C |
| 09/11/17 | Review Doug Thaxton email with excel spreadsheet analyzing Debtor's finances, MORs etc. | 0.50 | $400.000 | $200.00 | B |
| 09/11/17 | Review follow up email from Doug Thaxton with sales history analysis spreadsheet. | 0.40 | $400.000 | $160.00 | B |
| 09/12/17 | Review long email from atty Warden with his comments on Debtor's revisions to cash collateral budget. Review email from atty Oliner re same. Tel. call to atty Oliner to discuss issues raised by Warden. | 0.60 | $400.000 | $240.00 | C |
| 09/12/17 | Tel. call to acct. to try and schedule a conf. call to discuss budget. | 0.10 | $400.000 | $40.00 | C |
| 09/12/17 | Review email from acct. to Doug Thaxton re financials. Email to acct re first batch of wine club sales. | 0.20 | $400.000 | $80.00 | B |
| 09/12/17 | Email from Ross Sullivan re monthly payment to secured creditor. Forward to atty Oliner. | 0.10 | $400.000 | $40.00 | B |
| 09/12/17 | Tel. call from Randall Whitney at Sutter Thomas Capital. His company might provide capital to the owners/debtors. Briefly look up his background on internet. | 0.40 | $400.000 | $160.00 | A |
| 09/12/17 | Emails with Ross Sullivan and acct. re Adequate Protection payment. Tel. call from atty Oliner re cash collateral and adequate protection payments. | 0.30 | $400.000 | $120.00 | C |
| 09/12/17 | Review two emails from atty Oliner with information about Randall Whitney. | 0.10 | $400.000 | $40.00 | A |
| 09/12/17 | Participate in conf. call with attys Oliner and Warden and accts. Discuss revised cash collateral budget and related issues. | 0.70 | $400.000 | $280.00 | C |
| 09/12/17 | Conf. call with attys Oliner, MacConaghy and Niesar. Discuss their rep. of Sullivan individuals. Claims they intend to assert etc.. | 1.00 | $400.000 | $400.00 | A |
| 09/13/17 | Tel. call to atty Oliner. Left message re yesterday's | 0.50 | $400.000 | $200.00 | A |

# Timesheet Report

**Trustee: Timothy W. Hoffman (007815)**
**Period: 01/01/00 - 12/31/17**

| Case Number: | 17-10065 | Case Name: | Sullivan Vineyards Corp. |
|---|---|---|---|
| Case Type: | Assets | Judge: | Roger L. Efremsky |
| Petition Date: | 08/28/17 | 341a Meeting: | |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| | conf. with atty MacConaghy et. al. Return tel. call from Oliner re same. Also cash collateral stip. | | | | |
| 09/13/17 | Email from atty Oliner with revised cash collateral stip. Email from same re additional revision. Tel. call to atty Oliner -- left detailed message re recitals in stip. Return tel. call from same. Discuss a few changes to recitals. | 0.80 | $400.000 | $320.00 | C |
| 09/13/17 | Review mail from Ross Sullivan re acct. payables. Tel. call to same. Left message. Cannot open it. Return tel. call from same. He will re-send in new format. | 0.20 | $400.000 | $80.00 | B |
| 09/13/17 | Review email from Ross Sullivan with list of payables. Tel. call from same. Discuss each category and compare to budget approved by Judge Effremsky. | 0.50 | $400.000 | $200.00 | B |
| 09/13/17 | Review follow up emails between atty Oliner and Warden re cash coll.stip and their meeting tomorrow. | 0.10 | $400.000 | $40.00 | C |
| 09/14/17 | Various emails between attys Oliner and Warden re cash collateral and meeting to discuss Grid Note. Tel. call to Oliner -- left detailed message. | 0.25 | $400.000 | $100.00 | C |
| 09/14/17 | Return tel. call from atty Oliner re cash collateral budget. | 0.20 | $400.000 | $80.00 | C |
| 09/14/17 | Work on finding a consultant. | 0.50 | $400.000 | $200.00 | B |
| 09/14/17 | Email from Ross Sullivan with agenda to today's call and copy of article from Wine Industry Insight re chapter 11 case. Reply to same. | 0.30 | $400.000 | $120.00 | A |
| 09/14/17 | Email to accountant re feasibility analysis. | 0.10 | $400.000 | $40.00 | B |
| 09/14/17 | Review email from Ross Sullivan with agenda for today's call. Reply to same. Tel. conf. with Ross to discuss cash collateral budget, Monday's status conf. hearing; employees; mistake made by warehouse shipping and other issues. | 0.85 | $400.000 | $340.00 | C |
| 09/14/17 | Email from acct. re books and records and financial issues. Reply to same. | 0.20 | $400.000 | $80.00 | B |
| 09/15/17 | Review email from atty Warden with research memo | 0.50 | $400.000 | $200.00 | A |

# Timesheet Report
## Trustee: Timothy W. Hoffman (007815)
### Period: 01/01/00 - 12/31/17

| Case Number: | 17-10065 | Case Name: | Sullivan Vineyards Corp. |
|---|---|---|---|
| Case Type: | Assets | Judge: | Roger L. Efremsky |
| Petition Date: | 08/28/17 | 341a Meeting: | |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| | re legality of advances made under the Grid Note. Email to atty Oliner re same. | | | | |
| 09/15/17 | Email from atty Oliner re Grid Note. | 0.10 | $400.000 | $40.00 | A |
| 09/15/17 | Email from atty Oliner with Memo analyzing Third Amended Plan and summarizing prior plan versions. | 0.35 | $400.000 | $140.00 | B |
| 09/15/17 | Email from atty Warden re Monday's hearing and meeting in advance. Reply to same. | 0.10 | $400.000 | $40.00 | C |
| 09/15/17 | Email from Ross Sullivan with article from Wine Executive News re Sullivan Vineyard bankruptcy. Send copy to atty Oliner. | 0.30 | $400.000 | $120.00 | A |
| 09/17/17 | Email from atty Oliner re Grid Note. | 0.10 | $400.000 | $40.00 | A |
| 09/17/17 | Email from atty Warden with "Offer of Proof" re proposed testimony of Brian Kelly. Email exchange between atty Oliner and Warden re what that means. | 0.75 | $400.000 | $300.00 | C |
| 09/17/17 | Review Finn's Status Conf. Statement. Email to acct. re same. Especially the exhibits. | 0.60 | $400.000 | $240.00 | A |
| 09/18/17 | Tel. call to acct. re financial info. | 0.15 | $400.000 | $60.00 | B |
| 09/18/17 | Follow up tel. call to Tom Eddy re consulting. | 0.35 | $400.000 | $140.00 | B |
| 09/18/17 | Email from Kelly Sullivan with Ross' responses to atty Warden's status conf. statement. Reply to same. Forward to atty Oliner and acct. | 0.25 | $400.000 | $100.00 | B |
| 09/18/17 | Go to Santa Rosa Bankruptcy Court for Status Conference. Pre-hearing conf. with atty Warden and his consultants. Post-hearing conf. with atty Olson and Debtors' principals. | 2.50 | $400.000 | $1,000.00 | A |
| 09/18/17 | Long email from acct. re Bryan Kelly offer of proof and Ross Sullivan response to Finn's Status Conf. Statement. | 0.20 | $400.000 | $80.00 | A |
| 09/18/17 | Calculate August fees. Email to acct. re same. (no charge) | 0.25 | | $0.00 | A |
| 09/18/17 | Three emails from Tom Eddy with his c.v.; list of clients and summary of consulting work. Reply to same. Send to atty Warden with comments. | 0.35 | $400.000 | $140.00 | B |
| 09/18/17 | Email from atty Olson with three articles/reviews of | 0.30 | $400.000 | $120.00 | B |

# Timesheet Report
## Trustee: Timothy W. Hoffman (007815)
### Period: 01/01/00 - 12/31/17

| Case Number: | 17-10065 | Case Name: | Sullivan Vineyards Corp. |
|---|---|---|---|
| Case Type: | Assets | Judge: | Roger L. Efremsky |
| Petition Date: | 08/28/17 | 341a Meeting: | |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| | Sullivan wines. | | | | |
| 09/18/17 | Emails between acct. and winery staff re MORs. | 0.10 | $400.000 | $40.00 | A |
| 09/19/17 | Email from atty Warden re Tom Eddy. Reply to same. | 0.10 | $400.000 | $40.00 | A |
| 09/19/17 | Email from atty Warden re hiring Tom Eddy as a consultant. Email to same. Email to Tom Eddy. | 0.20 | $400.000 | $80.00 | B |
| 09/19/17 | Emails with acct. re MORs. | 0.10 | $400.000 | $40.00 | A |
| 09/19/17 | Email from atty Oliner with atty Olson's email re Grid Note defenses. Reply to same. | 0.20 | $400.000 | $80.00 | A |
| 09/19/17 | Two emails from atty Olson with docs. re inventory at various locations. | 0.30 | $400.000 | $120.00 | B |
| 09/20/17 | Emails between attys Oliner and Olson re corporate attorney client privilege. | 0.10 | $400.000 | $40.00 | A |
| 09/20/17 | Email to atty Oliner re employment of Tom Eddy as consultant. | 0.10 | $400.000 | $40.00 | B |
| 09/20/17 | Tel. call to Ross Sullivan re Tom Eddy and visit on Friday morning. | 0.20 | $400.000 | $80.00 | B |
| 09/20/17 | Review email from atty MacConaghy outlining legal theory for Sullivans vs. Finn, equitable subordination etc.. including relevant case. Review atty Oliner reply to same. | 0.25 | $400.000 | $100.00 | A |
| 09/20/17 | Tel. call from atty Oliner to discuss MacConaghy's email. | 0.40 | $400.000 | $160.00 | A |
| 09/20/17 | Emails between acct. and Debtors' bookkeeper re MOR for August. | 0.10 | $400.000 | $40.00 | A |
| 09/21/17 | Review email from acct. re MOR for August and proposed statement to attach. Review St. Reply to same. | 0.25 | $400.000 | $100.00 | A |
| 09/21/17 | Email from acct. with MORs for August for both Debtors. Sign and return to same. | 0.50 | $400.000 | $200.00 | A |
| 09/21/17 | Review email exchange between attys Oliner and Niesar re potential subord. of Grid Note. Tel. call to Oliner re same. | 0.30 | $400.000 | $120.00 | A |
| 09/22/17 | To Calistoga to meet wtih consultant, Tom Eddy. To St. Helena to meet with Ross Sullivan, Kelly | 7.25 | $400.000 | $2,900.00 | B |

## Timesheet Report
### Trustee: Timothy W. Hoffman (007815)
### Period: 01/01/00 - 12/31/17

| Case Number: | 17-10065 | Case Name: | Sullivan Vineyards Corp. |
|---|---|---|---|
| Case Type: | Assets | Judge: | Roger L. Efremsky |
| Petition Date: | 08/28/17 | 341a Meeting: | |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| | Sullivan, Jeff Cole and Tom Eddy and to inspect vineyard, winery etc.. Follow up with Tom Eddy. | | | | |
| 09/22/17 | Tel. call to atty Oliner to discuss today's inspection. | 0.50 | $400.000 | $200.00 | B |
| 09/22/17 | Follow up email to consultant, Eddy, re billing etc. | 0.10 | $400.000 | $40.00 | B |
| 09/22/17 | Review email from atty Oliner with draft App to Employ Wine Industry Consultant. Make revisions to same and send to atty Oliner. | 0.40 | $400.000 | $160.00 | A |
| 09/23/17 | Tel. call to accountant to discuss my visit to winery yesterday, meeting with Tom Eddy, his preliminary observations etc.. Follow up email to accountant with docs. re inventory and sales projections. | 0.75 | $400.000 | $300.00 | B |
| 09/25/17 | Review consultant's report after visit to winery and tasting of selection of white and red wines. Forward to atty Oliner with comments. | 0.35 | $400.000 | $140.00 | B |
| 09/26/17 | Tel. call to atty Oliner to discuss Tom Eddy report. | 0.25 | $400.000 | $100.00 | B |
| 09/26/17 | Email from atty Warden with numerous questions about inventory, sales etcc. Review accountant's response to those questions after discussion with Ross Sullivan. | 0.30 | $400.000 | $120.00 | B |
| 09/26/17 | Emails to set up conf. call. | 0.10 | $400.000 | $40.00 | A |
| 09/26/17 | Conf. call with atty Oliner and accountant to discuss feasibility analysis and related issues. | 0.70 | $400.000 | $280.00 | B |
| 09/26/17 | Email to consultant with Schedule of Liabilities in each case and explanation of process for checking for connections, conflicts etc.. | 0.40 | $400.000 | $160.00 | A |
| 09/26/17 | Long email from atty Warden re Tom Eddy report and recommended next steps. Forward to atty Oliner with comments. | 0.30 | $400.000 | $120.00 | B |
| 09/26/17 | Emails between accountant and Ross Sullivan re interest payment required under cash collateral stipulation. | 0.10 | $400.000 | $40.00 | C |
| 09/27/17 | Review long email from consultant with list of potential connections to various creditors in case. Forward to atty Heaton with comments. | 0.25 | $400.000 | $100.00 | A |
| 09/27/17 | Tel. call from atty Oliner to discuss questions/demands made by atty Warden and how | 0.30 | $400.000 | $120.00 | C |

## Timesheet Report
### Trustee: Timothy W. Hoffman (007815)
### Period: 01/01/00 - 12/31/17

| Case Number: | 17-10065 | Case Name: | Sullivan Vineyards Corp. |
|---|---|---|---|
| Case Type: | Assets | Judge: | Roger L. Efremsky |
| Petition Date: | 08/28/17 | 341a Meeting: | |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| | to respond. | | | | |
| 09/27/17 | Email from Ross Sullivan with article about WTSO. Forward to atty Oliner with comments. | 0.25 | $400.000 | $100.00 | B |
| 09/27/17 | Review email from atty Oliner to atty Warden with answers to his questions. | 0.10 | $400.000 | $40.00 | C |
| 09/28/17 | Review email from Ross Sullivan with proposed check run for payables and back up info re budget numbers. Forward to accountant to double check. Review his reply. Email to Ross Sullivan okay to pay. | 0.60 | $400.000 | $240.00 | B |
| 09/28/17 | Email to atty Oliner re conf. call with accountant. | 0.10 | $400.000 | $40.00 | B |
| 09/29/17 | Emails with atty Oliner re default interest post-petition. Briefly review case law re same. Two follow up emails to Oliner. | 0.50 | $400.000 | $200.00 | A |
| 09/29/17 | Conf. call with atty Oliner and accountant to discuss status of feasibility analysis. | 0.50 | $400.000 | $200.00 | B |
| 09/29/17 | Review email with revised Dec. of Tom Eddy in support of app. to employ. Send to Tom Eddy with explanation of process. | 0.35 | $400.000 | $140.00 | A |
| 10/03/17 | Emails between accountant and Ross Sullivan re September sales information. Review same. | 0.50 | $400.000 | $200.00 | B |
| 10/03/17 | Review email from accountant with his projections based on Debtors' forecasts and payment of first loan only. Emails with same ant atty Oliner to set up meeting. | 1.00 | $400.000 | $400.00 | B |
| 10/04/17 | Email from atty Heaton with revised App. to Employ Consultant. Sign and return with comments re need for original Eddy Declaration. | 0.35 | $400.000 | $140.00 | A |
| 10/04/17 | Receive original Dec. of Thomas Eddy. Scan and send copy to atty Heaton with comments. | 0.15 | $400.000 | $60.00 | A |
| 10/04/17 | Conf. call with atty Oliner and accountant to discuss projected cash flow report. | 0.80 | $400.000 | $320.00 | B |
| 10/04/17 | Review bulk wine report. Send to accountant with comments. | 0.30 | $400.000 | $120.00 | B |
| 10/04/17 | Review Memorandum prepared by atty Niesar arguing why the Grid Note should be declared void | 0.75 | $400.000 | $300.00 | A |

# Timesheet Report
### Trustee: Timothy W. Hoffman (007815)
### Period: 01/01/00 - 12/31/17

| Case Number: | 17-10065 | Case Name: | Sullivan Vineyards Corp. |
|---|---|---|---|
| Case Type: | Assets | Judge: | Roger L. Efremsky |
| Petition Date: | 08/28/17 | 341a Meeting: | |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| | or equitably subordinated. Review Cal. App. decision in BTI v. Equitable Life. | | | | |
| 10/04/17 | Re-review docket and pleadings filed on issue of feasibility of various plans of reorganization filed by Debtors. Declaration of Ross Sullivan. Re-listen to hearing on approval of disclosure statement/motion to convert. Send emails to atty Oliner and accountant re feasibility issues. | 3.00 | $400.000 | $1,200.00 | B |
| 10/04/17 | Emails with atty Oliner re inquiry into whether accountant Crom has analyzed feasibility. View his email to atty Olson re same. | 0.10 | $400.000 | $40.00 | B |
| 10/04/17 | Review voicemail from Ross Sullivan returning my call. Exchange emails to set up time to talk tomorrow. | 0.10 | $400.000 | $40.00 | A |
| 10/04/17 | Email to accountant with questions about issues raised on feasibility in pleadings and at hearing on disc. st./moiton to convert. | 0.20 | $400.000 | $80.00 | B |
| 10/05/17 | Email from atty Oliner with revised feasibility letter. Reply to same. | 0.25 | $400.000 | $100.00 | B |
| 10/05/17 | Cont. review of pleadings from docket with an eye toward items relevant to feasibility. Long email to accountant re latest MOR -- Statement of Cash Receipts and Disbursements. | 1.25 | $400.000 | $500.00 | B |
| 10/05/17 | Follow up tel. call to Ross Sullvant to discuss status of harvest and crush and related issues. Email to atty Oliner re same. | 0.75 | $400.000 | $300.00 | B |
| 10/05/17 | Follow up emails with accountant re feasibility. | 0.20 | $400.000 | $80.00 | B |
| 10/06/17 | Review email from accountant with revised spreadsheet. Discuss same. Discuss historical sales over same period and additional footnote. | 1.00 | $400.000 | $400.00 | B |
| 10/07/17 | Email from atty Oliner with email from atty Warden re feasibility analysis. Reply to same. | 0.30 | $400.000 | $120.00 | B |
| 10/09/17 | Email from atty Oliner with two status conf. statements. One for the main cases and one for the adv. proc. Reply to same. | 0.40 | $400.000 | $160.00 | A |
| 10/09/17 | Emails to set up conf. call. Conf. call with atty Oliner | 0.60 | $400.000 | $240.00 | B |

# Timesheet Report
## Trustee: Timothy W. Hoffman (007815)
### Period: 01/01/00 - 12/31/17

| Case Number: | 17-10065 | Case Name: | Sullivan Vineyards Corp. |
|---|---|---|---|
| Case Type: | Assets | Judge: | Roger L. Efremsky |
| Petition Date: | 08/28/17 | 341a Meeting: | |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| | and accountant to discuss feasibility analysis and proposed meeting. | | | | |
| 10/10/17 | Review three emails from atty Oliner with secured creditor's proposed new budget and long email from atty Warden with issues/demands. | 0.40 | $400.000 | $160.00 | C |
| 10/10/17 | Conf. call with atty Oliner and accountant to discuss proposed budget. | 0.60 | $400.000 | $240.00 | C |
| 10/10/17 | Email from atty Oliner re secured creditor is drawing a line in the sand. Reply to same re need for emergency cash collateral order. | 0.10 | $400.000 | $40.00 | C |
| 10/10/17 | Tel. call from atty Oliner re cash collateral. | 0.15 | $400.000 | $60.00 | C |
| 10/12/17 | Emails to set up conf. call with atty Oliner and accountant. Conf. call to discuss tomorrow's meeting with Debtors and their attorneys. | 1.00 | $400.000 | $400.00 | B |
| 10/12/17 | Numerous emails to convert tomorrow's meeting to a conf. call in light of impact of fires on Northbay area. | 0.10 | $400.000 | $40.00 | B |
| 10/13/17 | Tel. call to atty Oliner re today's conf. call. | 0.20 | $400.000 | $80.00 | B |
| 10/13/17 | Conf. call with attys Oliner, Olson, Fallon and Niesar along with accountant, Ross Sullivan and Kelleen Sullivan to discuss our feasibility analysis and cash collateral budget and stipulation. | 1.40 | $400.000 | $560.00 | B |
| 10/13/17 | Numerous emails between accountant, Doug Thaxton and Ross Sullivan re cash collateral budget. | 0.30 | $400.000 | $120.00 | C |
| 10/16/17 | Review numerous emails re cash collateral budget. Tel. call to atty Oliner re Stipulation and remaining items on budget. | 0.40 | $400.000 | $160.00 | C |
| 10/17/17 | Tel. call from atty Oliner re cash collateral budget. | 0.10 | $400.000 | $40.00 | C |
| 10/17/17 | Email from accountant re Operating Report. Look up Sept. fees and exps. and reply to same. | 0.25 | $400.000 | $100.00 | A |
| 10/17/17 | Numerous emails between accountant, Ross Sullivan and Thaxton re cash collateral budget issues. | 0.35 | $400.000 | $140.00 | C |
| 10/17/17 | Review email from Ross Sullivan with revised 6 month projection. Forward to atty Oliner with | 0.40 | $400.000 | $160.00 | B |

# Timesheet Report
## Trustee: Timothy W. Hoffman (007815)
### Period: 01/01/00 - 12/31/17

| Case Number: | 17-10065 | Case Name: | Sullivan Vineyards Corp. |
|---|---|---|---|
| Case Type: | Assets | Judge: | Roger L. Efremsky |
| Petition Date: | 08/28/17 | 341a Meeting: | |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| | comments. Review his reply. Reply with explanation. | | | | |
| 10/18/17 | Follow up email to atty Oliner and accountant re Ross' revised projections. Review Oliner reply. | 0.20 | $400.000 | $80.00 | B |
| 10/18/17 | Numerous final emails between accountant and Thaxton re cash collateral budget. | 0.30 | $400.000 | $120.00 | C |
| 10/18/17 | Email from accountant re Ross' updated 6 mo. projections. Reply to same with list of issues. | 0.25 | $400.000 | $100.00 | B |
| 10/18/17 | Tel. call to Joe Ciatti at Zepponi & Co. to discuss possible employment. | 0.35 | $400.000 | $140.00 | D |
| 10/18/17 | Emails to hash out the final details on the cash collateral budget. | 0.20 | $400.000 | $80.00 | C |
| 10/18/17 | Email from atty Heaton with final version of cash coll. stipulation and budget. Reply to same with approval but two questions. Review email from atty Oliner re questions. | 0.40 | $400.000 | $160.00 | C |
| 10/18/17 | Tel. call to accountant to discuss Ross Sullivan's revised projections and how best to analyze sale history vis a vis projections. Also, my meeting tomorrow and what I should bring. | 0.75 | $400.000 | $300.00 | B |
| 10/19/17 | Review Debtor corp.'s Amendment to Schedule B. Email to atty Oliner re same. | 0.40 | $400.000 | $160.00 | A |
| 10/19/17 | Meeting with Joe Ciatti and his team at Zepponi & Co. re possibility of listing business for sale. | 1.75 | $400.000 | $700.00 | D |
| 10/19/17 | Review marketing materials from previous listing of winery for sale. | 0.75 | $400.000 | $300.00 | D |
| 10/19/17 | Return tel. call from atty Oliner. Discuss my meeting with Ciatti et. al. and upcoming hearing on Monday. Various scenarios. | 0.50 | $400.000 | $200.00 | D |
| 10/20/17 | Review email from accountant with spreadsheet analyzing historic sales levels during the post-Finn era. | 0.70 | $400.000 | $280.00 | B |
| 10/20/17 | Numerous emails between accountant and Debtor re Monthly Operating Reports for September. | 0.20 | $400.000 | $80.00 | A |
| 10/20/17 | Conf. call with atty Oliner and accountant to discuss accountant's spreadsheet analyzing sales and | 1.10 | $400.000 | $440.00 | B |

# Timesheet Report
### Trustee: Timothy W. Hoffman (007815)
### Period: 01/01/00 - 12/31/17

| Case Number: | 17-10065 | Case Name: | Sullivan Vineyards Corp. |
|---|---|---|---|
| Case Type: | Assets | Judge: | Roger L. Efremsky |
| Petition Date: | 08/28/17 | 341a Meeting: | |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| | upcoming Status Conf. in Bankruptcy Court. | | | | |
| 10/20/17 | Long email from atty Warden with reasons why winery is losing value. Review email from Oliner re same. | 0.20 | $400.000 | $80.00 | B |
| 10/20/17 | Email from atty Oliner re new plan and disc. st. filed by Debtors. Download same from PACER. Briefly review. Tel. call from atty Oliner. | 0.60 | $400.000 | $240.00 | B |
| 10/20/17 | Email from accountant with Partnership MOR for Sept. Sign and return to same. | 0.30 | $400.000 | $120.00 | A |
| 10/20/17 | Email from atty Oliner. Finn's atty says he is going to make a credit bid offer to buy the winery. Reply to same. | 0.10 | $400.000 | $40.00 | D |
| 10/20/17 | Email from acct. with MOR for corp. Review, sign and return. | 0.40 | $400.000 | $160.00 | A |
| 10/21/17 | Review newly filed Plan and Disclosure Statement. Email to atty Oliner with comments about same. | 0.75 | $400.000 | $300.00 | A |
| 10/21/17 | Review email from atty Warden with long list of issues/complaints about new Plan of Reorganization. | 0.15 | $400.000 | $60.00 | A |
| 10/21/17 | Tel. call to atty Oliner re new plan and atty Warden's email re same. | 0.35 | $400.000 | $140.00 | A |
| 10/21/17 | Reply to atty Warden's email with some thoughts about the new Plan of Reorg. | 0.25 | $400.000 | $100.00 | A |
| 10/23/17 | Conf. with atty Oliner to prepare for hearing. Brief conf. caith attys Oliner and Olson re new Plan of Reorganization. Conf. with attys Oliner and Warden to discuss Warden's Letter of Intent.. Attend Status Conf. Hearing. Follow up conf. with attys MacConaghy, Niesar, Fallon and Oliner along with Ross Sullivan to discuss new Plan of Reorganization. | 4.00 | $400.000 | $1,600.00 | B |
| 10/23/17 | Long email to atty Oliner with some various thoughts about today's hearing and meetings. | 0.25 | $400.000 | $100.00 | B |
| 10/23/17 | Return tel. call to Perry Deluca. He has three clients potentially interested in the winery. Discuss status of bankruptcy case. | 0.35 | $400.000 | $140.00 | D |

## Timesheet Report
### Trustee: Timothy W. Hoffman (007815)
### Period: 01/01/00 - 12/31/17

| Case Number: | 17-10065 | Case Name: | Sullivan Vineyards Corp. |
|---|---|---|---|
| Case Type: | Assets | Judge: | Roger L. Efremsky |
| Petition Date: | 08/28/17 | 341a Meeting: | |

| Date | Description | Hours | Rate | Amount | Code |
|---|---|---|---|---|---|
| 10/23/17 | Return tel. call to Sean Maher. He has a group that is interested in making an offer to purchase the winery and related assets. | 0.40 | $350.000 | $140.00 | D |
| 10/23/17 | Email to atty Oliner re my conversations with reps. of interested buyers and thoughts about how to go about a sale from a procedural standpoint if the new Plan of Reorg. does not fly. | 0.20 | $400.000 | $80.00 | D |
| 10/24/17 | Review information about Grid Note, adv. proc. etc. in prep. for conf. call with atty Warden. | 0.75 | $400.000 | $300.00 | A |
| 10/24/17 | Tel. call to atty Oliner to discuss upcoming call with atty Warden to discuss his clients' claims. | 0.50 | $400.000 | $200.00 | A |
| 10/24/17 | Conf. call with attys Oliner and Warden et. al to discuss Letter of Intent. | 0.60 | $400.000 | $240.00 | A |
| 10/24/17 | Tel. call to Joe Ciatti at Zepponi & Co. re possible sale of assets, lowest commission they would accept etc.. | 0.40 | $400.000 | $160.00 | D |
| 10/24/17 | Conf. call with attys Oliner and Warden to discuss secured creditors' credit bid and procedural issues. | 0.75 | $400.000 | $300.00 | D |
| 10/24/17 | Tel. call to atty Mackie re possibility that winery etc. will be sold. | 0.20 | $400.000 | $80.00 | D |
| 10/24/17 | Tel. call to atty Oliner re need to pin secured creditor to a firm discounted number. No subordination. | 0.10 | $400.000 | $40.00 | A |
| 10/24/17 | Briefly review binder of documents provided by atty Warden at yesterday's hearing -- partial transcript from divorce, prior Dec. of Ross Sullivan etc.. | 0.75 | $400.000 | $300.00 | A |
| 10/25/17 | Email from atty Oliner re fees. Reply to same. | 0.10 | $400.000 | $40.00 | A |
| 10/25/17 | Tel. call to atty Oliner to discuss cash collateral issues. | 0.20 | $400.000 | $80.00 | C |
| 10/25/17 | Email from Tom Eddy re his invoice and status of case. Reply to same re likelihood winery will be sold. | 0.10 | $400.000 | $40.00 | A |
| 10/25/17 | Tel. call to Ross Sullivan to discuss operations, cash collateral and related issues. | 0.75 | $400.000 | $300.00 | B |
| 10/25/17 | Follow up email from Tom Eddy re potential sale of winery and assets, questions. Reply to same re procedures and related issues. | 0.25 | $400.000 | $100.00 | D |

## Timesheet Report
### Trustee: Timothy W. Hoffman (007815)
### Period: 01/01/00 - 12/31/17

| | | | |
|---|---|---|---|
| Case Number: | 17-10065 | Case Name: | Sullivan Vineyards Corp. |
| Case Type: | Assets | Judge: | Roger L. Efremsky |
| Petition Date: | 08/28/17 | 341a Meeting: | |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| 10/25/17 | Conf. call with attys Oliner and MacConaghy re new Plan of Reorganization. | 0.30 | $400.000 | $120.00 | A |
| 10/25/17 | Follow up tel. call from atty Oliner re same. | 0.20 | $400.000 | $80.00 | A |
| 10/25/17 | Tel. call from Tom Eddy. He thinks he might have a buyer for the winery. Discuss bankruptcy issues and procedures. | 0.50 | $400.000 | $200.00 | D |
| 10/25/17 | Email from atty Oliner forwarding email from atty Niesar re adv. proc. seeking equitable subordination. Review atty Oliner's proposed response. Tel. call from atty Oliner re same. Follow up email to Oliner. | 0.40 | $400.000 | $160.00 | A |
| 10/25/17 | Tel. call to accountant to discuss info needed for prospective buyers. | 0.25 | $400.000 | $100.00 | D |
| 10/25/17 | Review email exchange between attys Oliner and Niesar re equitable subordination. | 0.10 | $400.000 | $40.00 | A |
| 10/25/17 | Follow up tel. call from Ross Sullivan re cash collateral, new Plan of Reorg. and my efforts to find a buyer for the business etc. | 0.40 | $400.000 | $160.00 | C |
| 10/26/17 | Long email to atty Oliner with various thoughts about the case. | 0.30 | $400.000 | $120.00 | A |
| 10/26/17 | Follow up tel. call to Perry Deluca re winery sale and related issues. He will let his clients know. | 0.30 | $400.000 | $120.00 | D |
| 10/26/17 | Conf. call with atty Oliner and potential buyer of winery. Discuss status and procedure. | 0.25 | $400.000 | $100.00 | D |
| 10/26/17 | Email to atty Oliner re conf. call with atty MacConaghy. Tel. call from same. Email to atty MacConaghy re call. Review his reply. | 0.20 | $400.000 | $80.00 | A |
| 10/26/17 | Email from Perry Deluca re possible buyer for winery and related assets. Email to him with relevant documents about assets etc.. | 0.40 | $400.000 | $160.00 | D |
| 10/26/17 | Conf. call with attys Oliner and MacConaghy to discuss sale process and need for access to real property. Questions re assets etc.. | 0.40 | $400.000 | $160.00 | D |
| 10/27/17 | Emails with Sean Maher to set up call re sale of winery. | 0.10 | $400.000 | $40.00 | D |
| 10/27/17 | Tel. call from Sean Maher and Rodney Clark re | 0.80 | $400.000 | $320.00 | D |

# Timesheet Report
### Trustee: Timothy W. Hoffman (007815)
### Period: 01/01/00 - 12/31/17

| Case Number: | 17-10065 | Case Name: | Sullivan Vineyards Corp. |
|---|---|---|---|
| Case Type: | Assets | Judge: | Roger L. Efremsky |
| Petition Date: | 08/28/17 | 341a Meeting: | |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| | buyer for winery and related assets. Discuss procedure etc.. Follow up email to same with Schedules and MORs. | | | | |
| 10/27/17 | Tel. call from Ross Sullivan to discuss possible sale of the winery. | 0.50 | $400.000 | $200.00 | D |
| 10/27/17 | Tel. call to atty Oliner re possibility of getting an offer over the weekend. | 0.25 | $400.000 | $100.00 | D |
| 10/27/17 | Email from atty Warden with rough income st. for month to date and his view case should be converted. Reply to same re progress made on finding a buyer. | 0.20 | $400.000 | $80.00 | B |
| 10/27/17 | Follow up email from atty Warden re sale of vineyard. Reply to same. | 0.10 | $400.000 | $40.00 | D |
| 10/28/17 | Email from atty Oliner re offer to be submitted. Reply to same re source. Review his reply. | 0.10 | $400.000 | $40.00 | D |
| 10/28/17 | Review email from Sean Maher with cover letter and Letter of Intent. Send copy to atty Oliner and accountant with comments. | 1.00 | $400.000 | $400.00 | D |
| 10/28/17 | Email from accountant re LOI. Reply to same. | 0.10 | $400.000 | $40.00 | D |
| 10/28/17 | Email from atty MacConaghy. His clients now recognize the need for selling the winery. | 0.10 | $400.000 | $40.00 | D |
| 10/29/17 | Email from Sean Maher re LOI and confidentiality provision. Reply to same. | 0.10 | $400.000 | $40.00 | D |
| 10/29/17 | Email from atty Warden with Month-to-date Profit and Loss with annotations from Doug Thaxton. Email to same. Forward to accountant with questions. | 0.40 | $400.000 | $160.00 | B |
| 10/29/17 | Email from Sean Maher re LOI and confidentiality provision. | 0.10 | $400.000 | $40.00 | D |
| 10/29/17 | Review Secured Creditors Comments To Disclosure Statement and Latest Reorg. Plan. | 0.50 | $400.000 | $200.00 | A |
| 10/30/17 | Email from Sean Maher re confidentiality and info that he will consent to share with secured creditor. Reply to same. | 0.20 | $400.000 | $80.00 | D |
| 10/30/17 | Review email from atty Oliner with long email from atty for buyer explaining requirements attached | 0.20 | $400.000 | $80.00 | D |

## Timesheet Report
### Trustee: Timothy W. Hoffman (007815)
### Period: 01/01/00 - 12/31/17

| Case Number: | 17-10065 | Case Name: | Sullivan Vineyards Corp. |
|---|---|---|---|
| Case Type: | Assets | Judge: | Roger L. Efremsky |
| Petition Date: | 08/28/17 | 341a Meeting: | |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| | Letter of Intent. | | | | |
| 10/30/17 | Return tel. call to atty Oliner to discuss LOI for winery assets. Conf. in atty Warden to discuss general outline of offer and set up meeting today before court. Follow up tel. call with atty Oliner. | 0.40 | $400.000 | $160.00 | D |
| 10/30/17 | Email to Sean Maher re meeting today before Status Conf. | 0.10 | $400.000 | $40.00 | D |
| 10/30/17 | Review accountant's email re secured creditors P & L for partial month and timing of collections. Reply to same. | 0.20 | $400.000 | $80.00 | B |
| 10/30/17 | Go to Court for Status Conference. Conf. with atty Oliner and buyers reps. Conf. with atty Warden. Follow up conf. with Debtors' counsel re sale. | 3.00 | $400.000 | $1,200.00 | A |
| 10/30/17 | Follow up tel. call from atty Oliner re today's hearing and procedure moving forward. | 0.10 | $400.000 | $40.00 | A |
| 10/31/17 | Email from atty Warden with Prelim. Title Report from March 2016. Reply to same. | 0.35 | $400.000 | $140.00 | D |
| 10/31/17 | Email from atty Warden with Phase One Questionaire. Briefly review document. | 0.25 | $400.000 | $100.00 | D |
| 10/31/17 | Emails between atty Oliner and atty for buyer re revised LOI and draft of Purch. Agr. | 0.10 | $400.000 | $40.00 | D |
| 10/31/17 | Email from new buyer re status. Reply to same. | 0.20 | $400.000 | $80.00 | D |
| 10/31/17 | Email from Paul Shakeshaft re procedure for making an offer. Reply to same. | 0.20 | $400.000 | $80.00 | D |
| 10/31/17 | Emails re choice of title co. | 0.10 | $400.000 | $40.00 | D |
| 10/31/17 | Long email from atty Niesar to atty for buyer asserting his role in the sale process. Email from atty Oliner with his draft response. Reply to same. | 0.30 | $400.000 | $120.00 | D |
| 10/31/17 | Emails between atty Oliner and atty for buyer re status of docs. timing etc. | 0.10 | $400.000 | $40.00 | D |
| 10/31/17 | Email from atty MacConaghy re responsibility for negotiating Purchase Agr. | 0.10 | $400.000 | $40.00 | D |
| 11/01/17 | Emails between atty Niesar and Oliner re who is taking the lead on sale negotiations. | 0.20 | $400.000 | $80.00 | D |
| 11/01/17 | Emails between attys Oliner and Warden re | 0.20 | $400.000 | $80.00 | D |