# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: SULLIVAN VINEYARDS CORPORATION

SULLIVAN VINEYARDS PARTNERSHIP

__SEE ATTACHED DISCLOSURE STATEMENT__

Case No. _____17-10065_____
JOINT ADMINISTRATION

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)  -  SVC**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** __1/31/2018__          **PETITION DATE:** __2/1/2017__

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ☐ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).

   Dollars reported in ___$1___

|  |  | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** |  |  |  |
|  | a. Current Assets | $132,151 | $7,161,735 |  |
|  | b. Total Assets | $134,910 | $13,591,002 | $12,744,951 |
|  | c. Current Liabilities | $1,328,475 | $1,277,383 |  |
|  | d. Total Liabilities | $3,651,041 | $13,747,263 | $16,989,150 |

|  |  | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** |  |  |  |
|  | a. Total Receipts | $74,584 | $83,850 | $2,385,255 |
|  | b. Total Disbursements | $97,431 | $141,795 | $2,384,881 |
|  | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($22,847) | ($57,945) | $374 |
|  | d. Cash Balance Beginning of Month | $38,550 | $96,495 | $15,328 |
|  | e. Cash Balance End of Month (c + d) | $15,702 | $38,550 | $15,702 |

|  |  | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | ($108,447) | ($132,731) | ($764,909) |
| 5. | **Account Receivables (Pre and Post Petition)** | $113,607 | $141,992 |  |
| 6. | **Post-Petition Liabilities** | $1,328,475 | $1,277,383 |  |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 |  |

**At the end of this reporting month:**

|  |  | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) |  | X |
| 9. | Have any payments been made to professionals?  (if yes, attach listing including date of payment, amount of payment and name of payee) |  | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? |  | N/A |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives?  (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | X |  |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X |  |
| 13. | Are a plan and disclosure statement on file? | X |  |
| 14. | Was there any post-petition borrowing during this reporting period? |  | X |

15. Check if paid: Post-petition taxes __X__ ;     U.S. Trustee Quarterly Fees __X__ ; Check if filing is current for: Post-petition tax reporting and tax returns: __X__ .

   (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct

Date: __2/28/2018 0:00__          /s/ Timothy W. Hoffman
                                   Chapter 11 Trustee

Case: 17-10065   Doc# 290   Filed: 02/28/18   Entered: 02/28/18 09:08:06   Page 1 of 31
SEE ATTACHED DISCLOSURE STATEMENT
Revised 1/1/98

# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended _____ 01/31/18 _____

| | Current Month | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | | | |
| | | | | **Revenues:** | | |
| $6,677 | $10,000 | ($3,323) | 1 | Gross Sales | $2,271,139 | - |
| | | $0 | 2 | less: Sales Returns & Allowances | | |
| $6,677 | $10,000 | ($3,323) | 3 | Net Sales | $2,271,139 | - |
| $1,004 | $3,000 | $1,996 | 4 | less: Cost of Goods Sold (Schedule 'B') | $789,866 | - |
| $5,672 | $7,000 | ($1,328) | 5 | Gross Profit | $1,481,274 | - |
| | | $0 | 6 | Interest | | |
| | | $0 | 7 | Other Income: | | |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| $5,672 | $7,000 | ($1,328) | 10 | **Total Revenues** | $1,481,274 | - |
| | | | | **Expenses:** | | |
| $10,779 | $6,000 | ($4,779) | 11 | Compensation to Owner(s)/Officer(s) | $175,633 | - |
| $20,481 | $26,000 | $5,519 | 12 | Salaries | $404,022 | - |
| $2,924 | $1,500 | ($1,424) | 13 | Commissions | $5,214 | - |
| $5,435 | $8,025 | $2,590 | 14 | Contract Labor | $74,338 | - |
| | | | | Rent/Lease: | | |
| $0 | $0 | $0 | 15 | Personal Property | $300,000 | |
| | | $0 | 16 | Real Property | | |
| $12,543 | $15,000 | $2,457 | 17 | Insurance | $167,898 | - |
| | | $0 | 18 | Management Fees | | |
| $13,063 | $13,063 | ($0) | 19 | Depreciation | $156,824 | - |
| | | | | Taxes: | | |
| $6,158 | $4,000 | ($2,158) | 20 | Employer Payroll Taxes | $53,122 | - |
| $0 | $0 | $0 | 21 | Real Property Taxes | | |
| $461 | | ($461) | 22 | Other Taxes | $11,716 | - |
| $5,776 | $17,300 | $11,524 | 23 | Other Selling | $322,805 | - |
| $4,723 | $9,200 | $4,478 | 24 | Other Administrative | $128,165 | - |
| $52 | $0 | ($52) | 25 | Interest | $390,950 | - |
| | | $0 | 26 | Other Expenses: | | |
| $3,524 | $3,524 | ($0) | 27 | Amortization | $42,291 | - |
| $1,010 | $4,000 | $2,991 | 28 | Production Expenses | $810,596 | - |
| ($35,365) | ($39,536) | ($4,171) | 29 | Allocation of Production overhead costs | ($1,429,316) | - |
| ($438) | ($2,500) | ($2,062) | 30 | Allocation of Facility Expenses to SVP | ($24,785) | - |
| | | $0 | 31 | | | |
| | | $0 | 32 | | | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $51,128 | $65,576 | $14,448 | 35 | **Total Expenses** | $1,589,472 | - |
| ($45,455) | ($58,576) | $13,121 | 36 | **Subtotal** | ($108,199) | - |
| | | | | **Reorganization Items:** | | |
| $58,117 | $75,000 | $16,883 | 37 | Professional Fees | $636,560 | 40,000.00 |
| $0 | $0 | $0 | 38 | Chapter 11 Trustee Bond | $1,975 | - |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| $4,875 | $4,875 | $0 | 41 | U.S. Trustee Quarterly Fees | $16,575 | - |
| | | $0 | 42 | | | |
| $62,992 | $79,875 | $16,883 | 43 | **Total Reorganization Items** | $655,110 | 40,000.00 |
| ($108,447) | ($138,451) | $30,004 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($763,309) | (40,000.00) |
| $0 | $0 | $0 | 45 | Federal & State Income Taxes | $1,600 | - |
| ($108,447) | ($138,451) | $30,004 | 46 | **Net Profit (Loss)** | ($764,909) | (40,000.00) |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

SEE ATTACHED DISCLOSURE STATEMENT

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
### For the Month Ended _____01/31/18_____

**Assets**

|  |  | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $15,702 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $113,607 |
| 4 | Inventory | B | |
| 5 | Prepaid expenses | | $2,842 |
| 6 | Professional retainers | | $0 |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $132,151 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | |
| 11 | Machinery and equipment | D | |
| 12 | Furniture and fixtures | D | |
| 13 | Office equipment | D | |
| 14 | Leasehold improvements | D | |
| 15 | Vehicles | D | |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $0 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | Post-Petition amount Due from SVP | | $2,760 |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $2,760 |
| 29 | **Total Assets** | | $134,910 |

**NOTE:**

SEE ATTACHED DISCLOSURE STATEMENT

Revised 1/1/98

# Liabilities and Equity
## (General Business Case)

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| | | | | |
|---|---|---|---|---:|
| 30 | Salaries and wages | | | $3,680 |
| 31 | Payroll taxes | | | $483 |
| 32 | Real and personal property taxes | | | |
| 33 | Income taxes | | | |
| 34 | Sales taxes | | | $305 |
| 35 | Notes payable (short term) | | | |
| 36 | Accounts payable (trade) | A | | $189,744 |
| 37 | Real property lease arrearage | | | |
| 38 | Personal property lease arrearage | | | |
| 39 | Accrued professional fees | | | $626,997 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | |
| 41 | Other: Gift Certificates | | | $665 |
| | Due to SVP for Grape Purchase | | | $506,600 |
| 44 | **Total Current Liabilities** | | | $1,328,475 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | |
| 46 | **Total Post-Petition Liabilities** | | | $1,328,475 |

        **Pre-Petition Liabilities (allowed amount)**

| | | | | |
|---|---|---|---|---:|
| 47 | Secured claims | F | | |
| 48 | Priority unsecured claims | F | | $5,108 |
| 49 | General unsecured claims | F | | $2,317,458 |
| 50 | **Total Pre-Petition Liabilities** | | | $2,322,566 |
| 51 | **Total Liabilities** | | | $3,651,041 |

**Equity (Deficit)**

| | | | |
|---|---|---|---:|
| 52 | Retained Earnings/(Deficit) at time of filing | | ($1,594,148) |
| 53 | Capital Stock | | $350,000 |
| 54 | Additional paid-in capital | | $209,695 |
| 55 | Cumulative profit/(loss) since filing of case | | ($764,909) |
| 56 | Post-petition contributions/(distributions) or (draws) | | |
| 57 | | | |
| 58 | Market value adjustment | | ($1,716,768) |
| 59 | **Total Equity (Deficit)** | | ($3,516,131) |
| 60 | **Total Liabilities and Equity (Deficit)** | | $134,910 |

SEE ATTACHED DISCLOSURE STATEMENT

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
## (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | 9,347 | 64,075 | |
| 31-60 Days | 71,824 | 63,223 | |
| 61-90 Days | 23,568 | 3,584 | |
| 91+ Days | 8,868 | 58,862 | - |
| Total accounts receivable/payable | 113,607 | 189,744 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | 113,607 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | **Inventory Beginning of Month** | 6,978,778 |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | |
| Product for resale | | Direct labor | |
| | | Manufacturing overhead | 35,365 |
| Distribution - | | Freight in | |
| Products for resale | | Other: | |
| | | | |
| Manufacturer - | | Inventory sold-per balance sheet | (7,013,139) |
| Raw Materials | | | |
| Work-in-progress | | Less - | |
| Finished goods | | Inventory End of Month | - |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| | | Cost of Goods Sold | 1,004 |
| TOTAL | | | |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?

Yes __X__ No _____

How often do you take a complete physical inventory?

| | |
|---|---|
| Weekly | _____ |
| Monthly | __X__ |
| Quarterly | _____ |
| Semi-annually | _____ |
| Annually | _____ |

Date of last physical inventory was     01/10/18

Date of next physical inventory is     n/a

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -

| | |
|---|---|
| FIFO cost | __X__ |
| LIFO cost | _____ |
| Lower of cost or market | _____ |
| Retail method | _____ |
| Other | _____ |
| Explain | |

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - |  |  |
|  |  |  |
|  |  |  |
| Total |  |  |
| Furniture & Fixtures - |  |  |
|  |  |  |
|  |  |  |
| Total |  |  |
| Office Equipment - |  |  |
|  |  |  |
| Total |  |  |
| Leasehold Improvements - |  |  |
|  |  |  |
|  |  |  |
| Total |  |  |
| Vehicles - |  |  |
|  |  |  |
|  |  |  |
| Total |  |  |

Revised 1/1/98

<div align="center">

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

</div>

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | 317 | | | | $317 |
| FICA - Employee | 282 | | | | $282 |
| FICA - Employer | 282 | | | | $282 |
| Unemployment (FUTA) | 18 | | | | $18 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | 898 | $0 | $0 | $0 | $898 |
| **State and Local** | | | | | |
| Income Tax Withholding | 96 | | | | $96 |
| Unemployment (UT) | 184 | | | | $184 |
| Disability Insurance (DI) | 37 | | | | $37 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | 305 | | | | $305 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | 622 | $0 | $0 | $0 | $622 |
| **Total Taxes** | 1,520 | $0 | $0 | $0 | $1,520 |

<div align="center">

**Schedule F**
**Pre-Petition Liabilities**

</div>

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | | |
| Priority claims other than taxes | $5,108 | $5,108 |
| Priority tax claims | | |
| General unsecured claims | $2,317,458 | $2,317,458 |

(a)   List total amount of claims even it under secured.

(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

<div align="center">

**Schedule G**
**Rental Income Information**
**Not applicable to General Business Cases**

**Schedule H**
**Recapitulation of Funds Held at End of Month**

</div>

| | Account 1 | Account 2 | Account 3 | Account 4 | Account 5 | Account 6 |
|---|---|---|---|---|---|---|
| Bank | Umpqua Bank | Umpqua Bank | Petty Cash | Cash-Register | Mechanics Bank | Mechanics Bank |
| Account Type | Checking Account | Money Market | n/a | n/a | Auth. Depository | Payroll Account |
| Account No. | x0899 | x2858 | n/a | n/a | x6538 | x6553 |
| Account Purpose | | | Petty Cash | Cash-Register | Checking Acct | Payroll Account |
| Balance, End of Month | - | - | 21 | 200 | 10,827 | 4,654 |
| Total Funds on Hand for all Accounts | 15,702 | | | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

SEE ATTACHED DISCLOSURE STATEMENT

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
**For the Month Ended** 01/31/18

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Post-Petition Sales | 50,279 | 2,258,628 |
| 2A | Cash Received from Pre-Petition Sales | - | 32,557 |
| 3 | Interest Received | - | 0 |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Replacement of pre-petition grape payment received from K.Sullivan (2/16/17) | - | 10,000 |
| 8 | Sales Taxes Received | 305 | 45,070 |
| 9 | Transfer from SVP | 24,000 | 39,000 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | 74,584 | 2,385,255 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | | |
| 14 | Selling | 11,663 | 307,805 |
| 15 | Administrative | 15,689 | 387,284 |
| 16 | Capital Expenditures | | |
| 17 | Principal Payments on Debt | | |
| 18 | Interest Paid | - | 390,145 |
| | Rent/Lease: | | |
| 19 | Personal Property | | |
| 20 | Real Property | - | 270,000 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries (less withholding) | 10,674 | 122,321 |
| 22 | Draws | | |
| 23 | Commissions/Royalties | | |
| 24 | Expense Reimbursements | | |
| 25 | Other | | |
| 26 | Salaries/Commissions (less employee withholding) | 25,525 | 294,624 |
| 27 | Management Fees | | |
| | Taxes: | | |
| 28 | Employee Withholding | 11,665 | 151,591 |
| 29 | Employer Payroll Taxes | 8,650 | 52,639 |
| 30 | Real Property Taxes | | |
| 31 | Other Taxes - | - | 36,874 |
| 32 | Other Taxes - Sales Taxes | 8,568 | 35,625 |
| 33 | Other Cash Outflows: | | |
| 34 | Production expenses | 121 | 180,544 |
| 35 | Grape Purchases | - | 62,075 |
| 36 | Barrels | - | 79,280 |
| 37 | US Trustee Fees & Bond | 4,875 | 14,075 |
| 38 | | | |
| 39 | **Total Cash Disbursements:** | 97,431 | 2,384,881 |
| 40 | **Net Increase (Decrease) in Cash** | (22,847) | 374 |
| 41 | **Cash Balance, Beginning of Period** | 38,550 | 15,328 |
| 42 | **Cash Balance, End of Period** | 15,702 | 15,702 |

SEE ATTACHED DISCLOSURE STATEMENT

Revised 1/1/98

**Sullivan Vineyards Corporation**
**Case 17-10065**
**Explanation of Variance to Statement of Operations - 1/31/2018**

**RE:** For variances greater than +/- 10%, list explanation of variance to Statement of Operations

| Line # | Category | +/- Variance | Explanation |
|--------|----------|--------------|-------------|
| 1 | Gross Sales | $ (3,323) | Gross Sales were $3,323.41 less than forecasted for the month of January. |
| 4 | Cost of Goods Sold | $ 1,996 | Cost of Goods Sold was less than forecasted based on the decrease in sales for January. |
| 11 | Compensation to Owner(s) | $ (4,779) | Salaries were $4,779 more than forecasted due to payroll expenses extending past 1/3/18. |
| 12 | Salaries | $ 5,519 | Salaries were $5,519 less than forecasted due the transfer of employees to new entity. |
| 13 | Commissions | $ (1,424) | Commissions was $1,424 more than forecasted due to settling of sales with with broker. |
| 14 | Contract Labor | $ 2,590 | Contract Labor was $2,590 less than forecasted due to less services being rendered. |
| 17 | Insurance | $ 2,457 | Insurance was $2,457 less than forecasted due to timing of when prior month payments were made. |
| 20 | Employer Payroll Taxes | $ (2,158) | Employer payroll taxes was $2,158 more than forecasted due increase in wages forecasted for January. |
| 22 | Other Taxes | $ (461) | Other Taxes was $461 more than forecasted due to timing of expenses being incurred. |
| 23 | Other Selling | $ 11,524 | Other Selling expenses was $11,524 less than forecasted due to timing of expenses being incurred. |
| 24 | Other Admin | $ 4,478 | Other Selling expenses was $4,478 less than forecasted due to timing of expenses being incurred. |
| 25 | Interest Expense | $ (52) | Interest expenses incurred were $52 more than forecasted. |
| 28 | Production Expenses | $ 2,991 | Production Expenses were $2,991 less than forecasted due to the timing of expenses actually being incurred. |
| 29 | Allocation of Production Overhead costs | $ (4,171) | Allocation of Production Overhead Expenses were $4,171 less than forecasted due less production expenses incurred in January. |
| 30 | Allocation of Faciltiy Expenses to SVP | $ (2,062) | Allocation of facility expenses was $2,062 less than forecasted for January due to timing of expenses incurred. |
| 37 | Professional Fees | $ 16,883 | Professional fees were less than forecasted due to the administrative requirements of the case during January |

SEE ATTACHED DISCLOSURE STATEMENT

**Sullivan Vineyards Corporation**
**Case 17-10065**
**Listing of payments made to officers, insiders, shareholders.**
**For the month of January 2018**

**RE:** Have any payments been made to officers, insiders, shareholders, relatives

| | Date of payment | Amount | | Name | Notes: |
|---|---|---|---|---|---|
| Direct Deposit | 1/5/2018 | $ | 5,000.00 | Ross Sullivan | Authorized gross wages paid through bi-monthly payroll |
| Direct Deposit | 1/19/2018 | $ | 3,000.00 | Ross Sullivan | Authorized gross wages paid through bi-monthly payroll |
| | | $ | 8,000.00 | | |
| Direct Deposit | 1/5/2018 | $ | 1,458.33 | Kelleen Sullivan | Authorized gross wages paid through bi-monthly payroll |
| Direct Deposit | 1/19/2018 | $ | 1,458.33 | Kelleen Sullivan | Authorized gross wages paid through bi-monthly payroll |
| | | $ | 2,916.66 | | |
| Direct Deposit | 1/5/2018 | $ | 1,455.75 | Sean Sullivan | Authorized gross wages paid through bi-monthly payroll |
| Direct Deposit | 1/19/2018 | $ | 2,640.38 | Sean Sullivan | Authorized gross wages paid through bi-monthly payroll |
| | | $ | 4,096.13 | | |

Mechanics Bank
P.O. Box 5610
Hercules, CA 94547-5610

## Statement Ending 01/31/2018

RETURN SERVICE REQUESTED

SULLIVAN VINEYARDS CORPORATION
DEBTOR IN POSSESSION
CASE#17-10065
PO BOX G
RUTHERFORD CA 94573-0907

### Managing Your Accounts

| | |
|---|---|
| 24-Hour Tele Banking | 888.400.6324 |
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX6538 | $24,659.14 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX6538

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **12/30/2017** | **Beginning Balance** | **$53,559.07** |
| | 21 Credit(s) This Period | $50,583.62 |
| | 47 Debit(s) This Period | $79,483.55 |
| **01/31/2018** | **Ending Balance** | **$24,659.14** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 01/05/2018 | DEPOSIT | $6,317.00 |
| 01/10/2018 | DEPOSIT | $7,986.00 |
| 01/17/2018 | DEPOSIT | $5,342.58 |
| 01/22/2018 | DEPOSIT | $12,240.00 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 01/02/2018 | BANKCARD MTOT DEP 422369914000145 | $1,024.40 |
| 01/02/2018 | BANKCARD MTOT DEP 422369914000145 | $1,922.81 |
| 01/04/2018 | BANKCARD MTOT DEP 422369914000145 | $451.17 |
| 01/05/2018 | BANKCARD MTOT DEP 422369914000145 | $939.25 |
| 01/08/2018 | BANKCARD MTOT DEP 422369914000145 | $739.19 |
| 01/08/2018 | BANKCARD MTOT DEP 422369914000145 | $1,898.55 |
| 01/09/2018 | BANKCARD MTOT DEP 422369914000145 | $229.94 |
| 01/10/2018 | BANKCARD BTOT DEP 422369914000145 | $479.92 |
| 01/11/2018 | BANKCARD BTOT DEP 422369914000145 | $386.50 |
| 01/16/2018 | BANKCARD MTOT DEP 422369914000145 | $1,723.68 |
| 01/16/2018 | BANKCARD MTOT DEP 422369914000145 | $3,037.48 |
| 01/16/2018 | BANKCARD BTOT DEP 422369914000145 | $4,074.48 |
| 01/17/2018 | BANKCARD MTOT DEP 422369914000145 | $431.00 |
| 01/18/2018 | BANKCARD BTOT DEP 422369914000145 | $422.18 |
| 01/19/2018 | BANKCARD MTOT DEP 422369914000145 | $747.49 |
| 01/22/2018 | BANKCARD MTOT DEP 422369914000145 | $140.00 |

EQUAL HOUSING LENDER
Member FDIC

## How to Contact Us

**Client Services:** 1-800-797-6324

**Mailing Address:** P.O. Box 5610

Hercules, CA 94547-5610

**Website:** www.mechanicsbank.com

**Mobile Site:** mechanicsbank.com/m

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

### YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

| CHECKS OUTSTANDING | | | |
|---|---|---|---|
| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

| CHECKBOOK RECONCILIATION | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** Recent deposits (not credited on this statement) |  |
|  | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

◯ Accounted for bank charges?

◯ Verified additions and subtractions in your checkbooks?

◯ Compared cancelled checks to check stubs?

◯ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

EQUAL HOUSING LENDER    MEMBER FDIC

## PREFERRED BUSINESS CHECKING-XXXXXXXX6538 (continued)

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 01/05/2018 | Deposit Correction | $50.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 01/02/2018 | 116063262 Online Transfer to XXXXXX6553 on 1/02/18 at 16:06 | $23,000.00 |
| 01/02/2018 | BANKCARD MTOT DISC 422369914000145 | $2,200.17 |
| 01/02/2018 | FIRST INSURANCE INSURANCE 900-5427224 | $3,574.94 |
| 01/02/2018 | ANTHEM BLUE I01O CORP PYMT FL00045451 | $5,967.76 |
| 01/03/2018 | SUMMIT HOSTING L ACH XXX-XXX-3132 | $132.00 |
| 01/04/2018 | PGANDE WEB ONLINE 87917246010318 | $307.63 |
| 01/04/2018 | PGANDE WEB ONLINE 87917068010318 | $1,227.28 |
| 01/09/2018 | EDI PAYMNT MICROSOFT 6041 TRN* 1* AX000009BJLPA4Z\ | $180.00 |
| 01/09/2018 | EDI PAYMNT MICROSOFT 6041 TRN* 1* AX0000099IU20FX\ | $379.00 |
| 01/10/2018 | SHIPCOMPLIANT 3039962357 | $702.27 |
| 01/11/2018 | FORD CREDIT AUTO PYMT 08778596010918 | $326.16 |
| 01/11/2018 | REPUBLIC INDEMNI 8183821060 1001 | $2,145.55 |
| 01/17/2018 | CHANGE MERCHANT ACH 818-346-9888 | $25.00 |
| 01/18/2018 | 111012573 Online Transfer to XXXXXX6553 on 1/18/18 at 15:36 | $4,000.00 |
| 01/30/2018 | 115047876 Online Transfer to XXXXXX6553 on 1/30/18 at 16:09 | $8,000.00 |
| 01/31/2018 | BOE E-FILE BOARDEQUALIZATIO ELF* 00032533134* 0000000856800* 00073078080* 20180130/ | $8,568.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2230 | 01/03/2018 | $1,542.40 | 2254* | 01/03/2018 | $195.00 | 2274 | 01/05/2018 | $2,422.00 |
| 2231 | 01/03/2018 | $214.00 | 2257* | 01/02/2018 | $262.08 | 2275 | 01/03/2018 | $385.00 |
| 2233* | 01/24/2018 | $666.96 | 2260* | 01/17/2018 | $17.92 | 2276 | 01/04/2018 | $768.62 |
| 2234 | 01/03/2018 | $342.85 | 2265* | 01/05/2018 | $550.00 | 2277 | 01/03/2018 | $360.00 |
| 2239* | 01/12/2018 | $91.95 | 2267* | 01/05/2018 | $170.67 | 2278 | 01/05/2018 | $383.43 |
| 2240 | 01/16/2018 | $121.80 | 2268 | 01/03/2018 | $191.49 | 2279 | 01/08/2018 | $308.27 |
| 2242* | 01/18/2018 | $881.97 | 2269 | 01/03/2018 | $165.00 | 2280 | 01/11/2018 | $103.40 |
| 2243 | 01/12/2018 | $25.11 | 2270 | 01/08/2018 | $34.47 | 2281 | 01/12/2018 | $17.83 |
| 2246* | 01/08/2018 | $69.75 | 2271 | 01/03/2018 | $718.59 | 2284* | 01/22/2018 | $6,680.00 |
| 2247 | 01/08/2018 | $277.72 | 2272 | 01/09/2018 | $510.00 | | | |
| 2248 | 01/02/2018 | $29.51 | 2273 | 01/03/2018 | $240.00 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01/02/2018 | $21,471.82 | 01/10/2018 | $27,785.40 | 01/19/2018 | $36,194.10 |
| 01/03/2018 | $16,985.49 | 01/11/2018 | $25,596.79 | 01/22/2018 | $41,894.10 |
| 01/04/2018 | $15,133.13 | 01/12/2018 | $25,461.90 | 01/24/2018 | $41,227.14 |
| 01/05/2018 | $18,913.28 | 01/16/2018 | $34,175.74 | 01/30/2018 | $33,227.14 |
| 01/08/2018 | $20,860.81 | 01/17/2018 | $39,906.40 | 01/31/2018 | $24,659.14 |
| 01/09/2018 | $20,021.75 | 01/18/2018 | $35,446.61 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 | $0.00 |



**#2230**     01/03/18     $1,542.40

**#2231**     01/03/18     $214.00

**#2233**     01/24/18     $666.96

**#2234**     01/03/18     $342.85

**#2239**     01/12/18     $91.95

**#2240**     01/16/18     $121.80

**#2242**     01/18/18     $881.97

**#2243**     01/12/18     $25.11

**#2246**     01/08/18     $69.75

**#2247**     01/08/18     $277.72

Case: 17-10065     Doc# 290     Filed: 02/28/18     Entered: 02/28/18 09:08:06     Page 14 of 31



| Check # | Date | Amount |
|---|---|---|
| #2248 | 01/02/18 | $29.51 |
| #2254 | 01/03/18 | $195.00 |
| #2257 | 01/02/18 | $262.08 |
| #2260 | 01/17/18 | $17.92 |
| #2265 | 01/05/18 | $550.00 |
| #2267 | 01/05/18 | $170.67 |
| #2268 | 01/03/18 | $191.49 |
| #2269 | 01/03/18 | $165.00 |
| #2270 | 01/08/18 | $34.47 |
| #2271 | 01/03/18 | $718.59 |



| #2272 | 01/09/18 | $510.00 | | #2273 | 01/03/18 | $240.00 |
|---|---|---|---|---|---|---|
| #2274 | 01/05/18 | $2,422.00 | | #2275 | 01/03/18 | $385.00 |
| #2276 | 01/04/18 | $768.62 | | #2277 | 01/03/18 | $360.00 |
| #2278 | 01/05/18 | $383.43 | | #2279 | 01/08/18 | $308.27 |
| #2280 | 01/11/18 | $103.40 | | #2281 | 01/12/18 | $17.83 |







Sullivan Vineyards Corporation
debtor in possession Case#17-10065
P.O. Box D
Rutherford, CA 94573
707 963 9643

1/16/2018

PAY TO THE
ORDER OF    Holtzclaw Compliance Services

$ **6,680.00

Six Thousand Six Hundred Eighty and 00/100*********************************************** DOLLARS

Holtzclaw Compliance Services
PO Box 26
Hughson, CA 95326

MEMO

#2284               01/22/18             $6,680.00


THIS PAGE LEFT INTENTIONALLY BLANK

# Sullivan Vineyards Corporation
## Reconciliation Summary
Mechanics Bank (6538), Period Ending 01/31/2018

|  | Jan 31, 18 |
|---|---|
| Beginning Balance | 53,559.07 |
| Cleared Transactions |  |
| Checks and Payments - 47 items | -79,483.55 |
| Deposits and Credits - 21 items | 50,583.62 |
| Total Cleared Transactions | -28,899.93 |
| Cleared Balance | 24,659.14 |
| Uncleared Transactions |  |
| Checks and Payments - 9 items | -20,005.11 |
| Total Uncleared Transactions | -20,005.11 |
| Register Balance as of 01/31/2018 | 4,654.03 |
| New Transactions |  |
| Checks and Payments - 11 items | -10,214.50 |
| Deposits and Credits - 4 items | 5,800.72 |
| Total New Transactions | -4,413.78 |
| Ending Balance | 240.25 |

Case: 17-10065    Doc# 290    Filed: 02/28/18    Entered: 02/28/18 09:08:06    Page 19 of
31

# Sullivan Vineyards Corporation
## Reconciliation Detail
Mechanics Bank (6538), Period Ending 01/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | 53,559.07 |
| Cleared Transactions | | | | | | |
| Checks and Payments - 47 items | | | | | | |
| Bill Pmt -Check | 12/15/2017 | 2230 | Lewis Mechanical ... | X | -1,542.40 | -1,542.40 |
| Bill Pmt -Check | 12/19/2017 | 2242 | Food and Agricult... | X | -881.97 | -2,424.37 |
| Bill Pmt -Check | 12/19/2017 | 2233 | ARS Enterprises I... | X | -666.96 | -3,091.33 |
| Bill Pmt -Check | 12/19/2017 | 2265 | Vinx2 Winery Soft... | X | -550.00 | -3,641.33 |
| Bill Pmt -Check | 12/19/2017 | 2234 | AT&T Mobility | X | -342.85 | -3,984.18 |
| Bill Pmt -Check | 12/19/2017 | 2247 | Kate Tucker | X | -277.72 | -4,261.90 |
| Bill Pmt -Check | 12/19/2017 | 2257 | Safe Harbor Wines | X | -262.08 | -4,523.98 |
| Bill Pmt -Check | 12/19/2017 | 2231 | ADP | X | -214.00 | -4,737.98 |
| Bill Pmt -Check | 12/19/2017 | 2254 | Panevino | X | -195.00 | -4,932.98 |
| Bill Pmt -Check | 12/19/2017 | 2240 | Cole, Jeff | X | -121.80 | -5,054.78 |
| Bill Pmt -Check | 12/19/2017 | 2239 | CellarPass | X | -91.95 | -5,146.73 |
| Bill Pmt -Check | 12/19/2017 | 2246 | Joseph Woolley | X | -69.75 | -5,216.48 |
| Bill Pmt -Check | 12/19/2017 | 2248 | M & M Sanitary | X | -29.51 | -5,245.99 |
| Bill Pmt -Check | 12/19/2017 | 2243 | Franchise Tax Board | X | -25.11 | -5,271.10 |
| Bill Pmt -Check | 12/19/2017 | 2260 | Sullivan, Sean J. | X | -17.92 | -5,289.02 |
| Bill Pmt -Check | 12/27/2017 | 2274 | Penning Landscap... | X | -2,422.00 | -7,711.02 |
| Bill Pmt -Check | 12/27/2017 | 2276 | Stanley Converge... | X | -768.62 | -8,479.64 |
| Bill Pmt -Check | 12/27/2017 | 2271 | Napa Valley Petro... | X | -718.59 | -9,198.23 |
| Bill Pmt -Check | 12/27/2017 | 2272 | Occidental Techni... | X | -510.00 | -9,708.23 |
| Bill Pmt -Check | 12/27/2017 | 2275 | St. Helena Self Sto... | X | -385.00 | -10,093.23 |
| Bill Pmt -Check | 12/27/2017 | 2277 | Valley Internet | X | -360.00 | -10,453.23 |
| Bill Pmt -Check | 12/27/2017 | 2273 | Panevino | X | -240.00 | -10,693.23 |
| Bill Pmt -Check | 12/27/2017 | 2268 | Cartons and Crate... | X | -191.49 | -10,884.72 |
| Bill Pmt -Check | 12/27/2017 | 2267 | Alhambra & Sierr... | X | -170.67 | -11,055.39 |
| Bill Pmt -Check | 12/27/2017 | 2269 | ETS Laboratories | X | -165.00 | -11,220.39 |
| Bill Pmt -Check | 12/27/2017 | 2270 | Joseph Woolley | X | -34.47 | -11,254.86 |
| Bill Pmt -Check | 12/29/2017 | ACH | Anthem Blue Cross | X | -5,967.76 | -17,222.62 |
| Bill Pmt -Check | 12/29/2017 | ACH | First Insurance Fu... | X | -3,574.94 | -20,797.56 |
| Bill Pmt -Check | 12/29/2017 | 2278 | CoPower | X | -383.43 | -21,180.99 |
| Bill Pmt -Check | 12/29/2017 | 2279 | Vision Service Plan | X | -308.27 | -21,489.26 |
| Transfer | 01/02/2018 | | | X | -23,000.00 | -44,489.26 |
| Check | 01/02/2018 | | BankCard- iPaym... | X | -2,200.17 | -46,689.43 |
| Bill Pmt -Check | 01/03/2018 | ACH | PG&E 3321230953-9 | X | -1,227.28 | -47,916.71 |
| Bill Pmt -Check | 01/03/2018 | ACH | PG&E 4827633576-6 | X | -307.63 | -48,224.34 |

Case: 17-10065    Doc# 290    Filed: 02/28/18    Entered: 02/28/18 09:08:06    Page 20 of 31

# Sullivan Vineyards Corporation
## Reconciliation Detail
Mechanics Bank (6538), Period Ending 01/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Bill Pmt -Check | 01/03/2018 | ACH | Summit Hosting L... | X | -132.00 | -48,356.34 |
| Check | 01/09/2018 | | Microsoft Online | X | -379.00 | -48,735.34 |
| Check | 01/09/2018 | | Microsoft Online | X | -180.00 | -48,915.34 |
| Bill Pmt -Check | 01/10/2018 | ACH | Republic Indemnit... | X | -2,145.55 | -51,060.89 |
| Bill Pmt -Check | 01/10/2018 | EFT | ShipCompliant | X | -702.27 | -51,763.16 |
| Bill Pmt -Check | 01/10/2018 | 2280 | Cole, Jeff | X | -103.40 | -51,866.56 |
| Bill Pmt -Check | 01/10/2018 | 2281 | Adam Locke | X | -17.83 | -51,884.39 |
| Bill Pmt -Check | 01/11/2018 | EFT | Ford Credit | X | -326.16 | -52,210.55 |
| Bill Pmt -Check | 01/16/2018 | 2284 | Holtzclaw Compli... | X | -6,680.00 | -58,890.55 |
| Check | 01/17/2018 | | Mechanics Bank | X | -25.00 | -58,915.55 |
| Transfer | 01/18/2018 | | | X | -4,000.00 | -62,915.55 |
| Transfer | 01/30/2018 | | | X | -8,000.00 | -70,915.55 |
| Check | 01/31/2018 | | State Board of Equ... | X | -8,568.00 | -79,483.55 |
| | | | | | | |
| Total Checks and Payments | | | | | -79,483.55 | -79,483.55 |
| | | | | | | |
| Deposits and Credits - 21 items | | | | | | |
| Deposit | 01/02/2018 | | BankCard- iPaym... | X | 1,024.40 | 1,024.40 |
| Deposit | 01/02/2018 | | BankCard- iPaym... | X | 1,922.81 | 2,947.21 |
| Deposit | 01/04/2018 | | BankCard- iPaym... | X | 451.17 | 3,398.38 |
| Deposit | 01/05/2018 | | BankCard- iPaym... | X | 939.25 | 4,337.63 |
| Deposit | 01/05/2018 | | | X | 6,367.00 | 10,704.63 |
| Deposit | 01/08/2018 | | BankCard- iPaym... | X | 739.19 | 11,443.82 |
| Deposit | 01/08/2018 | | BankCard- iPaym... | X | 1,898.55 | 13,342.37 |
| Deposit | 01/09/2018 | | BankCard- iPaym... | X | 229.94 | 13,572.31 |
| Bill Pmt -Check | 01/10/2018 | 2283 | Autumn Cruzan | X | 0.00 | 13,572.31 |
| Deposit | 01/10/2018 | | BankCard- iPaym... | X | 479.92 | 14,052.23 |
| Deposit | 01/10/2018 | | | X | 7,986.00 | 22,038.23 |
| Deposit | 01/11/2018 | | BankCard- iPaym... | X | 386.50 | 22,424.73 |
| Deposit | 01/16/2018 | | BankCard- iPaym... | X | 1,723.68 | 24,148.41 |
| Deposit | 01/16/2018 | | BankCard- iPaym... | X | 3,037.48 | 27,185.89 |
| Deposit | 01/16/2018 | | BankCard- iPaym... | X | 4,074.48 | 31,260.37 |
| Deposit | 01/17/2018 | | | X | 431.00 | 31,691.37 |
| Deposit | 01/17/2018 | | | X | 5,342.58 | 37,033.95 |
| Deposit | 01/18/2018 | | | X | 422.18 | 37,456.13 |
| Deposit | 01/19/2018 | | | X | 747.49 | 38,203.62 |

Case: 17-10065    Doc# 290    Filed: 02/28/18    Entered: 02/28/18 09:08:06    Page 21 of 31

# Sullivan Vineyards Corporation
## Reconciliation Detail
Mechanics Bank (6538), Period Ending 01/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Deposit | 01/22/2018 | | | X | 140.00 | 38,343.62 |
| Deposit | 01/22/2018 | | | X | 12,240.00 | 50,583.62 |
| | | | | | | |
| Total Deposits and Credits | | | | | 50,583.62 | 50,583.62 |
| | | | | | | |
| Total Cleared Transactions | | | | | -28,899.93 | -28,899.93 |
| | | | | | | |
| Cleared Balance | | | | | -28,899.93 | 24,659.14 |
| Uncleared Transactions | | | | | | |
| Checks and Payments - 9 items | | | | | | |
| Bill Pmt -Check | 11/14/2017 | 2207 | Genny's Vineyard | | -3,101.94 | -3,101.94 |
| Bill Pmt -Check | 12/19/2017 | 2251 | Napa County Agri... | | -258.00 | -3,359.94 |
| Bill Pmt -Check | 01/10/2018 | 2282 | Kate Tucker | * | -6.37 | -3,366.31 |
| Bill Pmt -Check | 01/23/2018 | 2285 | Torrey Wines (AP) | * | -1,350.00 | -4,716.31 |
| Bill Pmt -Check | 01/25/2018 | 2286 | United States Trus... | * | -4,875.00 | -9,591.31 |
| Bill Pmt -Check | 01/31/2018 | ACH | Anthem Blue Cross | * | -5,967.76 | -15,559.07 |
| Bill Pmt -Check | 01/31/2018 | ACH | First Insurance Fu... | * | -3,574.94 | -19,134.01 |
| Bill Pmt -Check | 01/31/2018 | 2287 | CoPower | * | -574.20 | -19,708.21 |
| Bill Pmt -Check | 01/31/2018 | ACH | Republic Indemnit... | * | -296.90 | -20,005.11 |
| | | | | | | |
| Total Checks and Payments | | | | | -20,005.11 | -20,005.11 |
| | | | | | | |
| Total Uncleared Transactions | | | | | -20,005.11 | -20,005.11 |
| | | | | | | |
| Register Balance as of 01/31/2018 | | | | | -48,905.04 | 4,654.03 |
| New Transactions | | | | | | |
| Checks and Payments - 11 items | | | | | | |
| Bill Pmt -Check | 02/01/2018 | ACH | Summit Hosting L... | * | -132.00 | -132.00 |
| Check | 02/02/2018 | EFT | BankCard- iPaym... | * | -520.86 | -652.86 |
| Bill Pmt -Check | 02/08/2018 | 2290 | Autumn Cruzan | | -3,000.00 | -3,652.86 |
| Bill Pmt -Check | 02/08/2018 | 2292 | Sullivan, Ross A. | | -2,521.11 | -6,173.97 |
| Bill Pmt -Check | 02/08/2018 | EFT | PG&E 3321230953-9 | * | -1,091.53 | -7,265.50 |
| Bill Pmt -Check | 02/08/2018 | 2288 | Torrey Wines (AP) | | -764.42 | -8,029.92 |
| Bill Pmt -Check | 02/08/2018 | 2291 | AT&T Mobility | | -646.26 | -8,676.18 |
| Bill Pmt -Check | 02/08/2018 | EFT | Ford Credit | * | -326.16 | -9,002.34 |
| Bill Pmt -Check | 02/08/2018 | EFT | PG&E 4827633576-6 | * | -296.34 | -9,298.68 |

Case: 17-10065    Doc# 290    Filed: 02/28/18    Entered: 02/28/18 09:08:06    Page 22 of 31

# Sullivan Vineyards Corporation
## Reconciliation Detail
Mechanics Bank (6538), Period Ending 01/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Bill Pmt -Check | 02/08/2018 | 2289 | ADP | | -214.00 | -9,512.68 |
| Check | 02/12/2018 | EFT | ShipCompliant | | -701.82 | -10,214.50 |
| | | | Total Checks and Payments | | -10,214.50 | -10,214.50 |
| | | | Deposits and Credits - 4 items | | | |
| Deposit | 02/02/2018 | | | * | 4,080.72 | 4,080.72 |
| Bill Pmt -Check | 02/08/2018 | | Upper Valley Disp... | * | 0.00 | 4,080.72 |
| Deposit | 02/08/2018 | | | * | 720.00 | 4,800.72 |
| Transfer | 02/08/2018 | | | * | 1,000.00 | 5,800.72 |
| | | | Total Deposits and Credits | | 5,800.72 | 5,800.72 |
| | | | Total New Transactions | | -4,413.78 | -4,413.78 |
| Ending Balance | | | | | -53,318.82 | 240.25 |

Case: 17-10065    Doc# 290    Filed: 02/28/18    Entered: 02/28/18 09:08:06    Page 23 of
31


# Mechanics Bank®

**P.O. Box 5610**
**Hercules, CA 94547-5610**

**RETURN SERVICE REQUESTED**

SULLIVAN VINEYARDS CORPORATION
DEBTOR IN POSSESSION
CASE#17-10065
PO BOX G
RUTHERFORD CA 94573-0907

## *Managing Your Accounts*

| | | |
|---|---|---|
| | 24-Hour Tele Banking | 888.400.6324 |
| | Client Services | 800.797.6324 |
| | Online | www.mechanicsbank.com |
| | Mobile | Download Our Mobile Apps |

## *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX6553 | $11,449.46 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX6553

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/30/2017 | **Beginning Balance** | **$9,618.59** |
| | 4 Credit(s) This Period | $59,000.00 |
| | 17 Debit(s) This Period | $57,169.13 |
| 01/31/2018 | **Ending Balance** | **$11,449.46** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 01/02/2018 | 116063262 Online Transfer from XXXXXX6538 on 1/02/18 at 16:06 | $23,000.00 |
| 01/10/2018 | 110495450 Online Transfer from XXXXXX6546 on 1/10/18 at 11:52 | $24,000.00 |
| 01/18/2018 | 111012573 Online Transfer from XXXXXX6538 on 1/18/18 at 15:36 | $4,000.00 |
| 01/30/2018 | 115047876 Online Transfer from XXXXXX6538 on 1/30/18 at 16:09 | $8,000.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 01/03/2018 | WIRE TRANSFER ADP TAX SERVICES INC 021000021000038 | $15,115.78 |
| 01/04/2018 | WIRE TRANSFER ADP PAYROLL TAX DEPOS 021001033000084 | $8,317.50 |
| 01/05/2018 | WIRE TRANSFER ADP PAYROLL TAX DEPOS 021001033000052 | $405.98 |
| 01/10/2018 | WIRE TRANSFER ADP TAX SERVICES INC 021000021000305 | $7,779.06 |
| 01/11/2018 | WIRE TRANSFER ADP PAYROLL TAX DEPOS 021001033000112 | $299.83 |
| 01/11/2018 | WIRE TRANSFER ADP PAYROLL TAX DEPOS 021001033000111 | $6,734.05 |
| 01/12/2018 | ADP PAYROLL FEES ADP - FEES 2R5RN 7032149 | $126.31 |
| 01/18/2018 | WIRE TRANSFER ADP PAYROLL TAX DEPOS 021001033000131 | $2,958.42 |
| 01/18/2018 | WIRE TRANSFER ADP TAX SERVICES INC 021000021000130 | $5,148.97 |
| 01/19/2018 | ADP PAYROLL FEES ADP - FEES 2R5RN 8480099 | $175.14 |
| 01/22/2018 | WIRE TRANSFER ADP TAX SERVICES INC 021000021000018 | $2,304.86 |
| 01/24/2018 | ADP PAYROLL FEES ADP - FEES 2R5RN 9244991 | $159.00 |
| 01/26/2018 | ADP PAYROLL FEES ADP - FEES 2R5RN 0271625 | $110.67 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 2015 | 01/16/2018 | $6,678.73 | 2019* | 01/31/2018 | $14.13 |
| 2016 | 01/12/2018 | $817.86 | 11016* | 01/11/2018 | $22.84 |

* Indicates skipped check number


**Member FDIC**

## How to Contact Us

**Client Services:** 1-800-797-6324

**Mailing Address:** P.O. Box 5610

         Hercules, CA 94547-5610

**Website:** www.mechanicsbank.com

**Mobile Site:** mechanicsbank.com/m

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

### YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

---

## CHECK RECONCILIATION WORKSHEET

### CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

### CHECKBOOK RECONCILIATION

| ENTER<br>Balance this statement | $ |
|---|---|
| ADD | |
| Recent deposits (not credited on this statement) | |
| | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT**<br>Total checks outstanding | $ |
| **BALANCE** | $ |

○ Accounted for bank charges?

○ Verified additions and subtractions in your checkbooks?

○ Compared cancelled checks to check stubs?

○ Compared deposit amounts on statement to your checkbook

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.



Case: 17-10065    Doc# 290    Filed: 02/28/18    Entered: 02/28/18 09:08:06    Page 25 of 31

EQUAL HOUSING LENDER   MEMBER FDIC



## PREFERRED BUSINESS CHECKING-XXXXXXXX6553 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 01/02/2018 | $32,618.59 | 01/11/2018 | $17,943.55 | 01/22/2018 | $3,733.26 |
| 01/03/2018 | $17,502.81 | 01/12/2018 | $16,999.38 | 01/24/2018 | $3,574.26 |
| 01/04/2018 | $9,185.31 | 01/16/2018 | $10,320.65 | 01/26/2018 | $3,463.59 |
| 01/05/2018 | $8,779.33 | 01/18/2018 | $6,213.26 | 01/30/2018 | $11,463.59 |
| 01/10/2018 | $25,000.27 | 01/19/2018 | $6,038.12 | 01/31/2018 | $11,449.46 |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date | Previous year-to-date |
|------|--------|--------|--------|
| **Total Overdraft Fees** | $0.00 | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 | $0.00 |





#2015                01/16/18                $6,678.73



#2016                01/12/18                $817.86



#2019                01/31/18                $14.13



#11016                01/11/18                $22.84

Case: 17-10065     Doc# 290     Filed: 02/28/18     Entered: 02/28/18 09:08:06     Page 27 of 31

# Sullivan Vineyards Corporation
## Reconciliation Summary
Mechanics Bank -Payroll (6553), Period Ending 01/31/2018

|  | Jan 31, 18 |
|---|---|
| Beginning Balance | 9,618.59 |
| Cleared Transactions | |
| Checks and Payments - 17 items | -57,169.13 |
| Deposits and Credits - 5 items | 59,000.00 |
| Total Cleared Transactions | 1,830.87 |
| Cleared Balance | 11,449.46 |
| Uncleared Transactions | |
| Checks and Payments - 2 items | -622.40 |
| Deposits and Credits - 1 item | 0.00 |
| Total Uncleared Transactions | -622.40 |
| Register Balance as of 01/31/2018 | 10,827.06 |
| New Transactions | |
| Checks and Payments - 4 items | -5,273.97 |
| Total New Transactions | -5,273.97 |
| Ending Balance | 5,553.09 |

Case: 17-10065    Doc# 290    Filed: 02/28/18    Entered: 02/28/18 09:08:06    Page 28 of
31

# Sullivan Vineyards Corporation
## Reconciliation Detail
### Mechanics Bank -Payroll (6553), Period Ending 01/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Beginning Balance | | | | | | 9,618.59 |
| Cleared Transactions | | | | | | |
| Checks and Payments - 17 items | | | | | | |
| Check | 01/04/2018 | | ADP | X | -15,115.78 | -15,115.78 |
| Check | 01/04/2018 | | ADP | X | -8,317.50 | -23,433.28 |
| Check | 01/05/2018 | | ADP | X | -405.98 | -23,839.26 |
| Check | 01/05/2018 | 11016 | Rene Haug | X | -22.84 | -23,862.10 |
| Check | 01/10/2018 | | ADP | X | -7,779.06 | -31,641.16 |
| Bill Pmt -Check | 01/10/2018 | 2015 | Cole, Jeff | X | -6,678.73 | -38,319.89 |
| Bill Pmt -Check | 01/10/2018 | 2016 | Adam Locke | X | -817.86 | -39,137.75 |
| Bill Pmt -Check | 01/10/2018 | 2019 | Joseph Woolley | X | -14.13 | -39,151.88 |
| Check | 01/11/2018 | | ADP | X | -6,734.05 | -45,885.93 |
| Check | 01/11/2018 | | ADP | X | -299.83 | -46,185.76 |
| Check | 01/12/2018 | EFT | ADP | X | -126.31 | -46,312.07 |
| Check | 01/18/2018 | | ADP | X | -5,148.97 | -51,461.04 |
| Check | 01/18/2018 | | ADP | X | -2,958.42 | -54,419.46 |
| Check | 01/19/2018 | EFT | ADP | X | -175.14 | -54,594.60 |
| Check | 01/22/2018 | | ADP | X | -2,304.86 | -56,899.46 |
| Bill Pmt -Check | 01/24/2018 | EFT | ADP | X | -159.00 | -57,058.46 |
| Check | 01/26/2018 | EFT | ADP | X | -110.67 | -57,169.13 |
| | | | | | | |
| Total Checks and Payments | | | | | -57,169.13 | -57,169.13 |
| | | | | | | |
| Deposits and Credits - 5 items | | | | | | |
| Transfer | 01/02/2018 | | | X | 23,000.00 | 23,000.00 |
| Transfer | 01/10/2018 | | | X | 24,000.00 | 47,000.00 |
| Transfer | 01/18/2018 | | | X | 4,000.00 | 51,000.00 |
| Check | 01/24/2018 | EFT | ADP | X | 0.00 | 51,000.00 |
| Transfer | 01/30/2018 | | | X | 8,000.00 | 59,000.00 |
| | | | | | | |
| Total Deposits and Credits | | | | | 59,000.00 | 59,000.00 |
| | | | | | | |
| Total Cleared Transactions | | | | | 1,830.87 | 1,830.87 |
| | | | | | | |
| Cleared Balance | | | | | 1,830.87 | 11,449.46 |
| | | | | | | |
| Uncleared Transactions | | | | | | |
| Checks and Payments - 2 items | | | | | | |
| Bill Pmt -Check | 01/10/2018 | 2017 | Kate Tucker | | -463.40 | -463.40 |
| Bill Pmt -Check | 01/10/2018 | 2018 | Antoinette Carinci | | -159.00 | -622.40 |
| | | | | | | |
| Total Checks and Payments | | | | | -622.40 | -622.40 |
| | | | | | | |
| Deposits and Credits - 1 item | | | | | | |
| Check | 01/26/2018 | EFT | ADP | | 0.00 | 0.00 |
| | | | | | | |
| Total Deposits and Credits | | | | | 0.00 | 0.00 |
| | | | | | | |
| Total Uncleared Transactions | | | | | -622.40 | -622.40 |
| | | | | | | |
| Register Balance as of 01/31/2018 | | | | | 1,208.47 | 10,827.06 |

Case: 17-10065     Doc# 290     Filed: 02/28/18     Entered: 02/28/18 09:08:06     Page 29 of 31

# Sullivan Vineyards Corporation
## Reconciliation Detail
### Mechanics Bank -Payroll (6553), Period Ending 01/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| New Transactions | | | | | | |
| Checks and Payments - 4 items | | | | | | |
| Check | 02/02/2018 | | ADP | | -2,948.00 | -2,948.00 |
| Check | 02/02/2018 | | ADP | | -1,215.30 | -4,163.30 |
| Transfer | 02/08/2018 | | | | -1,000.00 | -5,163.30 |
| Check | 02/09/2018 | EFT | ADP | | -110.67 | -5,273.97 |
| Total Checks and Payments | | | | | -5,273.97 | -5,273.97 |
| Total New Transactions | | | | | -5,273.97 | -5,273.97 |
| Ending Balance | | | | | -4,065.50 | 5,553.09 |

Case: 17-10065    Doc# 290    Filed: 02/28/18    Entered: 02/28/18 09:08:06    Page 30 of
31

# SULLIVAN VINEYARDS CORPORATION
## SULLIVAN VINEYARDS PARTNERSHIP
## MONTHLY OPERATING REPORT DISCLOSURE STATEMENT
## JOINTLY ADMINISTERED CASE NO. 17-10065-RLE
## FOR THE MONTH ENDED JANUARY 31, 2018

Sullivan Vineyards Corporation filed a Chapter 11 bankruptcy petition on February 1, 2017 and Sullivan Vineyards Partnership filed a Chapter 11 bankruptcy petition on February 2, 2017. The cases are jointly administered by order of the Court dated March 13, 2017. The case was operated as a Debtor in Possession until Timothy W. Hoffman("Trustee") was appointed Chapter 11 Trustee by order of the Court dated August 29, 2017.

This report was prepared in part upon information which is the representation of the Debtor. The Trustee had no involvement with the Debtor's accounting prior to his appointment and makes no representations regarding the accuracy of the Debtor's financial records for the period prior to his appointment.

The Trustee entered into an agreement to sell substantially all of the assets of Sullivan Vineyards Corporation and Sullivan Vineyards Partnership. The sale was approved by an order of the Court dated December 11, 2017 and the sale closed on January 10, 2018. The terms of the purchase agreement including price are confidential. Due to the confidentiality requirement, the sale escrow activity including the sales price, sales expenses, secured debt payments and the net cash received by the Trustee are not reflected in this report. The assets sold and the secured debt paid through escrow have been removed from the balance sheet.