1  John D. Fiero (CA Bar No. 136557)
PACHULSKI STANG ZIEHL & JONES LLP
2  150 California Street, 15th Floor
San Francisco, California 94111-4500
3  Telephone: 415.263.7000
Facsimile:  415.263.7010
4  E-mail:  jfiero@pszjlaw.com

The following constitutes
the order of the court. Signed July 30, 2018

*Attorneys for Equity Owners,*
*Ross Sullivan and Kelleen Sullivan*

Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION

In re:

**SCV**,

Debtor.

Case No.: 17-10065-RLE

(Jointly Administered)

Chapter 11

**ORDER GRANTING MOTION TO QUASH**

Date: June 20, 2018
Time: 10:30 a.m.
Place: 300 Clay Street, 3rd Floor
       Oakland, CA 94612
Judge: The Hon. Roger L. Efremsky

THIS MATTER came before the Court at a continued hearing at the above-referenced time and place upon consideration of the Motion to Quash filed by Ross and Kelleen Sullivan found on the Court's docket at number 348 (the "Motion"). Based upon the Court's review of the Motion, and the arguments of counsel at the original and continued hearings, and for the reasons stated on the record,

IT IS HEREBY ORDERED:

1. The Motion is granted.

2. The Discovery (as that term is defined in the Motion) is quashed, without prejudice to renewed requests for the Discovery at such time as a hearing is set on the claims objection filed at docket number 310.

* * *

**END OF ORDER**