Entered on Docket
October 26, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| 1 | John D. Fiero (CA Bar No. 136557) |
| 2 | PACHULSKI STANG ZIEHL & JONES LLP |
|   | 150 California Street, 15th Floor |
|   | San Francisco, California 94111-4500 |
| 3 | Telephone: 415.263.7000 |
|   | Facsimile: 415.263.7010 |
| 4 | E-mail: jfiero@pszjlaw.com |

CHANGES MADE BY COURT

The following constitutes the order of the Court.
Signed: October 26, 2018

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

*** Change made to time of hearing ONLY

*Attorneys for Equity Owners,
Ross Sullivan and Kelleen Sullivan*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re:

**SVC,**

　　　　　　　　Debtor.

Case No.: 17-10065-RLE

(Jointly Administered)

Chapter 11

**ORDER SHORTENING TIME FOR HEARING ON MOTION TO EXTEND PLAN FILING DERADLINE TO DECEMBER 31, 2018**

Date: October 31, 2018
Time: 2:00 p.m.
Place: Telephone/1300 Clay Street,
　　　　3rd Floor
　　　　Oakland, CA 94612
Judge: The Hon. Roger L. Efremsky

**THIS MATTER** came before the Court upon consideration of the *Ex Parte Application for Order Shortening Time for Hearing on Motion to Extend Plan Filing Deadline to December 31, 2018* (the "Application") filed by moving parties Ross and Kelleen Sullivan. Based upon the Court's consideration of the Application,

**IT IS HEREBY ORDERED**:

1. The Application is granted.

2. The Motion to Extend Plan Filing Deadline to December 31, 2018 (the "Motion") will be heard at the above-referenced time and place. Any opposition to the Motion may be filed and served prior to the hearing, or made orally at the hearing.

3. Parties wishing to appear by telephone may do so by making the customary arrangements in advance.

**\*\*\* END ORDER \*\*\***

**COURT SERVICE LIST**