

Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Counsel for Chapter 11 Trustee
TIMOTHY W. HOFFMAN

The following constitutes the order of the Court.
Signed: May 20, 2019

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>SVC,<br><br>Debtor. | Case No. 17-10065 RLE<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**ORDER AUTHORIZING TRUSTEE TO ENTER INTO COMPROMISE CONTROVERSY WITH VARIOUS CREDITORS AND LITIGANTS** |
| In re<br><br>SVP,<br><br>Debtor. | |

On the basis of the Application for Order Authorizing Trustee to Enter into Compromise with Various Creditors and Litigants ("Application"), due and proper notice having been given, no objection having been filed, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Application is approved.

DM3\5614494.2 R1034/00002

1

2. Chapter 11 trustee Timothy W. Hoffman, Angelica de Vere, Teresa Sullivan, Sonyia Grabski, Elizabeth Matulich, Trinity Scott, Stephen A. Finn and Winery Rehabilitation, LLC are authorized to execute any and all documents and to take any and all steps necessary and proper to compromise the controversy as described in the Application.

3. Claim No. 5 in SVC's case filed by Angelica de Vere, and any amendments thereto, are hereby withdrawn with prejudice.

4. Claim No. 17 in SVC's case filed by Angelica de Vere, and any amendments thereto, are hereby withdrawn with prejudice.

5. Claim No. 6 in SVC's case filed by Teresa Sullivan, and any amendments thereto, are hereby withdrawn with prejudice.

6. Claim No. 7 in SVC's case filed by Sonyia Grabski, and any amendments thereto, are hereby withdrawn with prejudice.

7. Claim No. 8 in SVC's case filed by Elizabeth Matulich, and any amendments thereto, are hereby withdrawn with prejudice.

8. Claim No. 9 in SVC's case filed by Trinity Scott, and any amendments thereto, are hereby withdrawn with prejudice.

9. Consistent with paragraph 2 of the Settlement Agreement, nothing in this Order allows or disallows any claims filed by Winery Rehabilitation, LLC, or Stephen A. Finn, including but not limited to Claim Nos. 11, 12, 13 and 14 (collectively, the "Finn Party Claims"). The Finn Party Claims shall be subordinated in their entirety to all trade debt reflected in the captioned debtors' schedules and proofs of claim currently on file in the Bankruptcy Cases, to the extent such claims are allowed, provided, however, that the Finn Party Claims shall not be subordinated to the general unsecured claim in the amount of $2,130,720.00 listed in SVC's bankruptcy schedules [Docket No. 25] as a trade payable due SVP.

10. The Settlement Agreement and the approval of the compromise herein shall have no effect on claims possessed by Ross and Kelleen Sullivan, in their individual capacities, against Mr. Finn or any of his affiliates or entities, which are not being released under the Settlement Agreement.

11. Notwithstanding anything to the contrary in paragraph 8(b) of the Settlement Agreement, no release of the Buchalter law firm or any of its past or present attorneys shall be effected herein. Any and all claims the Debtors and Trustee may have against Buchalter shall be expressly preserved.

*** END OF ORDER ***

**APPROVED AS TO FORM AND CONTENT.**

Dated: May 10, 2019     **PILLSBURY WINTHROP SHAW PITTMAN LLP**

BY: /s/ Philip S. Warden (54752)
Attorneys for Stephen A. Finn,
Winery Rehabilitation, LLC and Angelica de Vere

# COURT SERVICE LIST

[All parties entitled to service are ECF registered in this case.]