Is this transcript for an appeal?
If yes, an Expedited transcript is required. ☐ Yes ☐ No

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### TRANSCRIPT ORDER FORM

**Name of Debtor (Case Name):** SVC

**Chapter:** 11

**Case Number:** 17-10065

**Adversary Proceeding Name:**

**Adversary Proceeding Number:** (or Miscellaneous Proceeding Number)

vs. Plaintiff(s),

Defendant(s).

**Date of Hearing:** 5/21/2019

**Time of Hearing:** 1:30 pm

(Complete a SEPARATE form for EACH hearing date)

**Hearing Judge:** Judge Efremsky

**Hearing Location:** Oakland Courtroom 201

**Transcriber:** Palmer Reporting Services

**Alternate Transcriber:** Echo Reporting, Inc.

**Type of Transcript:**
- ☐ Ordinary (30 Days)
- ☑ 14 Days
- ☐ Expedited (7 Days)
- ☐ Daily (24 Hours)
- ☐ Entire Hearing
- ☐ Testimony of Witness
- ☐ Other/Special Instructions:
- ☐ Ruling/Opinion Portion Only

Name of Witness

**Name of Person(s) Ordering Transcript:** John Fiero

**Contact Person:** Oliver Carpio

**Phone Number:** 415.263.7000

**Mailing Address (include law firm name, if any):**
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

**Email Address:** ocarpio@pszjlaw.com

---

### THIS SECTION FOR COURT USE ONLY

**Transcript Order Number:** _____

**Transcription Information Sent to Transcriber By:** ☐ TDS ☐ Other: _____

Time Start: _____ Time End: _____ Time Start: _____ Time End: _____

Time Start: _____ Time End: _____ Time Start: _____ Time End: _____

ECRO: _____ Court Division: _____ Processed By: _____

---

This Form is mandatory and approved for use by the U.S. Bankruptcy Court for the Northern District of California. If the transcript you want is already ordered or on file, contact the transcriber to obtain a copy. Do not use this Form to order a §341 Meeting of Creditors recording. To order a Meeting of Creditors recording visit the U.S. Trustee website.

3/2019

Case: 17-10065   Doc# 439   Filed: 05/22/19   Entered: 05/22/19 09:51:11   Page 1 of 1