**Entered on Docket**
**August 15, 2019**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

The following constitutes the order of the Court.
Signed: August 15, 2019

_____
**Roger L. Efremsky,**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re | |
| | No. 17-10065 RLE |
| SVC, | Chapter 11 |
| | |
| Debtor. | Date: November 19, 2019 |
| | Time: 1:30 p.m. |
| | Place: 1300 Clay Street, Room 201 |
| | Oakland, CA 94612 |
| In re | |
| | |
| SVP, | |
| | |
| Debtor. | |

**ORDER *SUA SPONTE* CONTINUING STATUS CONFERENCE AND**
**HEARING ON OBJECTION TO INTER-DEBTOR SCHEDULED CLAIM**
**OF SULLIVAN VINEYARDS PARTNERSHIP**

On July 31, 2019, Stephen A. Finn filed an Objection to Inter-Debtor Scheduled Claim of Sullivan Vineyards Partnership and set it for hearing on August 28, 2019 (the "Objection"). The filing of the Objection served to elevate a potential conflict of interest for the chapter 11 Trustee in these jointly administered cases (the "Trustee"), into an actual conflict. As a result, the Trustee

submitted his resignation as Trustee of the SVP estate to the United States Trustee. The court is informed and believes that the United States Trustee is currently searching for a replacement trustee for the SVP estate (the "Replacement Trustee").

The Trustee represents that he has had made repeated requests to Finn to either continue the hearing on the Objection or simply remove the hearing from calendar until the Replacement Trustee can be appointed and brought up to speed. Despite those requests, as of the date of this order, the matter remains scheduled for hearing on August 28, 2019.

In the interest of conservation of estate and judicial resources, the court will *sua sponte* continue the status conference and the hearing on the Objection.

For the foregoing reasons and good cause appearing,

IT IS HEREBY ORDERED that the Status Conference is continued to November 19, 2019, at 1:30 p.m.

IT IS FURTHER ORDERED that the hearing on the Objection is continued to November 19, 2019, at 1:30 p.m. (the "Continued Hearing Date")

IT IS FURTHER ORDERED that the deadline to respond to the Objection is extended to fourteen (14) days prior to the Continued Hearing Date.

IT IS FURTHER ORDERED that the court retains jurisdiction to further continue both the status conference and the hearing on the Objection should circumstances so warrant.

**\*\*END OF ORDER\*\***

2

Case: 17-10065   Doc# 459   Filed: 08/15/19   Entered: 08/15/19 15:36:00   Page 2 of 3

## COURT SERVICE LIST

All Participants