PHILIP S. WARDEN (SBN 54752)
 philip.warden@pillsburylaw.com
NAN MCGARRY (SBN 318677)
 nan.mcgarry@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:     415.983.1000
Facsimile:     415.983.1200

*Attorneys for Stephen A. Finn*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>SVC,<br><br>　　　　　Debtor. | Case No. 17-10065-RLE<br><br>CHAPTER 11<br><br>**STATEMENT BY STEPHEN A. FINN REGARDING CASE STATUS**<br><br>Hearing:　October 22, 2019<br>Time:　　1:30 p.m.<br>Place:　　1300 Clay Street, Room 201<br>　　　　　Oakland CA 94612<br>Judge:　　Hon. Roger L. Efremsky |

**TO THE HONORABLE ROGER L. EFREMSKY, UNITED STATES BANKRUPTCY JUDGE**:

　　Creditor Stephen A. Finn ("Finn"), through undersigned counsel, submits this Case Status Statement (the "Statement"), and in support hereof respectfully represents as follows:

**A. Plan Objection**

　　1.　On August 20, 2019, Ross and Kelleen Sullivan (the "Sullivans") filed their *Combined Plan and Disclosure Statement Proposed by Sullivan Family* (the "Plan") [Docket No.

/ / /

/ / /

462]. The Plan was originally set for hearing on September 24, 2019 and subsequently continued to October 22, 2019. Any objection or opposition to the Plan was to be filed by October 15, 2019 (the "Plan Objection Deadline").

2. Finn believes that the Plan, as filed, is objectionable for a variety of reasons, including the incurable conflicts created by the proposed Plan structure. Accordingly, Finn intended to file a fulsome objection to the Plan. Before incurring the additional expense required to prepare such an objection, counsel to Finn reached out to the Sullivans' counsel to make sure the Sullivans intended to go forward with the Plan as currently filed. The Sullivans' counsel stated in and email that they would not be going forward with the Plan as filed and that there was no need to prepare an objection. As of the time of this Statement, the Sullivans have not filed anything with this Court indicating they will be withdrawing the Plan. Nonetheless, Finn relies on Mr. Fiero's representation that the Sullivans will not be going forward with the Plan and will not be filing an objection to the Plan.

**B. District Court Case Update**

3. The Sullivans and Finn and Trust Company of America are parties to Case No. 3:17-cv-05799 in the United States District Court for the Northern District of California (the "District Court Case"). As this Court is aware, the District Court Case has been ongoing for over two years. On June 12, 2019, Finn filed a Motion for Judgment on the Pleadings (the "First Motion") [District Court Case Docket No. 50]. On June 26, 2019, the Sullivans filed their opposition to the First Motion [District Court Case Docket No. 55]. After a hearing on the First Motion, the District Court entered an Order dismissing the Sullivans' complaint (the "Complaint") with leave to amend [District Court Docket No. 60].

4. The Sullivans filed their amended complaint (the "First Amended Complaint") on September 26, 2019 [District Court Docket No. 68]. The First Amended Complaint did not materially differ from the Complaint. Finn filed a second Motion for Judgment on the Pleadings (the "Second

/ / /
/ / /
/ / /
/ / /

1 | Motion") on October 10, 2019.  The hearing is set on November 20.

2 | Dated:  October 15, 2019

3 | By   */s/ Philip S. Warden*
4 |         Philip S. Warden

5 | Philip S. Warden (SBN 54752)
  | Nan McGarry (SBN 318677)
6 | PILLSBURY WINTHROP SHAW PITTMAN LLP
  | Four Embarcadero Center, 22nd Floor
7 | San Francisco, CA 94111-5998
  | Telephone:415.983.1000
8 | Facsimile: 415.983.1200
  | philip.warden@pillsburylaw.com
9 | nan.mcgarry@pillsburylaw.com

10 |
11 | *Attorneys for Stephen A. Finn*

- 3 -

4840-6769-9369.v1