John D. Fiero (CA Bar No. 136557)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: jfiero@pszjlaw.com

*Attorneys for Equity Owners*
*Ross Sullivan and Kelleen Sullivan*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SANTA ROSA DIVISION**

| | |
|---|---|
| **In re** | Case No.: 17-10065-RLE |
| **SVC,** | (Jointly Administered) |
| Debtor. | Chapter 11 |
| | **CERTIFICATE OF SERVICE** |

**CONFIRMATION HEARING**
Date: February 26, 2020
Time: 10:00 a.m.
Place: 1300 Clay Street, Room 201
 Oakland, CA 94612
Judge: The Hon. Roger L. Efremsky

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On December 20, 2019, I caused to be served the following documents in the manner stated below:

- **COMBINED PLAN AND DISCLOSURE STATEMENT PROPOSED BY SULLIVAN FAMILY (DECEMBER 20, 2019)**

- **NOTICE OF (1) PLAN CONFIRMATION HEARING, AND (2) BALLOTING AND OBJECTION DEADLINES RELATED CONFIRMATION OF THE COMBINED PLAN AND DISCLOSURE STATEMENT PROPOSED BY SULLIVAN FAMILY (DECEMBER 20, 2019)**

- **BALLOT**

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **December 20, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☑ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on December 20, 2019 at San Francisco, California.

_/s/ Oliver Carpio_
Legal Assistant

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

## 1. SERVED VIA ECF/NEF

- **Jonathan M. Cohen**  jcohen@josephandcohen.com, donna@josephandcohen.com
- **Jay D. Crom**  jcrom@bachcrom.com
- **Jacob M. Faircloth**  jacob.faircloth@smolsonlaw.com
- **Michael C. Fallon**  mcfallon@fallonlaw.net, manders@fallonlaw.net
- **Reno F.R. Fernandez**  2382885420@filings.docketbird.com, ecf@macfern.com
- **John D. Fiero**  jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Geoffrey A. Heaton**  gheaton@duanemorris.com, dmicros@duanemorris.com
- **Timothy W. Hoffman**  twh1761@yahoo.com, ca73@ecfcbis.com
- **Chris D. Kuhner**  c.kuhner@kornfieldlaw.com, g.michael@kornfieldlaw.com
- **Timothy S. Laffredi**  timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- **Charles P. Maher**  cmaher@rinconlawllp.com, aworthing@rinconlawllp.com
- **Austin P. Nagel**  melissa@apnagellaw.com
- **Office of the U.S. Trustee / SR**  USTPRegion17.SF.ECF@usdoj.gov
- **Aron M. Oliner**  roliner@duanemorris.com, dmicros@duanemorris.com
- **Steven M. Olson**  smo@smolsonlaw.com
- **Gregory S. Powell**  greg.powell@usdoj.gov, Tina.L.Spyksma@usdoj.gov
- **Matthew J. Shier**  mshier@shierkatz.com, mterry@shierkatz.com
- **Peter L.D. Simon**  psimon@beyerscostin.com, shernandez@beyerscostin.com
- **Philip S. Warden**  philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- **Andrea A. Wirum**  trustee@wirum.com, CA22@ecfcbis.com
- **Andrea A. Wirum**  trustee@wirum.com, CA22@ecfcbis.com

## 2. SERVED VIA US MAIL

| | | |
|---|---|---|
| U.S. Securities Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, ca 90071-9591 | ADP Retirement Services<br>3700 Business Drive<br>Sacramento, CA 95820-2140 | AFIS Benefits & Insurance Services<br>5858 Horton Street<br>Suite 350<br>Emeryville, CA 94608-2025 |
| AT and T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197-6463 | AT&T Mobility II LLC<br>AT&T Services Inc,<br>Karen A. Cavagnaro Lead Paralegal<br>One AT&T Way, Suite 3A104<br>Bedminster, NJ, 07921-2693 | Alhambra & Sierra Springs<br>PO Box 660579<br>Dallas, TX 75266-0579 |
| Andrea Cow<br>7 Scott Place<br>Greenbrae, CA 94904-3026 | Andrea Crow<br>c/o Matthew J. Shier<br>shierkatz RLLP<br>930 Montgomery Street, Suite 600<br>San Francisco, CA 94133-4601 | Angelica De Vere<br>c/o Philip J. Terry, Esq.<br>100 B street, Suite 400<br>Santa Rosa, CA 95401-6376 |
| Angelica de Vere<br>c/o Valerie Bantner Peo, Esq.<br>Buchalter, a Professional Corporation<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493 | Anthem Blue Cross<br>PO Box 54630<br>Los Angeles, CA 90054-0630 | Anthem Blue Cross<br>PO Box 9051<br>Oxnard, CA 93031-9051 |
| Autumn Cruzan<br>PO Box 2702<br>Yountville, CA 94599-2702 | Beyers Costin Simon, PC<br>200 Fourth Street, Suite 400<br>Santa Rosa, CA 95401-8535 | Biagi Brothers, Inc.<br>787 Airpark Road<br>Napa, CA 94558-7515 |
| Bill Tucker Studios<br>23 E. 4th Street<br>Hinsdale, IL 60521-4402 | Bittner & Company, LLC<br>PO Box 168<br>American Canyon, CA 94503 | Bittner & Company, LLC<br>115 Dahlia Street<br>Saint Helena, CA  94574-2116 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | |
|---|---|---|
| Bob & Duffs Pest Control<br>1370 Trancas Street, Suite 139<br>Napa, CA 94558-2912 | Bodega Shipping Co.<br>659 Main Street<br>Saint Helena, CA 94574-2004 | CA Employment Development Dept.<br>Bankruptcy Group MIC 921<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| CA Franchise Tax Board<br>Bankruptcy Group<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Caireen Sullivan<br>1983 Ocean Avenue<br>Santa Cruz, CA 95060 | California Dept. of Food and<br>Agriculture.<br>1220 N Street<br>Sacramento, CA 95814-5603 |
| Castellucci Napa Valley<br>PO Box 106<br>Rutherford, CA 94573-0106 | CoPower<br>Dept. 34604<br>P.O. Box 39000<br>San Francisco, CA 94139-0001 | Jonathan M. Cohen<br>Joseph and Cohen, P.C.<br>1855 Market Street<br>San Francisco, CA 94103-1112 |
| Jay D. Crom<br>Bachecki, Crom & Company, LLP<br>400 Oyster Point Blvd. Suite 106<br>South San Francisco, CA 94080-1917 | Andrea Crow<br>c/o Matthew J. Shier<br>shierkatz RLLP<br>930 Montgomery Street, 6th Floor<br>San Francisco, CA 94133-4624 | Crystal of America<br>PO Box 27523<br>New York, NY 10087-2752 |
| Angelica De Vere<br>c/o Valerie Bantner Peo<br>55 Second St., 17th Fl.<br>San Francisco, CA 94105-3493 | Terri B. Didion<br>Office of the U.S. Trustee - San Jose<br>United States Courthouse<br>2500 Tulare St. 11401<br>Fresno, CA 93721-1326 | Cecily Ann Dumas<br>Baker and Hostetler LLP<br>1160 Battery St. 1100<br>San Francisco, CA 94111-1233 |
| ETS Laboratories<br>899 Adams Street<br>Suite A<br>Saint Helena, CA 94574-1160 | Elizabeth Matulich<br>c/o Philip J, Terry, Esq.<br>100 B Street, Suite 400<br>Santa Rosa, CA 95401-6376 | Elizabeth Matulich<br>c/o Valerie Bantner Peo<br>Buchalter, A Professional<br>Corporation<br>55 2nd St., 17th Fl.<br>San Francisco, CA 94105-3493 |
| Employment Development Dept.<br>PO Box 826880<br>Sacramento, CA 94280-0001 | Enartis Vinquiry<br>7795 Bell Road<br>Windsor, CA 95492-8519 | First Insurance Funding Corp.<br>P.O. Box 7000<br>Carol stream, IL 60197-7000 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento CA 95812-2952 | Fair Harbor Capital as Assignee of<br>Penning Landscapes, Inc.<br>PO Box 237037<br>New York, NY 10023-0028 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>PO Box 237037<br>New York, NY 10023-0028 |
| Jacob M. Faircloth<br>Law Office of Steven M. Olson<br>100 B St., #104<br>Santa Rosa, CA 95404-4605 | Michael C. Fallon<br>Law Offices of Michael C. Fallon<br>100 E St., #219<br>Santa Rosa, CA 95404-4606 | Reno F.R. Fernandez<br>Macdonald Fernandez LLP<br>221 Sansome St. 3rd Fl.<br>San Francisco, CA 94104-2331 |
| Stephen A Finn<br>Pillsbury Winthrop Shaw Pittman,<br>LLP<br>Four Embarcadero ctr, 22nd Fl.<br>San Francisco, CA 94111-5998 | Ford Credit<br>PO Box 552679<br>Detroit, MI 48255-2679 | Ford Motor Credit Company<br>c/o Law Offices of Austin P. Nagel<br>111 Deerwood Road, Ste.305<br>San Ramon, CA 94583-1530 |
| Ford Motor Credit Company<br>Po Box 62180<br>Colorado Springs CO 80962-2180 | Paul Garvey<br>dba Garvey Brothers Vineyard<br>Management Company<br>c/o Macdonald Fernandez LLP<br>221 Sansome Street, Third Floor<br>San Francisco, CA 94104-2323 | Garvey Brothers Vineyard<br>Management Cm11pany<br>Attn: Paul Garvey c/o Macdonald<br>Fernandez LLP<br>221 Sansome Street, Third Floor<br>San Francisco, CA 94104-2323 |
| Ghirardo CPA<br>7200 Redwood Blvd.<br>Suite 403<br>Novato, CA 94945-3249 | Goode Company<br>655 Park Court<br>Rohnert Park, CA 94928-7940 | Sonyia Grabski<br>c/o Valerie Bantner Pee<br>55 Second St., 17th Fl.<br>San Francisco, CA 94105-3493 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | |
|---|---|---|
| Hartford Group Benefits<br>P.O. Box 783690<br>Philadelphia, PA 19178-3690 | Geoffrey A. Beaton<br>Duane Morris LLP<br>1 Market, Spear Tower 12200<br>San Francisco, CA 94105-1127 | Timothy W. Hoffman<br>P.O. Box 1761<br>Sebastopol, CA 95473-1761 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kokjer, Pierotti, Maiocco, Duck LLP<br>351 California Street, Suite 300<br>San Francisco, CA 94104-2422 |
| Chris D. Kuhner<br>Kornfield Nyberg Bendas Kuhner<br>& Little<br>1970 Broadway 1600<br>Oakland, CA 94612-2218 | Law Office of Steven M. Olson<br>100 E Street, Suite 104<br>Santa Rosa, CA 95404-4605 | Matheson Tri-Gas, Inc.<br>Dept. LA 23793<br>Pasadena, CA 91185-3793 |
| Elizabeth Matulich<br>c/o Valerie Bantner Peo<br>55 Second St., 17th Fl.<br>San Francisco, CA 94105-3493 | Moschetti Espresso<br>11 Sixth Street<br>Vallejo, CA 94590-6913 | Austin P. Nagel<br>Law Offices of Austin P. Nagel<br>111 Deerwood Rd. 1305<br>San Ramon, CA 94583-1530 |
| Napa Printing Design Studio &<br>Mail ctr.<br>630 D Airpark Rd<br>Napa, CA 94558-7528 | Napa Valley Designs<br>P.O. Box 396<br>Rutherford, CA 94573-0396 | Napa Valley Vintners Assn.<br>PO Box 141<br>Saint Helena, CA 94574-0141 |
| Occidental Technical Group LLC<br>PO Box 665<br>Saint Helena, CA 94574-0665 | Office of the U.S. Trustee/SR<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102-3661 | Aron M. Oliner<br>Law Offices of Duane Morris<br>1 Market Spear Tower 12200<br>San Francisco, CA 94105-3104 |
| Steven M. Olson<br>Law Offices of Steven M. Olson<br>100 E St. #104<br>Santa Rosa, CA 95404-4605 | Pacific Gas & Electric Company<br>PO Box 8329<br>Stockton CA 95208-0329 | PG&E<br>5507160621-8<br>Box 997300<br>Sacramento, CA 95899-7300 |
| PG&E<br>5548827285-1<br>Box 997300<br>Sacramento, CA 95899-7300 | Penning Landscapes, Inc.<br>68 Coombs Street, #D11<br>Napa, CA 94559-3979 | Penning Landscapes, Inc.<br>c/o Fair Harbor Capital, LLC<br>PO Box 237037<br>New York, NY 10023-0028 |
| Philomena Gildea<br>22 Church Street<br>Weston, MA 02493-2004 | Printing Services - Napa Valley<br>574 Gateway Drive<br>Napa, CA 94558-7517 | Ramondin USA, Inc.<br>791 Technology Way<br>Napa, CA 94558-7505 |
| Republic Indemnity<br>PO Box 7878<br>San Francisco, CA 94120-7878 | Rutherford River Ranch<br>2352 Pine Street<br>San Francisco, CA 94115-2715 | SVC<br>P.O. Box G<br>1090 Galleron Road<br>Rutherford, CA 94573-0907 |
| Trinity Scott<br>c/o Valerie Bantner Peo<br>55 Second St., 17th Fl.<br>San Francisco, CA 94105-3493 | Scott laboratories<br>PO Box 398198<br>San Francisco, CA 94139-8198 | Sean Sullivan<br>P.O. Box 5543<br>Napa, CA 94581-0543 |
| Matthew J, Shier<br>shierkatz RLLP<br>930 Montgomery st. 6th Fl.<br>San Francisco, CA 94133-4624 | Peter Simon<br>Beyers Costin<br>200 4th St l400<br>PO Box 8<br>Santa Rosa, CA 95402-0008 | Peter L.D. Simon<br>Law Offices of Beyers Costin<br>200 Fourth St. 1400<br>Santa Rosa, CA 95401-8535 |
| Sonyia Grabski<br>c/o Philip J, Terry, Esq.<br>100 B Street, Suite 400<br>Santa Rosa, CA 95401-6376 | Sonyia Grabski<br>c/o Valerie Bantner Peo, Esq.<br>Buchalter, A Professional Corporation<br>55 Second street, 17th Floor<br>San Francisco, CA 94105-3493 | St. Helena Self Storage<br>950 Vintage Avenue<br>Saint Helena, CA 94574-1406 |

DOCS_SF:102445.1 82168/001   5

| | | |
|---|---|---|
| Stanley Convergent Sec. Sol.<br>Dept. CH 10651<br>Palatine, IL 60055-0001 | California State Board Of Equalization<br>Account Reference Group Mic 29<br>Po Box 942879<br>Sacramento CA 94279-0029 | State Water Boards<br>PO Box 1888<br>Sacramento, CA 95812-1888 |
| Stephen A. Finn<br>c/o Pillsbury Winthrop Shaw<br>Pittman LLP<br>Four Embarcadero ctr. 22nd Fl.<br>San Francisco, CA 94111-5998 | Teresa Sullivan<br>c/o Valerie Bantner Peo<br>55 Second St., 17th Fl.<br>San Francisco, CA 94105-3493 | Sullivan Vineyards Partners<br>P.O. Box G<br>1090 Galleron Road<br>Rutherford, CA 94573-0907 |
| Sullivan Vineyards Partnership<br>Law Offices Michael C. Fallon<br>100 E Street, Ste. 219<br>Santa Rosa, CA 95404-4606 | Sunshine Foods Partners<br>1115 Main Street<br>Saint Helena, CA 94574-2090 | Telepacific Communications<br>PO Box 509013<br>San Diego, CA 92150-9013 |
| Teresa Sullivan<br>c/o Philip J, Terry, Esq.<br>100 B street, Suite 400<br>Santa Rosa, CA 95401-6376 | Teresa Sullivan<br>c/o Valerie Bantner Peo, Esq.<br>Buchalter, A Professional Corporation<br>55 Second Street, 17th Fl.<br>San Francisco, CA 94105-3493 | Thomas R. Barnett LLC<br>965 Marina Drive<br>Napa, CA 94559-4744 |
| Toyota Material Handling<br>PO Box 398526<br>San Francisco, CA 94139-8526 | Trinity Scott<br>c/o Philip J, Terry, Esq.<br>100 B Street, Suite 400<br>Santa Rosa, CA 95401-6376 | Trinity Scott<br>c/o Valerie Bantner Peo<br>Buchalter, A Professional<br>Corporation<br>55 2nd St., 17th Fl.<br>San Francisco, CA 94105-3493 |
| Trove Professional Services, LLC<br>2081 Center St.<br>Berkeley, CA 94704-1204 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 | UBF Consulting, Inc.<br>2033 North Main St., Ste. 700<br>Walnut Creek, CA 94596-3713 |
| Uline<br>Attn.: Accounts Receivable<br>P.O. Box 88741<br>Chicago, IL 60680-1741 | Upper Valley Disposal<br>PO Box 382<br>Saint Helena, CA 94574-0382 | VSP<br>7400 Gaylord Parkway<br>Frisco, TX 75034-9463 |
| Valley Internet<br>4160 Suisun Valley Road E-712<br>Fairfield, CA 94534-4016 | Verizon Wireless<br>P.O. Box 660108<br>Dallas, TX 75266-0108 | Vicard Generation 7<br>1370 Trancas St. I 141<br>Napa, CA 94558-2912 |
| Vin65-WineDirect<br>1190 Ai1:port Blvd., Ste. 101<br>Napa, CA 94558-7573 | Vision Service Plan<br>P.O. Box 45210<br>San Francisco, CA 94145-5210 | Vite USA, Inc.<br>c/o Chris D. Kuhner<br>Kornfield Nyberg Bendas Kuhner &<br>Little<br>1970 Broadway, Suite 600<br>Oakland, CA 94612-2218 |
| Philip S. Warden<br>Pillsbury Winthrop Shaw Pittman<br>LLP<br>4 Embarcadero Center, 22nd Pl.<br>San Francisco, CA 94111-5998 | Winery Rehabilitation, LLC<br>7103 South Revere Parkway<br>Centennial, co 80112-3936 | Winery Rehabilitation, LLC<br>c/o Pillsbury Winthrop Shaw Pittman<br>LLP<br>Four Embarcadero ctr. 22nd Pl.<br>San Francisco, CA 94111-5998 |
| Wineshipping<br>50 Technology Court<br>Napa, CA 94558-7519 | iPayment, Inc.<br>PO Box 3429<br>Westlake Village, CA 91359-0429 | Ford Motor Credit Company, LLC<br>P.O. Box 62180<br>Colorado Springs, CO 80962 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA