John D. Fiero (CA Bar No. 136557)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: jfiero@pszjlaw.com

*Attorneys for Equity Owners
Ross Sullivan and Kelleen Sullivan*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **In re**<br><br>**SVC,**<br><br>Debtor. | Case No. 17-10065-RLE<br><br>Chapter 11<br><br>**NOTICE AND OPPORTUNITY FOR HEARING ON SULLIVANS' OBJECTION TO SCHEDULED CLAIM OF TROVE PROFESSIONAL SERVICES LLC**<br><br>Pursuant to L.B.R. 9014-1, no hearing unless objection filed or hearing requested. |

**PLEASE TAKE NOTICE** that Ross and Kelleen Sullivan (the "Sullivans") have filed an objection pursuant to section 502 of Title 11 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 3007 (the "Objection") to the scheduled claim of Trove Professional Services LLC ("Claimant").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Local Rules 3007-1 and 9014-1(b)(3)(A):

**Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 30 days of the mailing of this notice;**

**Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;**

**If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.**

**In the event of a timely objection or request for hearing:**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**The initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Local Rule 3007-1 of the United States Bankruptcy Court for the Northern District of California, where a factual dispute is involved, the initial hearing on the objection (if necessary) shall be deemed a status conference at which the Court will not receive evidence. Where the objection involves only a matter of law, the matter may be argued at the initial hearing.

**PLEASE TAKE FURTHER NOTICE** that the Sullivans reserve: (a) the right to object to or seek disallowance or reclassification of any claim or scheduled amount that is subject to the Objection on any other grounds as the Sullivans may later assert; (b) the rights of the Debtor to assert any claims, demands for relief requiring an adversary proceeding consistent with Rules 3007(b) and 7001 of the Federal Rules of Bankruptcy Procedure, counterclaims, rights of offset or recoupment, preference actions, fraudulent transfer actions, or any other bankruptcy or non-bankruptcy claims and causes of action against the claimants whose claims are subject to the Objection; and (c) the right to withdraw without prejudice the Objection as it applies to the scheduled claim subject to the Objection prior to the hearing thereon and, in case of any such withdrawal, to assert the same (or other) objections to that claim in a later objection (or later objections) to such claim.

Dated:   January 28, 2019                    PACHULSKI STANG ZIEHL & JONES LLP

                                         By:  _/s/ John D. Fiero_____
                                              John D. Fiero
                                              *Attorneys for Equity Owners*
                                              *Ross Sullivan and Kelleen Sullivan*

2

Case: 17-10065   Doc# 511   Filed: 01/28/20   Entered: 01/28/20 13:29:58   Page 2 of 2