UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (SANTA ROSA)

IN RE: SULLIVAN VINEYARDS CORPORATION,
CASE NO. 17-10065

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
(FORM 2100A)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Stephen A. Finn** | **Wineshipping.com, LLC,** |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address of where notices to transferee should be sent: | Court Claim No.: **Schedule E/F 3.55** |
| | Amount of Claim: **$30,774.50** |
| | Date Claim Filed: **02/15/2017** |
| **Philip S. Warden** | |
| **Four Embarcadero Center, 22nd Floor** | Last Four Digits of Acct #_____ |
| **Sand Francisco, CA 9411** | |
| | |
| Phone: 415-983-1000 | |
| Last Four Digits of Acct #_____ | |

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Philp S. Warden_____     Date: February 11, 2020
Transferee/Transferee's Agent

4810-9009-6564

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA (SANTA ROSA)

IN RE: SULLIVAN VINEYARDS CORPORATION,
CASE NO. 17-10065

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
### (FORM 2100B)

The claim listed on the Debtor's Schedule E/F at 3.55 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on February 11, 2020.

| | |
|---|---|
| **Stephen A. Finn** | **Wineshipping.com, LLC,** |
| Name of Transferee | Name of Alleged Transferor |
| | |
| **Address of Transferee:** | **Address of Alleged Transferor:** |
| Philip S. Warden | 50 Technology Court |
| Four Embarcadero Center, 22nd Floor | Napa, CA 94558 |
| Sand Francisco, CA 9411 | |

## DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                    _____
                                      **CLERK OF THE COURT**

# EVIDENCE OF TRANSFER OF CLAIM

**TO:** Clerk, United States Bankruptcy Court, Northern District of California

**AND TO:** Wineshipping.com, LLC

Wineshipping.com, LLC, ("Seller") with an address of 50 Technology Court, Napa, CA 94558, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Stephen A. Finn, with a notice address of Four Embarcadero Center, 22nd Floor, San Francisco, CA 94111 ("Buyer"), all right, title and interest in and to the claims of Seller against Sullivan Vineyards Corporation in the amount of $30,774.50, listed on the Debtor's Schedule E/F at 3.55 (the "Claim") in the United States Bankruptcy Court, Northern District of California, Case No.17-10065.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 11th day of February, 2020.

| **Wineshipping.com, LLC** |
|---|
| By: /s/ David Joyce |
| Name: David Joyce |

| **Stephen A. Finn** |
|---|
| By: /s/ Philip S. Warden |
| Name: Philp S. Warden |
| Title: Attorney-in-Fact |

4810-9009-6564