Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: roliner@duanemorris.com

Counsel for SVC Chapter 11 Trustee
TIMOTHY W. HOFFMAN

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>SVC,<br><br>Debtor. | Case No. 17-10065 RLE<br><br>Chapter 11<br><br>Hon. Roger L. Efremsky |

## NOTICE AND OPPORTUNITY FOR HEARING ON OBJECTION TO CLAIMS

**TO STEPHEN A. FINN AND WINERY REHABILITATION, LLC, IN CARE OF THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Timothy W. Hoffman, the duly appointed, qualified and acting Chapter 11 Trustee of SVC's bankruptcy estate ("SVC Trustee") has filed an objection to your claim in the above case. An authentic copy of the objection is served with this Notice. Please read it carefully.

**PLEASE TAKE FURTHER NOTICE THAT,** if you wish to contest the Trustee's objection, you must do so in conformity with Rule 3007-1(c) and 9014-1 of the Bankruptcy Local Rules for the Northern District of California. Together, these rules proscribe the following procedure for contesting an objection to claim:

(a) Any objection to the requested relief or request for hearing on the matter must be filed and served upon the initiating party within 30 days of mailing of this Notice;

(b) Any objection or request for hearing must be accompanied by any declarations or

1

**NOTICE AND OPPORTUNITY FOR HEARING ON OBJECTION TO CLAIM - CASE NO. 17-10065 RLE**
DM3\6610012.1 R1034/00002

Case: 17-10065   Doc# 517   Filed: 02/12/20   Entered: 02/12/20 13:51:06   Page 1 of 2

memoranda of law the requesting party wishes to present in support of its position.

If there is no timely opposition to the objection or a request for hearing, the Court may enter an order granting the relief by default. In the event of a timely opposition or request for hearing, the initiating party will schedule a hearing and will give the creditor at least 7 days' written notice of the hearing and to any trustee or committee appointed in the case. For the purposes of filing with the Court, documents must be filed with the United States Bankruptcy Court, 99 South "E" Street, Santa Rosa, CA 95404, and served on counsel for the Trustee at the above address.

**PLEASE TAKE FURTHER NOTICE THAT**, if the Bankruptcy Court can dispose of the claim objection as a pure issue of law, the Bankruptcy Court may do so at the requested hearing. If a factual dispute is involved, the first hearing on the claim objection will be a status conference and further proceedings will be scheduled at that time.

Dated: February 12, 2020          **DUANE MORRIS LLP**

                                  By: /s/ Aron M. Oliner (152373)
                                      Aron M. Oliner
                                      Counsel to SVC Chapter 11 Trustee
                                      TIMOTHY W. HOFFMAN