Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: roliner@duanemorris.com

Counsel for Chapter 11 Trustee
TIMOTHY W. HOFFMAN

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>SVC,<br><br>           Debtor. | Case No. 17-10065 RLE<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of Duane Morris LLP and my business address is One Market Plaza, Spear Street Tower, Suite 2200, San Francisco, California 94105-1127. I am readily familiar with the business practice for collection and processing of correspondence for mailing and for transmitting documents by U.S. Mail, FedEx, fax, email, courier and other modes. On February 12, 2020, I served the following documents:

- **CHAPTER 11 TRUSTEE'S OBJECTION TO CLAIMS FILED BY STEPHEN A. FINN AND WINERY REHABILITATION, LLC; and**

- **NOTICE AND OPPORTUNITY FOR HEARING ON OBJECTION TO CLAIMS**

 **X**   ELECTRONICALLY: I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list.

 **X**   BY MAIL: by placing (☐ the original) (☒ a true copy) thereof enclosed in a sealed envelope, addressed as set forth below, and placing the envelope for collection and mailing following my firm's ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course

DM3\6610286.1 R1034/00002

1

**COS / CHAPTER 11 TRUSTEE'S OBJECTION TO CLAIMS FILED BY STEPHEN A. FINN AND WINERY REHABILITATION, LLC - CASE NO. 17-10065-RLE**

Case: 17-10065   Doc# 517-1   Filed: 02/12/20   Entered: 02/12/20 13:31:06   Page 1 of 2

of business with the United States Postal Service in San Francisco, California, with postage fully prepaid.

**Counsel for Debtor, SVC**
Steven M. Olson
Law Office of Steven M. Olson
100 E Street, Suite 104
Santa Rosa, CA 95404-4605

**Counsel for Ross Sullivan and Kelleen Sullivan**
John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

**Stephen A. Finn and Winery Rehabilitation, LLC**
Philip S. Warden
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor
Post Office Box 2824
San Francisco, CA 94126-2824

**United States Trustee**
Office of The U.S. Trustee – SF
Attn: Timothy S. Laffredi
450 Golden Gate Ave.
Suite 05-0153
San Francisco, CA 94102

*(Chambers Copy)*
The Honorable Roger L. Efremsky
Attn: Courtroom Deputy
United States Bankruptcy Court
Northern District of California
Oakland Division
1300 Clay Street #300
Oakland, CA 94612

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 12, 2020, in San Francisco, California.

                                          /s/ Deanna Micros (xxx-xx-5693)
                                              DEANNA MICROS

DUANE MORRIS LLP
SAN FRANCISCO

DM3\6610286.1 R1034/00002

2

**COS / CHAPTER 11 TRUSTEE'S OBJECTION TO CLAIMS FILED BY STEPHEN A. FINN AND WINERY REHABILITATION, LLC - CASE NO. 17-10065-RLE**

Case: 17-10065    Doc# 517-1    Filed: 02/12/20    Entered: 02/12/20 13:31:06    Page 2 of 2