John D. Fiero (CA Bar No. 136557)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: jfiero@pszjlaw.com

*Attorneys for Equity Owners
Ross Sullivan and Kelleen Sullivan*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>SVC,<br><br>Debtor. | Case No.: 17-10065-RLE<br><br>Chapter 11<br><br>**MODIFICATIONS TO COMBINED PLAN AND DISCLOSURE STATEMENT PROPOSED BY SULLIVAN FAMILY (DECEMBER 20, 2019)**<br><br><u>CONFIRMATION HEARING</u><br>Date: February 26, 2020<br>Time: 10:00 a.m.<br>Place: 1300 Clay Street, Room 201<br>       Oakland, CA 94612<br>Judge: The Hon. Roger L. Efremsky |

**TO ALL CREDITORS AND PARTIES ENTITLED TO NOTICE UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002:**

Plan Proponents Ross Sullivan and Kelleen Sullivan hereby offer the following modifications to their Combined Plan and Disclosure Statement Proposed by Sullivan Family (December 20, 2019) (the "Plan").

1. The definition of "Effective Date" found in Article III of the Plan shall be amended and restated so that it reads as follows:

> "Effective Date" means the business day following the Confirmation Date chosen and announced by the Plan Proponents in their sole and absolute discretion so long as the Order of Confirmation is not subject

to a stay. Such choice and announcement shall be made by filing and service of a Notice of Effective Date by the Plan Proponents."

2. Section 8.1 of the Plan shall be revised to read as follows:

8.1 **Post-Confirmation Operations and Management of the Estate.** From and after the Effective Date, the Reorganized Debtor shall manage the assets of its Estate and shall have all of the authority to act on behalf of such Estate. Such management shall include, without limitation, (a) fulfilling the duties and obligations of the Estate under the Plan; (b) prosecuting the Estate Retained Claims as well as Claim objections utilizing business judgment, (c) abandoning any assets deemed to be burdensome or of inconsequential value to the Estate; (d) succeeding to the chapter 11 trustee's attorney/client privilege and work product protection in all respects; (e) taking possession of all documents (electronic or otherwise) relating to the chapter 11 administration of the Estate, including those subject to the attorney-client privilege; and (f) otherwise fully administering the Estate as required by the Plan, the Order of Confirmation, the Bankruptcy Code and the Bankruptcy Rules. Without limiting the foregoing, the Reorganized Debtor will have all of the rights and powers of an estate representative appointed pursuant to Section 1123(b)(3) of the Bankruptcy Code. Bill Brinkman shall serve as the President of SVC and serve as the chairman of its board of directors and shall continue to serve as such until the earlier of; (a) his resignation, (b) the entry of a final decree, or (c) the date upon which the Finn Creditors' Claims are either (i) disallowed or (ii) satisfied to the fullest extent possible under the Plan waterfall. SVC's other board members (Kelly and Sean Sullivan) shall have no ability to remove Mr. Brinkman from his posts unless he resigns or a court of competent jurisdiction, upon motion by one or more shareholders of SVC, shall remove him for gross negligence or willful misconduct. Mr. Brinkman shall have the right to resign at any time, subject to 90 days' notice to SVC. Kelleen and Sean Sullivan shall serve as the other two board members of SVC.

Dated: February 21, 2020           PACHULSKI STANG ZIEHL & JONES LLP

                                   By:  */s/ John D. Fiero*
                                        John D. Fiero
                                        *Attorneys for Equity Owners*
                                        *Ross Sullivan and Kelleen Sullivan*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On February 21, 2020, I caused to be served the following documents in the manner stated below:

- **MODIFICATIONS TO COMBINED PLAN AND DISCLOSURE STATEMENT PROPOSED BY SULLIVAN FAMILY (DECEMBER 20, 2019)**

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **February 21, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 21, 2020 at San Francisco, California.

                                                */s/ Oliver Carpio*
                                                Legal Assistant

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1. **SERVED VIA ECF/NEF**

- **Jonathan M. Cohen**  jcohen@josephandcohen.com, donna@josephandcohen.com
- **Jay D. Crom**  jcrom@bachcrom.com
- **Jacob M. Faircloth**  jacob.faircloth@smolsonlaw.com
- **Michael C. Fallon**  mcfallon@fallonlaw.net, manders@fallonlaw.net
- **Reno F.R. Fernandez**  2382885420@filings.docketbird.com, ecf@macfern.com
- **John D. Fiero**  jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Geoffrey A. Heaton**  gheaton@duanemorris.com, dmicros@duanemorris.com
- **Timothy W. Hoffman**  twh1761@yahoo.com, ca73@ecfcbis.com
- **Chris D. Kuhner**  c.kuhner@kornfieldlaw.com, g.michael@kornfieldlaw.com
- **Timothy S. Laffredi**  timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- **Charles P. Maher**  cmaher@rinconlawllp.com, aworthing@rinconlawllp.com
- **Austin P. Nagel**  melissa@apnagellaw.com
- **Office of the U.S. Trustee / SR**  USTPRegion17.SF.ECF@usdoj.gov
- **Aron M. Oliner**  roliner@duanemorris.com, dmicros@duanemorris.com
- **Steven M. Olson**  smo@smolsonlaw.com
- **Gregory S. Powell**  greg.powell@usdoj.gov, Tina.L.Spyksma@usdoj.gov
- **Matthew J. Shier**  mshier@shierkatz.com, mterry@shierkatz.com
- **Peter L.D. Simon**  psimon@beyerscostin.com, shernandez@beyerscostin.com
- **Philip S. Warden**  philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- **Andrea A. Wirum**  trustee@wirum.com, CA22@ecfcbis.com
- **Andrea A. Wirum**  trustee@wirum.com, CA22@ecfcbis.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA