UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: SULLIVAN VINEYARDS CORPORATION

Case No. 17-10065

CHAPTER 11
FINAL MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)

SEE ATTACHED DISCLOSURE STATEMENT

## SUMMARY OF FINANCIAL STATUS

**PERIOD ENDED** 3/6/2020    **PETITION DATE:** 2/1/2017

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in   $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $927,380 | $933,547 | |
| b. Total Assets | $927,380 | $933,547 | $12,744,951 |
| c. Current Liabilities | $316,539 | $272,381 | |
| d. Total Liabilities | $607,555 | $563,397 | $16,989,150 |
| 3. **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
| a. Total Receipts | $0 | $0 | $3,430,380 |
| b. Total Disbursements | $6,167 | $18,418 | $2,531,044 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($6,167) | ($18,418) | $899,336 |
| d. Cash Balance Beginning of Month | $920,831 | $939,249 | $15,328 |
| e. Cash Balance End of Month (c + d) | $914,664 | $920,831 | $914,664 |
| | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
| 4. **Profit/(Loss) from the Statement of Operations** | ($50,325) | ($48,735) | ($1,191,109) |
| 5. **Account Receivables (Pre and Post Petition)** | $9,952 | $9,952 | |
| 6. **Post-Petition Liabilities** | $316,539 | $272,381 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

**At the end of this reporting month:**

| | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | X | |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | X | |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | X-#9 | X-#8 |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. Are a plan and disclosure statement on file? | X | |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes   X  ;    U.S. Trustee Quarterly Fees   X  ; Check if filing is current for: Post-petition tax reporting and tax returns:   X  .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:   3/21/2020 0:00            /s/ Timothy W. Hoffman
                                   Chapter 11 Trustee

SEE ATTACHED DISCLOSURE STATEMENT

Revised 1/1/98

SULLIVAN VINEYARDS CORPORATION
CASE NO. 17-10065
OPERATING REPORT FOR THE PERIOD FEBRUARY 1, 2020 THROUGH MARCH 6, 2020

Page 1, Line 8-

On July 3, 2019 the Debtor made a payment of $602.00 to ADP, the $602.00 included $214.00 that was related to a pre-petition period.

Page 1, Line 9-Payments to Professionals-

| Date | Name | Amount |
|---|---|---:|
| 3/13/2018 | Kokjer, Pierotti, Maiocco & Duck LLP | 54,698.00 |
| 3/13/2018 | Kokjer, Pierotti, Maiocco & Duck LLP | 79.83 |
| 3/13/2018 | Duane Morris LLP | 268,958.50 |
| 3/13/2018 | Duane Morris LLP | 2,558.05 |
| 3/13/2018 | Timothy W. Hoffman | 71,180.00 |
| 3/13/2018 | Timothy W. Hoffman | 186.63 |
| 3/15/2018 | Steven M. Olson | 160,446.46 |
| 4/26/2018 | Bachecki Crom & Co. LLP | 3,394.50 |
| 4/26/2018 | Bachecki Crom & Co. LLP | 15.90 |
| 3/19/2019 | Duane Morris LLP | 229,662.00 |
| 3/19/2019 | Duane Morris LLP | 2,935.00 |
| 3/19/2019 | Kokjer, Pierotti, Maiocco & Duck LLP | 77,196.50 |
| 3/19/2019 | Kokjer, Pierotti, Maiocco & Duck LLP | 72.80 |
| 1/21/2020 | Beyers Cohen Simon | 18,052.50 |
| 1/21/2020 | Beyers Cohen Simon | 365.95 |
| | | 889,802.62 |

# STATEMENT OF OPERATIONS
## (General Business Case)
### For the Period February 1, 2020 through March 6, 2020

| Current Month | | | | | Cumulative | Next Month |
|---|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | | **(Case to Date)** | **Forecast** |
| | | | | **Revenues:** | | |
| $0 | $0 | $0 | 1 | Gross Sales | $2,271,139 | $0 |
| | | $0 | 2 | less: Sales Returns & Allowances | | |
| $0 | $0 | $0 | 3 | Net Sales | $2,271,139 | $0 |
| $0 | $0 | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | $789,865 | $0 |
| $0 | $0 | $0 | 5 | Gross Profit | $1,481,274 | $0 |
| $0 | $0 | $0 | 6 | Interest | $19 | |
| $0 | $0 | $0 | 7 | Other Income: Credit Card Test | $1 | |
| $0 | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| $0 | $0 | $0 | 10 | **Total Revenues** | $1,481,294 | $0 |
| | | | | **Expenses:** | | |
| $0 | $0 | $0 | 11 | Compensation to Owner(s)/Officer(s) | $195,762 | $0 |
| $0 | $0 | $0 | 12 | Salaries | $404,318 | $0 |
| $0 | $0 | $0 | 13 | Commissions | $9,814 | $0 |
| $0 | $0 | $0 | 14 | Contract Labor | $80,481 | $0 |
| | | | | Rent/Lease: | | |
| $0 | $0 | $0 | 15 | Personal Property | $0 | $0 |
| $0 | $0 | $0 | 16 | Real Property | $340,000 | |
| $0 | $0 | $0 | 17 | Insurance | $196,823 | $0 |
| | | $0 | 18 | Management Fees | | |
| $0 | $0 | $0 | 19 | Depreciation | $156,824 | $0 |
| | | | | Taxes: | | |
| $0 | $0 | $0 | 20 | Employer Payroll Taxes | $55,173 | $0 |
| $0 | $0 | $0 | 21 | Real Property Taxes | $0 | $0 |
| $0 | $0 | $0 | 22 | Other Taxes | $18,443 | $0 |
| $0 | $0 | $0 | 23 | Other Selling | $324,563 | $0 |
| $0 | $0 | $0 | 24 | Other Administrative | $135,888 | $0 |
| $0 | $0 | $0 | 25 | Interest | $390,914 | $0 |
| | | $0 | 26 | Other Expenses: | | |
| $0 | $0 | $0 | 27 | Amortization | $42,291 | $0 |
| $0 | $0 | $0 | 28 | Production Expenses | $810,596 | $0 |
| $0 | $0 | $0 | 29 | Allocation of Production overhead costs | ($1,429,316) | $0 |
| $0 | $0 | $0 | 30 | Allocation of Facility Expenses to SVP | ($24,905) | $0 |
| | | $0 | 31 | | | |
| | | $0 | 32 | | | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $0 | $0 | $0 | 35 | **Total Expenses** | $1,707,669 | $0 |
| $0 | $0 | $0 | 36 | **Subtotal** | ($226,375) | $0 |
| | | | | **Reorganization Items:** | | |
| $53,554 | $20,000 | ($33,554) | 37 | Professional Fees | $856,363 | $0 |
| $369 | $0 | ($369) | 38 | Chapter 11 Trustee Bond | $2,755 | $0 |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| $0 | $0 | $0 | 41 | U.S. Trustee Quarterly Fees | $96,230 | $0 |
| | | $0 | 42 | | | |
| $53,923 | $20,000 | ($33,923) | 43 | **Total Reorganization Items** | $955,348 | $0 |
| ($53,923) | ($20,000) | ($33,923) | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($1,181,723) | $0 |
| ($3,598) | $0 | $3,598 | 45 | Federal & State Income Taxes | $9,386 | $0 |
| ($50,325) | ($20,000) | ($30,325) | 46 | **Net Profit (Loss)** | ($1,191,109) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

SEE ATTACHED DISCLOSURE STATEMENT

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
**For the Period Ended** 03/06/20

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $914,664 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $9,952 |
| 4 | Inventory | B | |
| 5 | Prepaid expenses | | $2,764 |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $927,380 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | |
| 11 | Machinery and equipment | D | |
| 12 | Furniture and fixtures | D | |
| 13 | Office equipment | D | |
| 14 | Leasehold improvements | D | |
| 15 | Vehicles | D | |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $0 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | | | $0 |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | | $927,380 |

**NOTE:**

# Liabilities and Equity
### (General Business Case)

**Liabilities From Schedules**

### Post-Petition

#### Current Liabilities

| | | | | |
|---|---|---|---|---|
| 30 | Salaries and wages | | | $0 |
| 31 | Payroll taxes | | | $0 |
| 32 | Real and personal property taxes | | | |
| 33 | Income taxes | | | |
| 34 | Sales taxes | | | $0 |
| 35 | Notes payable (short term) | | | |
| 36 | Accounts payable (trade) | A | | $0 |
| 37 | Real property lease arrearage | | | |
| 38 | Personal property lease arrearage | | | |
| 39 | Accrued professional fees | | | $310,745 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | |
| 41 | Other: | Gift Certificates | | $665 |
| | | Estimated Income Taxes | | $4,479 |
| | | US Trustee Quarterly Fee | | $650 |
| 44 | **Total Current Liabilities** | | | $316,539 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | |
| 46 | **Total Post-Petition Liabilities** | | | $316,539 |

#### Pre-Petition Liabilities (allowed amount)

| | | | |
|---|---|---|---|
| 47 | Secured claims | F | |
| 48 | Priority unsecured claims | F | $5,108 |
| 49 | General unsecured claims | F | $285,908 |
| 50 | **Total Pre-Petition Liabilities** | | $291,016 |
| 51 | **Total Liabilities** | | $607,555 |

### Equity (Deficit)

| | | |
|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | ($1,594,148) |
| 53 | Capital Stock | $350,000 |
| 54 | Additional paid-in capital | $209,695 |
| 55 | Cumulative profit/(loss) since filing of case | ($1,191,109) |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | | |
| 58 | Market value adjustment | $2,545,387 |
| 59 | **Total Equity (Deficit)** | $319,825 |
| 60 | **Total Liabilities and Equity (Deficit)** | $927,380 |

# SCHEDULES TO THE BALANCE SHEET
**(General Business Case)**

## Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---:|---:|---:|
| 0 -30 Days | $0 | $0 | |
| 31-60 Days | $0 | $0 | |
| 61-90 Days | $0 | $0 | 0 |
| 91+ Days | $9,952 | $0 | |
| Total accounts receivable/payable | $9,952 | $0 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $9,952 | | |

## Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | - |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | |
|   Product for resale | | Direct labor | |
| | | Manufacturing overhead | - |
| Distribution - | | Freight in | |
|   Products for resale | | Other: | |
| | | | |
| Manufacturer - | | | - |
|   Raw Materials | | | |
|   Work-in-progress | | Less - | |
|   Finished goods | | Inventory End of Month | - |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| | | Cost of Goods Sold | - |
| TOTAL | | | |

**Method of Inventory Control**
Do you have a functioning perpetual inventory system?
    Yes _____    No _____
How often do you take a complete physical inventory?

  Weekly _____
  Monthly _____
  Quarterly _____
  Semi-annually _____
  Annually _____
Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -
  FIFO cost _____
  LIFO cost _____
  Lower of cost or market _____
  Retail method _____
  Other _____
    Explain

SEE ATTACHED DISCLOSURE STATEMENT

Revised 1/1/98

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| | | |
| Total | | |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| Total | | |
| Furniture & Fixtures - | | |
| Total | | |
| Office Equipment - | | |
| Total | | |
| Leasehold Improvements - | | |
| Total | | |
| Vehicles - | | |
| Total | | |

SEE ATTACHED DISCLOSURE STATEMENT

Revised 1/1/98

## Schedule E
## Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | $ - | | | | $ - |
| FICA - Employee | $ - | | | | $ - |
| FICA - Employer | $ - | | | | $ - |
| Unemployment (FUTA) | $ - | | | | $ - |
| Income | | | | | $ - |
| Other (Attach List) | | | | | $ - |
| **Total Federal Taxes** | $ - | $ - | $ - | $ - | $ - |
| **State and Local** | | | | | |
| Income Tax Withholding | $ - | | | | $ - |
| Unemployment (UT) | $ - | | | | $ - |
| Disability Insurance (DI) | $ - | | | | $ - |
| Empl. Training Tax (ETT) | | | | | $ - |
| Sales | $ - | | | | $ - |
| Excise | | | | | $ - |
| Real property | | | | | $ - |
| Personal property | | | | | $ - |
| Income | | | | | $ - |
| Other (Attach List) | | | | | $ - |
| **Total State & Local Taxes** | $ - | $ - | $ - | $ - | $ - |
| **Total Taxes** | $ - | $ - | $ - | $ - | $ - |

## Schedule F
## Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | | |
| Priority claims other than taxes | $ 5,108 | $ 5,108 |
| Priority tax claims | | |
| General unsecured claims | $ 285,908 | $ 285,908 |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
## Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | **Account 1** |
|---|---|
| Bank | Mechanics Bank |
| Account Type | Trustee Account |
| Account No. | x0899 |
| Account Purpose | Administration |
| Balance, End of Month | $914,664 |
| Total Funds on Hand for all Accounts | $914,664 |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

SEE ATTACHED DISCLOSURE STATEMENT

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Perod February 1, 2020 through March 6, 2020

|     |                                                                               | Actual Current Month | Cumulative (Case to Date) |
|-----|-------------------------------------------------------------------------------|----------------------|---------------------------|
|     | **Cash Receipts**                                                             |                      |                           |
| 1   | Rent/Leases Collected                                                         |                      |                           |
| 2   | Cash Received from Post-Petition Sales                                        | $0                   | $2,352,507                |
| 2A  | Cash Received from Pre-Petition Sales                                         | $0                   | $32,557                   |
| 3   | Interest Received                                                             | $0                   | $19                       |
| 4   | Transfer from Trustee's bank account                                          | $0                   | $0                        |
| 5   | Funds from Shareholders, Partners, or Other Insiders                          | $0                   | $939,574                  |
| 6   | Capital Contributions                                                         | $0                   | $0                        |
| 7   | Replacement of pre-petition grape payment received from K.Sullivan (2/16/17)  | $0                   | $10,000                   |
| 8   | Sales Taxes Received                                                          | $0                   | $45,070                   |
| 9   | Transfer from SVP                                                             | $0                   | $39,000                   |
| 10  | Workman's Comp Reimbursements                                                 | $0                   | $5,236                    |
| 10a | Shipping Expense Reimbursements                                               | $0                   | $100                      |
| 11  | Sales Taxes Refunded                                                          | $0                   | $5,720                    |
| 11a | Ford F-250 Refund on Payoff                                                   | $0                   | $286                      |
| 11b | Payroll Tax Fee Reimbursement                                                 | $0                   | $112                      |
| 11c | ABC Lic Reimbursement + Holtzclaw Lic & Fees Reimbursements                   | $0                   | $199                      |
| 12  | **Total Cash Receipts**                                                       | $0                   | $3,430,380                |
|     | **Cash Disbursements**                                                        |                      |                           |
| 13  | Payments for Inventory                                                        |                      |                           |
| 14  | Selling                                                                       | $0                   | $319,776                  |
| 15  | Administrative                                                                | $0                   | $476,117                  |
| 16  | Capital Expenditures                                                          |                      |                           |
| 17  | Principal Payments on Debt                                                    |                      |                           |
| 18  | Interest Paid                                                                 | $0                   | $390,196                  |
|     | Rent/Lease:                                                                   |                      |                           |
| 19  |    Personal Property                                           |                      |                           |
| 20  |    Real Property                                               | $0                   | $270,000                  |
|     | Amount Paid to Owner(s)/Officer(s)                                            |                      |                           |
| 21  |    Salaries (less withholding)                                 | $0                   | $141,565                  |
| 22  |    Draws                                                       |                      |                           |
| 23  |    Commissions/Royalties                                       |                      |                           |
| 24  |    Expense Reimbursements                                      |                      |                           |
| 25  |    Other                                                       |                      |                           |
| 26  | Salaries/Commissions (less employee withholding)                              | $0                   | $294,895                  |
| 27  | Management Fees                                                               |                      |                           |
|     | Taxes:                                                                        |                      |                           |
| 28  |    Employee Withholding                                        | $0                   | $156,181                  |
| 29  |    Employer Payroll Taxes                                      | $0                   | $55,172                   |
| 30  |    Personal property taxes                                     | $0                   | $6,727                    |
| 31  |    Other Taxes                                                 | $922                 | $37,796                   |
| 32  |    Other Taxes - Sales Taxes                                   | $0                   | $35,799                   |
| 33  | Other Cash Outflows:                                                          |                      |                           |
|     |    Transfer to Trustee bank account                            | $0                   | $1,292                    |
|     |    Transfer to SVP                                             | $0                   | $1,000                    |
| 34  |    Production expenses                                         | $0                   | $183,853                  |
| 35  |    Grape Purchases                                             | $0                   | $62,074                   |
| 36  |    Barrels                                                     | $0                   | $79,281                   |
| 37  |    US Trustee Fees & Bond                                      | $5,245               | $19,320                   |
| 39  | **Total Cash Disbursements:**                                                 | $6,167               | $2,531,044                |
| 40  | **Net Increase (Decrease) in Cash**                                           | ($6,167)             | $899,336                  |
| 41  | **Cash Balance, Beginning of Period**                                         | $920,831             | $15,328                   |
| 42  | **Cash Balance, End of Period**                                               | $914,664             | $914,664                  |

Case: 17-10065   Doc# 544   Filed: 03/23/20   Entered: 03/23/20 16:42:18   Page 9 of 17

SEE ATTACHED DISCLOSURE STATEMENT

Revised 1/1/98

**Sullivan Vineyards Corporation**
**Case 17-10065**
**Explanation of Variance to Statement of Operations for the period ended 3/6/20**

RE: For variances greater than +/- 10%, list explanation of variance to Statement of Operations

| Line # | Category | +/- Variance | Explanation |
|---|---|---|---|
| 37 | Professional Fees | ($33,554) | Professional fees were adjusted to final compensation requests of Trustee and his professionals |
| 38 | Chapter 11 Trustee Bond | ($369) | The surety bond payment was not included in the January 2020 next month forecast |
| 45 | Federal and State Income Taxes | $3,598 | Estimated income taxes were adjusted for the impact of additional expenses incurred for the current fiscal year after the prior projection was prepared |




**Mechanics Bank**
Member FDIC
NMLS #442116

P.O. Box 6010
Santa Maria, CA  93456-6010
*Return Service Requested*

Period Covered:
February 01, 2020 - February 29, 2020
Page 1 of 3

Timothy W. Hoffman
P.O. Box 1761
Sebastopol CA 95473

| | |
|---|---|
| Case Number | 17-10065 |
| Case Name | SULLIVAN VINEYARDS CORP. |
| Trustee Number | 0000007815 |
| Trustee Name | Timothy W. Hoffman |

📞 **Questions**
(800) 634-7734
banking.services@stretto.com
**www.stretto.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | ▮1066 | $920,830.80 | $915,586.49 |
| **Total** | | **$920,830.80** | **$915,586.49** |

Case: 17-10065    Doc# 544    Filed: 03/23/20    Entered: 03/23/20 16:42:18    Page 11 of 17

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415




P.O. Box 6010
Santa Maria, CA  93456-6010
*Return Service Requested*

Mechanics Bank
Member FDIC
NMLS #442116

Period Covered:
February 01, 2020 - February 29, 2020
Page 2 of 3

Timothy W. Hoffman
P.O. Box 1761
Sebastopol CA 95473

| | |
|---|---:|
| Case Number | 17-10065 |
| Case Name | SULLIVAN VINEYARDS CORP. |
| Trustee Number | 0000007815 |
| Trustee Name | Timothy W. Hoffman |

📞 **Questions**
(800) 634-7734
banking.services@stretto.com
**www.stretto.com**

## TRUSTEE CHECKING

Account Number: 1066

| | | | |
|---|---:|---|---:|
| Enclosures | 2 | **Beginning Balance** | **$920,830.80** |
| Avg Collected Balance | $919,035.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $5,244.31 |
| | | **Ending Balance** | **$915,586.49** |

### Checks

*\* Indicates a Skip in Check Number(s)*
*"E" Indicates an Electronic Check*

| Check # | Date | Amount | Check # | Date | Amount |
|---:|---|---:|---:|---|---:|
| 152 | 02-21 | 369.31 | 153 | 02-20 | 4,875.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---:|---|---:|---|---:|
| 01-31 | 920,830.80 | 02-20 | 915,955.80 | 02-21 | 915,586.49 |

**Mechanics Bank**
P.O. Box 6010
Santa Maria, CA 93456-6010
*Return Service Requested*



**Mechanics Bank**
Member FDIC
NMLS #442116

Account Number ▉1066

Period Covered:
February 01, 2020 - February 29, 2020
Page 3 of 3



| | | |
|---|---|---|
| 02/21/20 | #152 | $369.31 |
| 02/21/20 | #152 | $369.31 |
| 02/20/20 | #153 | $4,875.00 |
| 02/20/20 | #153 | $4,875.00 |

**Sullivan Vineyards Corporation 17-10065**
**Mechanics Bank - A/C XXXXXX1066**
**Bank Reconciliation**
**February 29, 2020**

|  | Balance February 1, 2020 | Receipts | Disbursements | Balance February 29, 2020 |
|---|---|---|---|---|
| Per Bank | 920,830.80 | - | (5,244.31) | 915,586.49 |
| Outstanding- Beginning Ending |  |  |  |  |
| Deposit in Transit |  |  |  |  |
| Per Books | 920,830.80 | - | (5,244.31) | 915,586.49 |
| 3/2/20-Franchise Tax Board |  |  |  | (922.00) |
| Balance March 5, 2020 |  |  |  | 914,664.49 |

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 17-10065 RLE | | Trustee: | Timothy W. Hoffman (007815) |
|---|---|---|---|---|
| Case Name: | Sullivan Vineyards Corp. | | Bank Name: | Mechanics Bank |
| | | | Account: | ******1066 - Checking Account |
| Taxpayer ID #: | **-***4932 | | Blanket Bond: | $55,486,801.00 (per case limit) |
| Period Ending: | 03/20/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/20/19 | 148 | Sullivan Vineyard Partners | Chapter 11 administrative claim approved by order entered 11/15/19 | 6950-000 | | 100,478.45 | 939,574.25 |
| 11/29/19 | 149 | United States Trustee Payment Center | 3Q 2019-- Acct. no. 711-17-10065 | 6950-000 | | 325.00 | 939,249.25 |
| 01/21/20 | 150 | Beyers Costin Simon | Special counsel fees approved by order entered January 17, 2020. | 6210-600 | | 18,052.50 | 921,196.75 |
| 01/21/20 | 151 | Beyers Costin Simon | Special counsel expenses approved by order entered January 17, 2020. | 6220-610 | | 365.95 | 920,830.80 |
| 02/07/20 | 152 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2020 FOR CASE #17-10065, Bond # 016048574 | 2300-000 | | 369.31 | 920,461.49 |
| 02/12/20 | 153 | United States Trustee Payment Center | Acct. no. 7111710065 -- SVC 4th Quarter UST fees. | 6950-000 | | 4,875.00 | 915,586.49 |
| 03/02/20 | 154 | Franchise Tax Board | 94-3054943 -- 2018 Form 100 | 6820-000 | | 922.00 | 914,664.49 |
| 03/09/20 | | Pachulski Stang Ziehl & Jones, LLP Client Trust Account | Wire funds to reorganized debtor | 8500-002 | | 914,664.49 | 0.00 |



{} Asset reference(s)

Printed: 03/20/2020 04:52 PM    V.14.60

# SULLIVAN VINEYARDS CORPORATION
# MONTHLY OPERATING REPORT DISCLOSURE STATEMENT
# CASE NO. 17-10065-RLE
# FOR THE PERIOD ENDED MARCH 6, 2020

Sullivan Vineyards Corporation filed a Chapter 11 bankruptcy petition on February 1, 2017. The case was operated as a Debtor in Possession until Timothy W. Hoffman ("Trustee") was appointed Chapter 11 Trustee by order of the Court dated August 29, 2017. The case was jointly administered with Sullivan Vineyards Partnership until Mr. Hoffman resigned as Chapter 11 Trustee of Sullivan Vineyards Partnership on August 7, 2019. The Combined Plan and Disclosure Statement Proposed by Sullivan Family was approved by order of the Court dated February 27, 2020. The Plan effective date is March 6, 2020. This is the final Chapter 11 operating report that will be filed.

This report was prepared in part upon information which is the representation of the Debtor. The Trustee had no involvement with the Debtor's accounting prior to his appointment and makes no representations regarding the accuracy of the Debtor's financial records for the period prior to his appointment.

The Trustee entered into an agreement to sell substantially all of the assets of Sullivan Vineyards Corporation and Sullivan Vineyards Partnership. The sale was approved by an order of the Court dated December 11, 2017 and the sale closed on January 10, 2018. The terms of the purchase agreement including price are confidential. Due to the confidentiality requirement, the sale escrow activity including the sales price, sales expenses, secured debt payments and the net cash received by the Trustee are reflected in the Market Value Adjustment on the Balance Sheet. The assets sold and the secured debt paid through escrow have been removed from the balance sheet.