Entered on Docket
April 21, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: jfiero@pszjlaw.com
         jrosell@pszjlaw.com

*Attorneys for Reorganized Debtor SVC*

The following constitutes the order of the Court.
Signed: April 21, 2020

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>    SVC,<br><br>          Debtor. | Case No. 17-10065-RLE<br><br>Chapter 11<br><br>**ORDER SUSTAINING OBJECTION AND DISALLOWING CLAIMS OF STEPHEN A. FINN AND WINERY REHABILITATION, LLC [DOCKET NO. 516]**<br><br>Date: April 15, 2020<br>Time: 2:00 p.m.<br>Place: 1300 Clay Street, Courtroom 201<br>         Oakland, California<br>Judge: Honorable Roger L. Efremsky |

**THIS MATTER** came before the Court at the above-referenced time and place for a telephonic hearing on *Chapter 11 Trustee's Objection to Claims Filed by Stephen A. Finn and Winery Rehabilitation, LLC* [Docket No. 516] (the "Objection"). Appearances were made as reflected in the record. Based upon the Court's review of the Objection, the pleadings and arguments of counsel, and for the reasons stated on the record at the hearing,

**IT IS HEREBY ORDERED**:

1. The Objection is sustained.

2. Claim number 12 filed by Winery Rehabilitation, LLC, as amended, is disallowed in its entirety.

3. Claim number 14 filed by Stephen A. Finn, as amended, is disallowed in its entirety.

* * * END OF ORDER * * *