John D. Fiero (CA Bar No. 136557)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: jfiero@pszjlaw.com

*Attorneys for Reorganized Debtor SVC*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **In re**<br><br>**SVC,**<br><br>Debtor. | Case No. 17-10065-RLE<br><br>Chapter 11<br><br>**REVISED AND RE-STATED DECLARATION OF ROSS SULLIVAN IN SUPPORT OF OBJECTION TO SCHEDULED CLAIM OF TROVE PROFESSIONAL SERVICES LLC**<br><br>Date: June 10, 2020<br>Time: 2:00 p.m.<br>Place: 1300 Clay Street, Courtroom 201<br>       Oakland, California<br>Judge: Honorable Roger L. Efremsky |

I, Ross Sullivan, declare:

1. I am the President of reorganized debtor SVC (the "Reorganized Debtor") which has sole authority to resolve claim objections in this case under Section 10.4 of the *Combined Plan and Disclosure Statement Proposed by Sullivan Family* (December 20, 2019) as modified (the "Plan"). The following is true of my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. I make this revised and re-stated declaration to more accurately state certain facts regarding the scheduled claim of Trove Professional Services ("Claimant"). By submitting this declaration, it is my intention to entirely supersede my prior declaration filed on June 3, 2020 at Docket No. 580. For convenience, I hereby re-attach as **Exhibit A** a true and correct copy of the Trove Transaction Detail List by Vendor (the "Transaction Detail") which, I am informed and

believe, has been maintained in the ordinary course of SVC's business by persons under a business duty to do so.

3. Before the SVC bankruptcy was filed, SVC worked with Claimant on a cost-saving initiative under which SVC paid Claimant for certain operational savings realized by the winery. Under this arrangement, each month, the Debtor paid Claimant $537.94 using an automatic payment feature. Indeed, as the Transaction Detail makes clear, on February 2, 2917, the Debtor used check number 7855 to pay all amounts due to Claimant through January 31, 2017.

4. Contrary to the suggestion in my prior declaration, SVC's bankruptcy petition was filed on February 1, 2017 (the "Petition Date") and not February 10, 2017. The February 2, 2017 check to Claimant was issued automatically the day after the Petition Date before the bank's systems stopped checks from clearing or being issued on account of pre-petition obligations. This unfortunate automated transfer was disclosed in the debtor's February 2017 monthly operating report.

4. I believe that the $9,000 "estimated" claim shown on SVC's schedules (Docket Number 25) was set forth in error. In fact, the only unpaid pre-petition claim Claimant might have had would be for $1/28^{th}$ of the regular monthly payment. Using that yardstick, I now believe that the actual pre-petition claim held by Claimant cannot and should not exceed $19.21, and ask that the schedules on file in this case be amended to reflect this reduced amount.

5. With regard to any amounts that might have accrued and been due to Claimant after the Petition Date, the bar date for filing a "rejection damage" or administrative claim has passed. Accordingly, no such claims exist and the full extent of Claimant's pre-petition claim is $19.21.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 4th day of June, 2020.

                                                *Ross Sullivan*

# EXHIBIT A

| AQAAAAkFA | Type | Date | Num | Name | Memo | Account | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bill | 03/02/2015 | 0302 | Trove | | Accounts payable | | | Contract services | | 537.49 | -537.49 |
| | Bill | 03/02/2015 | 0302 | Trove | | Contract services | | | Accounts payable | 537.49 | | 0.00 |
| | Bill Pmt -Check | 03/31/2015 | EFT | Trove | | SVB...9779 | | √ | Accounts payable | | 537.49 | -537.49 |
| | Bill Pmt -Check | 03/31/2015 | EFT | Trove | | Accounts payable | | | SVB...9779 | 537.49 | | 0.00 |
| | Bill | 04/27/2015 | 04272015 | Trove | | Accounts payable | | | Contract services | | 537.49 | -537.49 |
| | Bill | 04/27/2015 | 04272015 | Trove | | Contract services | | | Accounts payable | 537.49 | | 0.00 |
| | Bill Pmt -Check | 05/06/2015 | EFT | Trove | | SVB...9779 | | √ | Accounts payable | | 537.49 | -537.49 |
| | Bill Pmt -Check | 05/06/2015 | EFT | Trove | | Accounts payable | | | SVB...9779 | 537.49 | | 0.00 |
| | Bill | 05/30/2015 | EFT | Trove | | Accounts payable | | | Contract services | | 537.49 | -537.49 |
| | Bill | 05/30/2015 | EFT | Trove | | Contract services | | | Accounts payable | 537.49 | | 0.00 |
| | Bill Pmt -Check | 05/30/2015 | EFT | Trove | | SVB...9779 | | √ | Accounts payable | | 537.49 | -537.49 |
| | Bill Pmt -Check | 05/30/2015 | EFT | Trove | | Accounts payable | | | SVB...9779 | 537.49 | | 0.00 |
| | Bill | 06/30/2015 | | Trove | | Accounts payable | | | Contract services | | 537.49 | -537.49 |
| | Bill | 06/30/2015 | | Trove | | Contract services | | | Accounts payable | 537.49 | | 0.00 |
| | Bill Pmt -Check | 06/30/2015 | EFT | Trove | | SVB...9779 | | √ | Accounts payable | | 537.49 | -537.49 |
| | Bill Pmt -Check | 06/30/2015 | EFT | Trove | | Accounts payable | | | SVB...9779 | 537.49 | | 0.00 |
| | Bill | 08/03/2015 | 7311 | Trove | VOID: | Accounts payable | | √ | Contract services | 0.00 | | 0.00 |
| | Bill | 08/03/2015 | 7311 | Trove | VOID: | Contract services | | √ | Accounts payable | 0.00 | | 0.00 |
| | Bill Pmt -Check | 08/07/2015 | EFT | Trove | | SVB...9779 | | √ | Accounts payable | | 0.00 | 0.00 |
| | Bill Pmt -Check | 08/07/2015 | EFT | Trove | | Accounts payable | | | SVB...9779 | 0.00 | | 0.00 |
| | Bill | 09/07/2015 | 7336-EFT | Trove | VOID: | Accounts payable | | √ | Contract services | 0.00 | | 0.00 |
| | Bill | 09/07/2015 | 7336-EFT | Trove | VOID: | Contract services | | √ | Accounts payable | 0.00 | | 0.00 |
| | Bill Pmt -Check | 09/07/2015 | EFT | Trove | | SVB...9779 | | √ | Accounts payable | | 0.00 | 0.00 |
| | Bill Pmt -Check | 09/07/2015 | EFT | Trove | | Accounts payable | | | SVB...9779 | 0.00 | | 0.00 |
| | Check | 09/21/2015 | EFT | Trove | | SVB...9779 | | √ | Contract services | | 1,075.88 | -1,075.88 |
| | Check | 09/21/2015 | EFT | Trove | inv 7311 + inv 7336 | Contract services | | | SVB...9779 | 1,075.88 | | 0.00 |
| | Check | 09/21/2015 | EFT | Trove | Elec Fees | SVB...9779 | | √ | Contract services | | 2.55 | -2.55 |
| | Check | 09/21/2015 | EFT | Trove | Elec Fees | Contract services | | | SVB...9779 | 2.55 | | 0.00 |
| | Check | 09/25/2015 | EFT | Trove | | SVB...9779 | | √ | Contract services | | 2.55 | -2.55 |
| | Check | 09/25/2015 | EFT | Trove | | Contract services | | | SVB...9779 | 2.55 | | 0.00 |
| | Check | 09/25/2015 | EFT | Trove | | SVB...9779 | | √ | Contract services | | 537.94 | -537.94 |
| | Check | 09/25/2015 | EFT | Trove | | Contract services | | | SVB...9779 | 537.94 | | 0.00 |
| | Bill | 10/05/2015 | 7356- EFT | Trove | October Savings | Accounts payable | | | Contract services | | 537.94 | -537.94 |
| | Bill | 10/05/2015 | 7356- EFT | Trove | October Savings | Contract services | | | Accounts payable | 537.94 | | 0.00 |
| | Bill Pmt -Check | 10/05/2015 | EFT | Trove | October Savings | SVB...9779 | | √ | Accounts payable | | 537.94 | -537.94 |
| | Bill Pmt -Check | 10/05/2015 | EFT | Trove | October Savings | Accounts payable | | | SVB...9779 | 537.94 | | 0.00 |
| | Check | 10/27/2015 | EFT | Trove | | SVB...9779 | | √ | Contract services | | 2.55 | -2.55 |
| | Check | 10/27/2015 | EFT | Trove | | Contract services | | | SVB...9779 | 2.55 | | 0.00 |
| | Check | 11/25/2015 | EFT | Trove | | SVB...9779 | | √ | Contract services | | 2.55 | -2.55 |
| | Check | 11/25/2015 | EFT | Trove | | Contract services | Admin | | SVB...9779 | 2.55 | | 0.00 |
| | Check | 11/25/2015 | EFT | Trove | | SVB...9779 | | √ | Contract services | | 537.94 | -537.94 |
| | Check | 11/25/2015 | EFT | Trove | | Contract services | Admin | | SVB...9779 | 537.94 | | 0.00 |
| | Check | 12/28/2015 | EFT | Trove | Trove EFT Fees | SVB...9779 | | √ | Contract services | | 2.55 | -2.55 |
| | Check | 12/28/2015 | EFT | Trove | Trove EFT Fees | Contract services | Admin | | SVB...9779 | 2.55 | | 0.00 |
| | Check | 12/28/2015 | EFT | Trove | December 2015 | SVB...9779 | | √ | Contract services | | 537.94 | -537.94 |
| | Check | 12/28/2015 | EFT | Trove | December 2015 | Contract services | Admin | | SVB...9779 | 537.94 | | 0.00 |
| | Bill | 01/04/2016 | 7444 | Trove | VOID: January Fees | Accounts payable | | √ | Contract services | 0.00 | | 0.00 |
| | Bill | 01/04/2016 | 7444 | Trove | January Fees | Contract services | Admin | √ | Accounts payable | 0.00 | | 0.00 |
| | Bill Pmt -Check | 01/04/2016 | EFT | Trove | January Fees | SVB...9779 | | √ | Accounts payable | | 0.00 | 0.00 |
| | Bill Pmt -Check | 01/04/2016 | EFT | Trove | January Fees | Accounts payable | | | SVB...9779 | 0.00 | | 0.00 |
| | Check | 01/26/2016 | | Trove | | SVB...9779 | | √ | Contract services | | 2.55 | -2.55 |
| | Check | 01/26/2016 | | Trove | | Contract services | Admin | | SVB...9779 | 2.55 | | 0.00 |
| | Check | 01/26/2016 | | Trove | | SVB...9779 | | √ | Contract services | | 537.94 | -537.94 |
| | Check | 01/26/2016 | | Trove | inv 7444 | Contract services | Admin | | SVB...9779 | 537.94 | | 0.00 |
| | Check | 02/25/2016 | EFT | Trove | | SVB...9779 | | √ | Contract services | | 2.55 | -2.55 |

| AQAAAAkFA | Type | Date | Num | Name | Memo | Account | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Check | 02/25/2016 | EFT | Trove | inv 7444 | Contract services | Admin | | SVB...9779 | 2.55 | | 0.00 |
| | Check | 02/25/2016 | EFT | Trove | | SVB...9779 | | √ | Contract services | | 537.94 | -537.94 |
| | Check | 02/25/2016 | EFT | Trove | inv 7443 | Contract services | Admin | | SVB...9779 | 537.94 | | 0.00 |
| | Bill | 03/07/2016 | 7511 | Trove | March Fees | Accounts payable | | | Contract services | | 537.94 | -537.94 |
| | Bill | 03/07/2016 | 7511 | Trove | February Fees | Contract services | Admin | | Accounts payable | 537.94 | | 0.00 |
| | Bill Pmt -Check | 03/07/2016 | EFT | Trove | March Fees | SVB...9779 | | √ | Accounts payable | | 537.94 | -537.94 |
| | Bill Pmt -Check | 03/07/2016 | EFT | Trove | March Fees | Accounts payable | | | SVB...9779 | 537.94 | | 0.00 |
| | Check | 03/25/2016 | | Trove | Electronic Fee | SVB...9779 | | √ | Contract services | | 2.55 | -2.55 |
| | Check | 03/25/2016 | | Trove | inv 7444 | Contract services | Admin | | SVB...9779 | 2.55 | | 0.00 |
| | Bill | 04/04/2016 | 7535 | Trove | April Savings | Accounts payable | | | Contract services | | 537.94 | -537.94 |
| | Bill | 04/04/2016 | 7535 | Trove | April Savings | Contract services | Admin | | Accounts payable | 537.94 | | 0.00 |
| | Check | 04/26/2016 | EFT | Trove | Transfer Fees | SVB...9779 | | √ | Contract services | | 2.55 | -2.55 |
| | Check | 04/26/2016 | EFT | Trove | Transfer Fees | Contract services | Admin | | SVB...9779 | 2.55 | | 0.00 |
| | Bill Pmt -Check | 04/26/2016 | EFT | Trove | April Savings | SVB...9779 | | √ | Accounts payable | | 537.94 | -537.94 |
| | Bill Pmt -Check | 04/26/2016 | EFT | Trove | April Savings | Accounts payable | | | SVB...9779 | 537.94 | | 0.00 |
| | Bill | 05/02/2016 | 7573 | Trove | Monthly Savings | Accounts payable | | | Contract services | | 537.94 | -537.94 |
| | Bill | 05/02/2016 | 7573 | Trove | May Monthly Savings | Contract services | Admin | | Accounts payable | 537.94 | | 0.00 |
| | Bill Pmt -Check | 05/25/2016 | EFT | Trove | Monthly Savings | SVB...9779 | | √ | Accounts payable | | 537.94 | -537.94 |
| | Bill Pmt -Check | 05/25/2016 | EFT | Trove | Monthly Savings | Accounts payable | | | SVB...9779 | 537.94 | | 0.00 |
| | Check | 05/25/2016 | EFT | Trove | Transfer Fees | SVB...9779 | | √ | Contract services | | 2.55 | -2.55 |
| | Check | 05/25/2016 | EFT | Trove | Transfer Fees | Contract services | Admin | | SVB...9779 | 2.55 | | 0.00 |
| | Bill | 06/06/2016 | 7601 | Trove | June 2016 Savings | Accounts payable | | | Contract services | | 537.94 | -537.94 |
| | Bill | 06/06/2016 | 7601 | Trove | June Savings | Contract services | Admin | | Accounts payable | 537.94 | | 0.00 |
| | Check | 06/27/2016 | EFT | Trove | Transfer Fees | SVB...9779 | | √ | Contract services | | 2.55 | -2.55 |
| | Check | 06/27/2016 | EFT | Trove | Transfer Fees | Contract services | Admin | | SVB...9779 | 2.55 | | 0.00 |
| | Bill Pmt -Check | 06/27/2016 | EFT | Trove | June 2016 Savings | SVB...9779 | | √ | Accounts payable | | 537.94 | -537.94 |
| | Bill Pmt -Check | 06/27/2016 | EFT | Trove | June 2016 Savings | Accounts payable | | | SVB...9779 | 537.94 | | 0.00 |
| | Bill | 07/04/2016 | 7627 | Trove | June Savings | Accounts payable | | | Contract services | | 537.94 | -537.94 |
| | Bill | 07/04/2016 | 7627 | Trove | June Savings | Contract services | Admin | | Accounts payable | 537.94 | | 0.00 |
| | Check | 07/26/2016 | | Trove | Transfer Fees | SVB...9779 | | √ | Contract services | | 2.55 | -2.55 |
| | Check | 07/26/2016 | | Trove | Transfer Fees | Contract services | Admin | | SVB...9779 | 2.55 | | 0.00 |
| | Bill Pmt -Check | 07/26/2016 | | Trove | | SVB...9779 | | √ | Accounts payable | | 537.94 | -537.94 |
| | Bill Pmt -Check | 07/26/2016 | | Trove | | Accounts payable | | | SVB...9779 | 537.94 | | 0.00 |
| | Bill | 08/01/2016 | 7649 | Trove | | Accounts payable | | | -SPLIT- | | 537.94 | -537.94 |
| | Bill | 08/01/2016 | 7649 | Trove | August Savings | Contract services | Admin | | Accounts payable | 534.94 | | -3.00 |
| | Bill | 08/01/2016 | 7649 | Trove | ACH Fee | Contract services | Admin | | Accounts payable | 3.00 | | 0.00 |
| | Check | 08/02/2016 | ACH | Trove | ACH Debit Fee | Umpqua Checking (0899) | | √ | Contract services | | 2.55 | -2.55 |
| | Check | 08/02/2016 | ACH | Trove | ACH Debit Fee | Contract services | Admin | | Umpqua Checking (0899) | 2.55 | | 0.00 |
| | Bill Pmt -Check | 08/02/2016 | ACH | Trove | | Umpqua Checking (0899) | | √ | Accounts payable | | 537.94 | -537.94 |
| | Bill Pmt -Check | 08/02/2016 | ACH | Trove | | Accounts payable | | | Umpqua Checking (0899) | 537.94 | | 0.00 |
| | Check | 09/02/2016 | EFT | Trove | August Savings | Umpqua Checking (0899) | | √ | Contract services | | 537.94 | -537.94 |
| | Check | 09/02/2016 | EFT | Trove | August Savings | Contract services | Admin | | Umpqua Checking (0899) | 537.94 | | 0.00 |
| | Check | 09/02/2016 | | Trove | ACH Debit Fee | Umpqua Checking (0899) | | √ | Contract services | | 2.55 | -2.55 |
| | Check | 09/02/2016 | | Trove | ACH Debit Fee | Contract services | Admin | | Umpqua Checking (0899) | 2.55 | | 0.00 |
| | Bill | 10/03/2016 | 7728 | Trove | September Savings | Accounts payable | | | Contract services | | 537.94 | -537.94 |
| | Bill | 10/03/2016 | 7728 | Trove | September Savings | Contract services | Admin | | Accounts payable | 537.94 | | 0.00 |
| | Bill Pmt -Check | 10/04/2016 | EFT | Trove | September Savings | Umpqua Checking (0899) | | √ | Accounts payable | | 537.94 | -537.94 |
| | Bill Pmt -Check | 10/04/2016 | EFT | Trove | September Savings | Accounts payable | | | Umpqua Checking (0899) | 537.94 | | 0.00 |
| | Check | 10/04/2016 | | Trove | ACH Fees | Umpqua Checking (0899) | | √ | Contract services | | 2.55 | -2.55 |
| | Check | 10/04/2016 | | Trove | ACH Fees | Contract services | Admin | | Umpqua Checking (0899) | 2.55 | | 0.00 |
| | Check | 11/02/2016 | | Trove | November Fees | Umpqua Checking (0899) | | √ | Contract services | | 537.94 | -537.94 |
| | Check | 11/02/2016 | | Trove | November Fees | Contract services | Admin | | Umpqua Checking (0899) | 537.94 | | 0.00 |
| | Check | 11/02/2016 | | Trove | ACH Charge | Umpqua Checking (0899) | | √ | Contract services | | 2.55 | -2.55 |
| | Check | 11/02/2016 | | Trove | ACH Charge | Contract services | Admin | | Umpqua Checking (0899) | 2.55 | | 0.00 |
| | Check | 12/02/2016 | | Trove | December Savings | Umpqua Checking (0899) | | √ | Contract services | | 537.94 | -537.94 |
| | Check | 12/02/2016 | | Trove | December Savings | Contract services | Admin | | Umpqua Checking (0899) | 537.94 | | 0.00 |

| Type | Date | Num | Name | Memo | Account | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Check | 12/02/2016 | | Trove | ACH Fees | Umpqua Checking (0899) | | √ | Contract services | | 2.55 | -2.55 |
| Check | 12/02/2016 | | Trove | ACH Fees | Contract services | Admin | | Umpqua Checking (0899) | 2.55 | | 0.00 |
| Bill | 01/02/2017 | 7828 | Trove | December Savings | Accounts payable | | | Contract services | | 537.94 | -537.94 |
| Bill | 01/02/2017 | 7828 | Trove | December Savings | Contract services | Admin | | Accounts payable | 537.94 | | 0.00 |
| Bill Pmt -Check | 01/04/2017 | ACH | Trove | December Savings | Umpqua Checking (0899) | | √ | Accounts payable | | 537.94 | -537.94 |
| Bill Pmt -Check | 01/04/2017 | ACH | Trove | December Savings | Accounts payable | | | Umpqua Checking (0899) | 537.94 | | 0.00 |
| Check | 01/04/2017 | | Trove | ACH Transaction Fee | Umpqua Checking (0899) | | √ | Contract services | | 2.55 | -2.55 |
| Check | 01/04/2017 | | Trove | ACH Transaction Fee | Contract services | Admin | | Umpqua Checking (0899) | 2.55 | | 0.00 |
| Check | 02/02/2017 | 7855 | Trove | (PP: 2.2.17) | Umpqua Checking (0899) | | √ | Contract services | | 2.55 | -2.55 |
| Check | 02/02/2017 | 7855 | Trove | (PP: 2.2.17) | Contract services | Admin | | Umpqua Checking (0899) | 2.55 | | 0.00 |
| Check | 02/02/2017 | 7855 | Trove | (PP: 2.2.17) January Savings | Umpqua Checking (0899) | | √ | Contract services | | 537.94 | -537.94 |
| Check | 02/02/2017 | 7855 | Trove | January Savings | Contract services | Admin | | Umpqua Checking (0899) | 537.94 | | 0.00 |
| Total | | | | | | | | | 19,948.63 | 19,948.63 | 0.00 |