PHILIP S. WARDEN (SBN 54752)
 philip.warden@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:    415.983.1000
Facsimile:     415.983.1200

*Attorneys for Stephen A. Finn*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>          SVC,<br><br>                    Debtor. | Case No. 17-10065-RLE<br><br>CHAPTER 11<br><br>**STEPHEN A FINN'S STATUS CONFERENCE STATEMENT REGARDING JUNE 10, 2020 HEARING ON SULLIVANS' OBJECTION TO SCHEDULED CLAIM OF TROVE PROFESSIONAL SERVICES LLC**<br><br>Hearing:    June 10, 2020<br>Time:       2:00 p.m.<br>Place:      1300 Clay Street, Room 201<br>            Oakland CA 94612<br>Judge:     Hon. Roger L. Efremsky |

Stephen A. Finn ("**Finn**"), through his undersigned counsel, submits this status conference statement regarding the June 10, 2020 hearing on the *Objection to Scheduled Claim of Trove Professional Services LLC* (the "**Claim Objection**") filed by Ross and Kelleen Sullivan (the "**Sullivans**") [Dkt. No. 510], and respectfully represents as follows:

## BACKGROUND

1. SVC and Trove Professional Services LLC ("**Trove**") entered into a Services

Agreement, effective September 8, 2014 (the "**Trove Agreement**").

2. On February 15, 2017, SVC filed its Schedules of Assets and Liabilities (the "**SVC Schedules**") [Docket No. 25]. Ross Sullivan signed the SVC Schedules under penalty of perjury attesting that Trove held a non-contingent, liquidated, and undisputed general unsecured claim in the amount of $9,000. See SVC Schedules at Schedule E/F, 3.47 (the "**Trove Claim**").

3. On January 28, 2020, the Sullivans filed their Claim Objection. On February 27, 2020, Finn filed his *Response to Sullivan's Objection to Scheduled Claim of Trove Professional Services LLC* (the "**Response**").

4. The Claim Objection was set for a hearing on April 15, 2020, subsequently continued to April 29, 2020, and continued again to June 10, 2020.

## STATEMENT

5. As the Court stated at the April 29, 2020 hearing on the Claim Objection, the Sullivans and Finn have a factual dispute about the amount of the Trove Claim. Under the terms of the Trove Agreement, SVC contracted to pay amounts due as a result of savings that Trove provided to SVC. Finn believes that the amount due and owing to Trove as of the Petition Date was no less than $9,000. On June 4, 2020, the Sullivans filed a declaration stating that the full extent of the Trove Claim should properly be $19.21. *See* Docket No. 581. Due to the significant gap between the Parties' positions, they were unable to reach a settlement on the appropriate amount of the Trove Claim.

6. In light of the Parties inability to reach a resolution to the Claim Objection, Finn asks that the Court set the Claim Objection for an evidentiary hearing.

## CONCLUSION

WHEREFORE, Stephen A. Finn respectfully requests that the Court set the Claim Objection for an evidentiary hearing.

Dated: June 5, 2020

By  */s/ Philip S. Warden*
    Philip S. Warden

Philip S. Warden (SBN 54752)
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000
Facsimile: 415.983.1200
philip.warden@pillsburylaw.com

*Attorneys for Stephen A. Finn*